UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members<br><br>VERSUS<br><br>ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | *  CIVIL ACTION NO.: 2:23-cv-00987<br>*<br>*<br>*  JUDGE: WENDY B. VITTER<br>*<br>*<br>*  MAG. JUDGE JANIS VAN MEERVELD<br>*<br>* |

## **RULE 12 MOTION TO STRIKE ALLEGATIONS AND DISMISS CLAIMS**

NOW INTO COURT, comes St. James Parish, on behalf of itself and the St. James Parish Council and St. James Parish Planning Commission (the **"Defendant"** or **"St. James Parish"**), which files this Motion to Strike Allegations and Dismiss Claims pursuant to Rule 12 of the Federal Rules of Civil Procedure. As detailed in the supporting memorandum, St. James asserts the following:

(1)  Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Defendant, St. James Parish, moves to strike the allegations in Paragraphs 1-544 of Plaintiffs' Complaint [Doc. 1] which are immaterial, impertinent, scandalous, and not relevant to the claims at issue.

(2)  Pursuant to Rule 12(b)(1), St. James Parish moves this Court to dismiss the Complaint for Plaintiffs' lack of standing. Because of Plaintiffs' lack of standing, this Court lacks subject matter jurisdiction.

(3)  Pursuant to Rule 12(b)(6), St. James Parish moves this Court to dismiss nominal Defendants, St. James Parish Council and St. James Parish Planning Commission, which have no separate legal identity and cannot be sued in a separate capacity.

(4)     Pursuant to Rule 12(b)(6), St. James Parish moves this Court to dismiss Plaintiffs' claims as prescribed under the applicable statute of limitations and/or for failure to state a claim.

(5)     St. James Parish moves for an award of its fees and costs pursuant to 42 U.S.C. 1988.

WHEREFORE, St. James Parish prays that this Honorable Court dismiss Plaintiffs' claims against it, awarding all costs and fees associated with filing this motion, and any other relief the Court may deem appropriate.

                RESPECTFULLY SUBMITTED,
                By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029

*s/ Carroll Devillier, Jr.*
John King, La. Bar No. 17004
John.King@bswllp.com
Thomas Temple, La. Bar No. 26130
Thomas.Temple@bswllp.com
Carroll Devillier, Jr., La. Bar No. 30477
carroll.devillier@bswllp.com
Danielle L. Borel, La. Bar No. 35669
danielle.borel@bswllp.com

*Attorneys for St. James Parish, St. James Parish Council and St. James Parish Planning Commission*