**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members | * CIVIL ACTION NO.: 2:23-cv-00987 <br> * <br> * <br> * JUDGE: WENDY B. VITTER |
| VERSUS | * <br> * |
| ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | * MAG. JUDGE JANIS VAN MEERVELD <br> * <br> * |

## NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, please take notice that the Defendant's Rule 12 Motion Strike Allegations and Dismiss Claims will be submitted for consideration on August 22, 2023 at 9:30 a.m. before the Honorable United States District Judge Wendy B. Vitter.

Dated: June 16, 2023

RESPECTFULLY SUBMITTED,
By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029


*s/ Carroll Devillier, Jr.*
John King, La. Bar No. 17004
John.King@bswllp.com
Thomas Temple, La. Bar No. 26130
Thomas.Temple@bswllp.com
Carroll Devillier, Jr., La. Bar No. 30477
carroll.devillier@bswllp.com
Danielle L. Borel, La. Bar No. 35669
danielle.borel@bswllp.com

*Attorneys for St. James Parish, St. James Parish Council and St. James Parish Planning Commission*

4796215.v1