**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members<br><br>    *Plaintiffs*,<br><br><br>    vs.<br><br><br><br>ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00987<br><br>Section D/1<br><br>Judge Wendy Vitter<br><br>Magistrate Judge Janis van Meerveld |

**PLAINTIFFS' CERTIFICATE UNDER FED. R. CIV. P. 7.1**

Plaintiffs Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James respectfully submit the following disclosures.

**Inclusive Louisiana**:

Counsel of record for Plaintiff Inclusive Louisiana certifies that to the best of their knowledge and belief, Inclusive Louisiana has no parent corporation and no publicly held corporation owns 10% or more of Inclusive Louisiana.

**Mount Triumph Baptist Church:**

Counsel of record for Plaintiff Mount Triumph Baptist Church certifies that to the best of their knowledge and belief, Mount Triumph Baptist Church has no parent corporation and no publicly held corporation owns 10% or more of Mount Triumph Baptist Church.

**RISE St. James:**

Counsel of record for Plaintiff RISE St. James certifies that to the best of their knowledge and belief, RISE St. James has no parent corporation and no publicly held corporation owns 10% or more of RISE St. James.

Respectfully Submitted July 12, 2023

s/Clara Potter
Clara Potter, La. Bar Roll No. 38377
Devin Lowell, Trial Attorney
La. Bar Roll No. 36555
Lauren Godshall, La. Bar Roll No. 31465
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret St.
New Orleans, LA 70118
Tel.: (504) 865-5789
Fax: (504) 862-8721
cpotter2@tulane.edu
dlowell@tulane.edu
lgodshall@tulane.edu

*Attorneys for RISE St. James*

/s/ Pamela Spees
Pamela C. Spees, Trial Attorney
La. Bar Roll No. 29679
Baher Azmy*
Sadaf Doost (admitted *pro hac vice*)
Astha Sharma Pokharel (admitted *pro hac vice*
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel. & Fax (212) 614-6431
pspees@ccrjustice.org
bazmy@ccrjustice.org
asharmapokharel@ccrjustice.org
sdoost@ccrjustice.org

*\*Application for admission forthcoming*

William P. Quigley (cooperating counsel)
La. Bar Roll No. 7769
Professor Emeritus
Loyola University College of Law
7214 St. Charles Avenue
New Orleans, LA 70118
Tel. (504) 710-3074
Fax (504) 861-5440
quigley77@gmail.com

*Attorneys for Plaintiffs Inclusive Louisiana
and Mount Triumph Baptist Church*