UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-987 |
| ST. JAMES PARISH, ET AL. | SECTION "J"(1) |

### NOTICE RESETTING SCHEDULING CONFERENCE
(previously set for 11/2/23)

**Counsel must call into the conference at 1-(877)-848-7030, Access Code 2704006**

Due to a conflict in the court's calendar, the Scheduling Conference in this matter is **RESET** to **TUESDAY, NOVEMBER 14, 2023 AT 2:00 P.M.** **by telephone** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL MUST** participate in this conference. If, for good cause, this is not possible, you must file a Motion and Order to Continue prior to the above date.

ISSUED BY:
Gail Chauvin, Section J
Telephone No. (504) 589-7694

**NOTICE**
**IN ADVANCE OF THE CONFERENCE, EVERY PARTY SHOULD BE FAMILIAR WITH AND ENSURE COMPLIANCE WITH RULE 7.1, WHICH WAS AMENDED DECEMBER 2022.**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**NOTICE OF COMPLIANCE WITH Fed R. Civ. P. 26(a)(1) and 26 (f)**
**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(A)(1) AND 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE QUESTIONS BELOW CONCERNING DISCLOSURE.**

**IMPORTANT NOTICE TO COUNSEL:**
**COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

**1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures? OR**

**2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will be waived? OR**

**3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? WRITTEN OBJECTIONS MUST BE FILED THREE (3) DAYS PRIOR TO THE PRELIMINARY CONFERENCE.**