**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members | *<br>*  **CIVIL ACTION NO.: 2:23-cv-00987**<br>*<br>* |
| VERSUS | *  JUDGE: CARL J. BARBIER<br>* |
| ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | *<br>*  MAG. JUDGE JANIS VAN MEERVELD<br>* |

## MOTION FOR STAY OF DISCOVERY AND/OR PROTECTIVE ORDER

**MAY IT PLEASE THE COURT:**

**NOW COMES**, Defendant, St. James Parish on behalf of itself and its branches and divisions, the St. James Parish Council and St. James Parish Planning Commission, which respectfully requests a stay of discovery and/or the issuance of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. Currently, the Plaintiffs' Complaint is 151 pages and comprised of 612 paragraphs with historical allegations dating back to 1685. (D. 29).

There is good cause to stay discovery and/or issue a protective order in this matter due to the undue burden and expense to the Defendant, as more fully set forth in the attached memorandum, for the following reasons:

- There is a pending Rule 12 Motion (D. 20 and D. 33) which, if granted, will substantially narrow, or even end, this litigation and, as a result, the issues on which discovery is appropriate;

- Jurisprudence supports the issuance of a stay when there is a pending Rule 12 motion;

- Defendant is a public body with limited resources to engage in discovery;

- There is no prejudice or harm to the Plaintiffs to delay beginning or conducting discovery at this time and the Plaintiffs have not provided any such reason to Defendant; and

4901908.v1

- Many documents relevant to this proceeding are public records which are currently available to the Plaintiffs.

WHEREFORE, Defendant, St. James Parish on behalf of itself and its branches and divisions, the St. James Parish Council and St. James Parish Planning Commission, respectfully prays that an order issue, staying discovery and/or the issuance of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure until such time as a decision is made on the pending Rule 12 Motion.

RESPECTFULLY SUBMITTED,
By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029

*s/ Carroll Devillier, Jr.*
John King, La. Bar No. 17004
John.King@bswllp.com
Thomas Temple, La. Bar No. 26130
Thomas.Temple@bswllp.com
Carroll Devillier, Jr., La. Bar No. 30477
carroll.devillier@bswllp.com
Danielle L. Borel, La. Bar No. 35669
danielle.borel@bswllp.com

*Attorneys for St. James Parish, St. James Parish Council and St. James Parish Planning Commission*

4901908.v1