**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members<br><br>    *Plaintiffs*,<br><br><br>    vs.<br><br><br>ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION,<br><br>    *Defendants.* | Civil Action No. 2:23-cv-00987<br><br>Section D/1<br><br>Judge Carl Barbier<br><br>Magistrate Judge Janis van Meerveld |

**PARTIES' JOINT REPORT**
**OUTLINING PROPOSED DISCOVERY PLAN**

In accordance with Local Rule 26.2 and Fed. R. Civ. P. 26(f)(3), the parties submit the following statement of objections to Initial Disclosures and Proposed Discovery Plan.

### A.  Initial Disclosures- Fed. R. Civ. P. 26(a) and 26(f)(3)(A)

Defendants object to producing initial disclosures and commencing discovery before a ruling from the Court on the pending motions they filed pursuant to Fed. R. Civ. Proc. 12 and which have been fully briefed.  The Defendants have filed a Motion for Stay and/or Protective Order (D. 57) and Objections to Initial Disclosures (D. 58). Defendants assert that the initial disclosures should be delayed until 30 days after a ruling on the Rule 12 Motion (D. 20 and D. 33).

1

Plaintiffs maintain that discovery should proceed, including initial disclosures as required under Fed. R. Civ. P. 26(a)(1). Given Defendants' objections, Plaintiffs are awaiting an indication from the Court as to whether discovery should proceed before making initial disclosures.

**B.  Discovery Plan- Fed. R. Civ. P. 26(f)(3)(B)-(E)**

1.      In accordance with Fed. R. Civ. P. 26(f)(3)(B), if the Court orders that discovery should proceed while the Defendants Rule 12 motions are pending, the Plaintiffs propose discovery on all claims and defenses asserted and that the following discovery timeline be followed:

| Initial Disclosures | 14 days after Rule 16 conference |
|---|---|
| Trial Date | 18 months from date of Rule 16 conference |
| Close of Non-Expert Discovery | 9 months before Pre-trial Conference |
| Plaintiffs' Expert Reports | 210 days before Pre-trial Conference |
| Defendants' Expert Reports | 180 days before Pre-trial Conference |
| Dispositive Motions | 120 days before Pre-trial Conference |
| *Daubert* Motions | 120 days before Pre-trial Conference |
| Motions in *Limine* | 30 days before Pre-trial Conference |
| Joint Pre-trial Order, bench books, trial depositions | 14 days before Pre-trial Conference |
| Affirmation of Settlement Discussion | 7 days before Pre-trial Conference |

Pursuant to Fed. R. Civ. P. 26(f)(3)(C),  Plaintiffs  agree to produce all electronically stored information in any form allowed by law. At this stage in the litigation, Plaintiffs  do not wish to raise any issues related to privilege or limitations on discovery, as suggested by at Fed. R. Civ. P. 26(f)(3)(D)-(E), but reserve the right to raise these issues as they arise.

2.      The Defendant proposes the following schedule:

Rule 26(f)(3) requires a submittal which "must state the parties' views and proposals on" the topics therein.  The following is submitted:

(A) what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

Response: The initial disclosures should be delayed until 30 days after a ruling on the Rule 12 Motion (. 20 and D. 33).

(B) the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

Response: If needed, discovery should be conducted on claims remaining after the ruling on the Rule 12 Motion.

(C) any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.

Response: Documents may be produced in any form allowed by law.

(D) any issues about claims of privilege or of protection as trial-preparation materials, including— if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502.

Response: At this stage in the litigation, the Defendant does not wish to raise any issues related to privilege or limitations on discovery but reserves the right to raise these issues as they arise.

(E) what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

Response: The Court should grant the Motion for Stay and/or Protective Order.  D. 57.  After the ruling on the Rule 12 Motion and if needed, a scheduling conference should be held within 14 days and a scheduling order pursuant to Rule 16(b) entered.

(F) any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

Response:  See response to (E), above.

Based on the above, the following schedule is proposed:

        Discovery: Stayed until after a final decision on the Rule 12 Motion.
        Rule 16 conference:  14 days after a final decision on the Rule 12 Motion.
        Initial Disclosures: 30 days after a final decision on the Rule 12 Motion.

Respectfully Submitted, November 9, 2023

_____/s/Clara Potter_____
Clara Potter, La. Bar Roll No. 38377
Devin Lowell, Trial Attorney
La. Bar Roll No. 36555
Lauren Godshall, La. Bar Roll No. 31465
TULANE ENVIRONMENTAL LAW CLINIC
6329 Freret St.
New Orleans, LA 70118
Tel.: (504) 865-5789
Fax: (504) 862-8721
cpotter2@tulane.edu
dlowell@tulane.edu
lgodshall@tulane.edu

*Attorneys for RISE St. James*

_____/s/ John B. King_____
John King, La. Bar No. 17004
John.King@bswllp.com
Thomas Temple, La. Bar No. 26130
Thomas.Temple@bswllp.com
Carroll Devillier, Jr., La. Bar No. 30477
carroll.devillier@bswllp.com
Danielle L. Borel, La. Bar No. 35669
danielle.borel@bswllp.com
**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029
*Attorneys for St. James Parish, St. James Parish C*
*Commission*

_____/s/  Astha Sharma Pokharel____
Astha Sharma Pokharel (admitted *pro hac vice*)
Pamela C. Spees, Trial Attorney
La. Bar Roll No. 29679
Baher Azmy*
Sadaf Doost (admitted *pro hac vice*)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel. & Fax (212) 614-6431
pspees@ccrjustice.org
bazmy@ccrjustice.org
asharmapokharel@ccrjustice.org
sdoost@ccrjustice.org

*\*Application for admission forthcoming*

William P. Quigley (cooperating counsel)
La. Bar Roll No. 7769
Professor Emeritus
Loyola University College of Law
7214 St. Charles Avenue
New Orleans, LA 70118
Tel. (504) 710-3074
Fax (504) 861-5440
quigley77@gmail.com

*Attorneys for Plaintiffs Inclusive Louisiana and Mount Triumph Baptist Church*