UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-987 |
| ST. JAMES PARISH, ET AL. | SECTION "J" (1) |

## **O R D E R**

Participating in the Scheduling Conference set this date were Pamela Spees, Astha Pokharel, Sadaf Doost, Devin Lowell, Clara Potter, William Veazey, Zoe Berg, John King, Carroll Devillier, Jr., and Danielle Borel.

After discussion with counsel, considering Defendants' Rule 12 Motion to Strike Allegations and Dismiss Claims, (Rec. Doc. 20), and determining that selecting a trial date is premature, the scheduling conference did not go forward.

Accordingly, **IT IS ORDERED** that the Scheduling Conference be reset, when appropriate.

New Orleans, Louisiana, this 14th day of November 2023.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE