UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA ET AL. | CIVIL ACTION |
| VERSUS | NO: 23-987 |
| ST. JAMES PARISH ET AL. | SECTION: "J" (1) |

### **ORDER**

Before the Court is Defendant, St. James Parish on behalf of itself and its branches and divisions, the St. James Parish Council and St. James Parish Planning Commission ("St. James Parish")'s, *Motion to Stay Proceedings* **(Rec. Doc. 77)**, Plaintiffs' opposition (Rec. Doc. 84), and a reply (Rec. Doc. 87).

In this instant motion, St. James Parish requests a "stay of all proceedings until August 18, 2025, or until Defendant notifies the Court it will not seek Supreme Court review, with an extension until final Supreme Court disposition should a petition be filed." (Rec. Doc. 77-2, at 11). Having considered the motion and memoranda, the record, and the applicable law, the Court finds that the motion should be **GRANTED**. Accordingly,

**IT IS HEREBY ORDERED** that the motion (Rec. Doc. 77) is **GRANTED**. The above captioned matter is **STAYED** until August 18, 2025.

**IT IS FURTHER ORDERED** that if St. James Parish does not seek a writ of certiorari from the United States Supreme Court, St James shall immediately notify the Court.

**IT IS FURTHER ORDERED** that, should the Supreme Court grant St. James Parish's petition, this stay shall be extended until final disposition by the Supreme Court.

New Orleans, Louisiana, this 22nd day of July, 2025.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE