UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members<br><br>VERSUS<br><br>ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | * CIVIL ACTION NO.: 2:23-cv-00987<br>*<br>*<br>* JUDGE: WENDY B. VITTER<br>*<br>*<br>* MAG. JUDGE JANIS VAN MEERVELD<br>*<br>* |

# **RE-SUBMITTED RULE 12(b)(6) MOTION TO DISMISS CLAIMS**

**NOW INTO COURT**, comes Defendant, St. James Parish, on behalf of itself and the St. James Parish Council and St. James Parish Planning Commission (the **"Defendant"** or **"St. James Parish"**), which moves to dismiss the claims in the Amended Complaint for Declaratory and Injunctive Relief [doc. 29] filed by Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James ("**Plaintiffs**"), which has now been amended with the Second Amended Complaint for Declaratory and Injunctive Relief (the "**Complaint**") [doc.104]. St. James Parish is filing this motion, as instructed by the Fifth Circuit, for this Court to consider the Rule 12(b)(6) Motion to Dismiss arguments previously not adjudicated by this Court.

Pursuant to Rule 12(b)(6) and for the reasons as more fully articulated in the attached memorandum in support, St. James Parish moves this Court to dismiss Plaintiffs' claims as follows:

i. Claim I - Thirteenth Amendment: for Plaintiffs' failure to plead facts of a badge or incident of slavery.

ii. Claim II - Fourteenth Amendment (Equal Protection): for Plaintiffs' failure to plead facts of discriminatory intent and failure to plead facts of a lack of equal treatment.

iii. Claim III - Fourteenth Amendment Substantive Due Process (Bodily Safety and Integrity): for Plaintiffs' failure to plead facts of a lack of rational objective.

    iv.    Claim IV - 42 U.S.C. § 1982 (Property Rights of Black Citizens): for Plaintiffs' failure to plead facts of a property injury and failure to plead facts of intentional discrimination.

    v.    Claim VII - Preservation of cultural origins: for Plaintiffs' failure to plead an infringement of their ability to preserve, foster, or promote their historic linguistic or cultural origins.

    vi.    Claim V/VI - Religious Land Use and Institutionalized Persons Act (Substantial Burden)/(Discrimination): for Plaintiffs' failure to plead facts of a property interest.

    vii.    Request for Declaratory Judgment: for Plaintiffs failure to exhaust administrative remedies and collaterally attack the zoning decisions of St. James Parish.

Defendant originally filed a Rule 12 motion [docs. 20, 33], with many of the same arguments herein resubmitted. This Court granted the motion on the grounds of lack of standing and prescription (which are not presented herein) and did not adjudicate the arguments herein. On appeal, the Fifth Circuit reversed this Court's prior granting of the Motion to Dismiss, but confirmed there remained unaddressed arguments that were proper for re-submission to this Court. As such, St. James Parish submits these arguments again for adjudication because dismissal of Plaintiffs' claims with prejudice is warranted.

**WHEREFORE**, St. James Parish requests that its motion be granted and this litigation be dismissed as Plaintiffs have failed to plead facts to support their claims. Further, Plaintiffs were on notice of the defects in their claim but amended their Complaint without addressing the improprieties and deficiencies raised herein. Plaintiffs should not be allowed another opportunity to amend, and their Complaint should be dismissed with prejudice at Plaintiffs' cost.

5454305.v1

RESPECTFULLY SUBMITTED,
By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, 23rd Floor (70801)
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029

*s/ Danielle L. Borel*
John King, La. Bar No. 17004
John.King@bswllp.com
Carroll Devillier, Jr., La. Bar No. 30477
carroll.devillier@bswllp.com
Danielle L. Borel, La. Bar No. 35669
danielle.borel@bswllp.com

*Attorneys for St. James Parish, St. James Parish Council, and St. James Parish Planning Commission*

5454305.v1