UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA ET AL.                CIVIL ACTION

VERSUS                                     NO: 23-987

ST. JAMES PARISH ET AL.                    SECTION: "J"(1)

## ORDER

Considering the foregoing *Plaintiffs' Request for Oral Argument* **(Rec. Doc. 111)**, filed by Plaintiffs Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James,

**IT IS HEREBY ORDERED** that the request is **GRANTED**, and that Defendants' *Re-Submitted Rule 12(b)(6) Motion to Dismiss Claims* (Rec. Doc. 108) is set for oral argument on **Wednesday, January 28, 2026, at 10:00 a.m.**

New Orleans, Louisiana, this 9th day of December, 2025.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE