UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA ET AL. | CIVIL ACTION |
| VERSUS | NO: 23-987 |
| ST. JAMES PARISH ET AL. | SECTION: "J"(1) |

**\*\*SCHEDULING CONFERENCE\*\***

**\*\*Counsel must call into the conference at 1-(833)-990-9400, Guest Call ID 896717385\*\***

A Scheduling Conference is SET <u>by telephone</u> on <u>FEBRUARY 24, 2026 AT 10:00 A.M.</u> for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

<u>**TRIAL COUNSEL MUST**</u> participate in this conference. If, for good cause, this is not possible, you must file a Motion and Order to Continue prior to the above date.

ISSUED BY:
Cheyenne Green, Section J
Telephone No. (504) 589-7710

**NOTICE**
IN ADVANCE OF THE CONFERENCE, EVERY PARTY SHOULD BE FAMILIAR WITH AND ENSURE COMPLIANCE WITH RULE 7.1, WHICH WAS AMENDED DECEMBER 31, 2022.

COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

**NOTICE OF COMPLIANCE WITH Fed R. Civ. P. 26(a)(1) and 26 (f)**
COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(A)(1) AND 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE QUESTIONS BELOW CONCERNING DISCLOSURE.

**IMPORTANT NOTICE TO COUNSEL:**
COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.

**COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:**

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures? OR

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will be waived? OR

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? WRITTEN OBJECTIONS <u>MUST</u> BE FILED THREE (3) DAYS PRIOR TO THE PRELIMINARY CONFERENCE.