UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA ET AL.                  CIVIL ACTION

VERSUS                                      NO: 23-987

ST. JAMES PARISH ET AL.                     SECTION: "J"(1)

## ORDER

**IT IS HEREBY ORDERED** that a telephone status conference to discuss the

*Parties' Joint Report Outlining Proposed Discovery Plan* **(Rec. Doc. 121)** is set for

**Thursday, March 19, 2026, at 2:00 p.m.** Counsel for Plaintiffs should begin the

call, and once all parties are on the line, shall add the Court by calling (504) 589-

7525.

New Orleans, Louisiana, this 12th day of March, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE