MINUTE ENTRY
BARBIER, J.
MARCH 19, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA ET AL.                   CIVIL ACTION

VERSUS                                       NO. 23-987

ST. JAMES PARISH ET AL.                      SECTION: "J"(1)

The Court held a telephone status conference on Thursday, March 19, 2026, with the following counsel participating: Pamela Spees, Astha Pokharel, Kayla Vinson, Celine Zhu, and Bill Quigley representing Plaintiffs Inclusive Louisiana and Mount Triumph Baptist Church; Devin Lowell, Clara Potter, and Isabelle Adoue representing Plaintiff RISE St. James, along with 2L law student at Tulane, Forge Mathes, who joined the call; and John Baird King and Carroll Devillier representing Defendants St. James Parish, St. James Parish Council, and St. James Planning Commission.

The Court addressed the *Parties' Joint Report Outlining Proposed Discovery Plan* **(Rec. Doc. 121)** and ordered the following.

1. The trial dates that the parties previously discussed (August 9, 2027 and September 13, 2027) do not work with the Court's schedule. Therefore, the trial date is **RESET** for **<u>Monday, October 18, 2027, at 8:30 a.m.</u>**

2. Accordingly, the final pre-trial conference, currently scheduled for Thursday, July 15, 2027, is hereby **RESET** for **<u>Thursday, September 23, 2027, at 2:00 p.m.</u>**

1

3. **IT IS FURTHER ORDERED** that Case Manager Cheyenne Green will modify the discovery and pre-trial deadlines to correspond with the new trial date and issue a Scheduling Order.

4. The trial in this matter is currently set as a jury trial, but Plaintiffs expressed their intention to file a Motion to Strike Jury Demand. Accordingly, **IT IS ORDERED** that Plaintiffs shall file this motion within fourteen (14) days of the date of the status conference, or **not later than Thursday, April 2, 2026**, and shall set it for submission in accordance with the Local Rules. Once Defendants have had the opportunity to respond to the motion and Plaintiffs have had the chance to reply, the parties will be advised if the Court requires further briefing or would like to hold oral argument concerning whether any or all of the issues in this case are triable by jury.

5. The Court will hold a telephone status conference in this matter approximately every ninety (90) days, and the next telephone status conference is **SET** for **Thursday, June 25, 2026, at 2:00 p.m.**

* * * * * * * * * * * * * * * *

JS-10: 17 mins.

New Orleans, Louisiana, this 20th day of March, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE