# ✦BREAZEALESACHSE

**DANI BOREL**
*Partner*
*danielle.borel@bswllp.com*

DIRECT DIAL: 225-381-8047
CORPORATE PHONE: 225-387-4000
FAX: 225-381-8029
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
**www.bswllp.com**

June 18, 2026

Judge Carl J. Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

> Re: *Inclusive Louisiana, et al. v. St. James Parish*; Civil Action No. 2:23-cv-00987;
> United States District Court for the Eastern District of Louisiana
> BSW File No: 17534-1

Dear Judge Barbier:

On behalf of Defendant, St. James Parish, we write to notify the Court that Defendant intends to file an Opposition to Plaintiffs' Motion for Temporary Restraining Order (doc. 132), and a later opposition to the request for an injunction. Defendant will file its Opposition no later than Monday, June 22, 2026.

Defendant further notes that there is no immediate urgency warranting consideration of a temporary restraining order. Ordinance 26-08 (the "Ordinance") does not become effective until five days after publication, pursuant to Article IV, Section B(3)(f) of the St. James Parish Home Rule Charter, which provides: "The effective date of any ordinance shall be prescribed therein, but shall not be earlier than five (5) days after its publication in the official journal." The ordinance is currently scheduled for publication on June 25, 2026, making its earliest effective date June 30, 2026.

Accordingly, Defendant respectfully requests that the Court permit full briefing and allow Defendant to file its Opposition by June 22, 2026.

Sincerely,
**BREAZEALE, SACHSE & WILSON, L.L.P.**

Danielle L. Borel

DLB/ams