**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members | * **CIVIL ACTION NO.: 2:23-cv-00987**<br>*<br>* |
| VERSUS | * JUDGE: CARL J. BARBIER<br>* |
| ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | * <br>* MAG. JUDGE JANIS VAN MEERVELD<br>* |

**NOTICE OF MANUAL ATTACHMENT**

EXHIBITS A, B, & C TO ST. JAMES PARISH'S OPPOSITION TO
MOTION FOR TEMPORARY RESTRAINING ORDER

**Exhibit A** is an audio recording of the St. James Parish Council's June 3, 2026, Public Hearing,

which is on file with the Clerk's Office.

**Exhibit B** is an audio recording of the St. James Parish Council's June 17, 2026, public hearing,

which is on file with the Clerk's Office.

**Exhibit C** is an audio recording of the St. James Parish Council's June 17, 2026, regular meeting,

which is on file with the Clerk's Office.

**EXHIBIT A**