**ST. JAMES PARISH GOVERNMENT**
**PLANNING COMMISSION**
**REGULAR MEETING AGENDA**
**MONDAY, MAY 18, 2026**

<u>Regular Meeting- 6:00 p.m.</u>

I.     **CALL TO ORDER & ROLL CALL**

II.    **PLEDGE**

III.   **MINUTES OF PREVIOUS MEETINGS**
       **1.** Monday, April 27, 2026, Regular Meeting Minutes

IV.    **PUBLIC COMMENT** on any agenda item requiring a Planning Commission vote in accordance
       with La. R.S. 42:14 (to be provided at each relevant agenda item)

V.     **PRESENTATION (None)**

VI.    **RESUBDIVISION OF PLOT – OLD BUSINESS** (None)

VII.   **RESUBDIVISION OF PLOT – NEW BUSINESS (None)**

VIII.  **LAND USE-OLD BUSINESS (None)**

IX.    **LAND USE-NEW BUSINESS**
       **1.   Item #26-23**
       **Item Name:** Land Use Map Revision – Shady Grove
       Public hearing and consideration of whether to recommend revising the parish land use map
       to redesignate the area commonly known as Shady Grove. The redesignation would be
       from Agricultural to Industrial to match the land use designation of the parcels downriver and
       upriver of the area. Changes in the land use map would require the adoption of an ordinance
       by the parish council. Accordingly, any recommendation would be directed to the parish
       council for further action. The area in question is bounded on the downriver side by the Oxy
       Chem plant property and on the upriver side by the Nucor plant property. To the north is
       Highway 3125. On the river side, the area partially fronts on the river where it is adjacent to
       the Nucor site, and also lies north of an area of Romeville designated as Residential/Future
       Industrial.

X.     **OTHER**
       **1.   Item #26-15**                                        **TABLED 03/30/2026**
       **Item Name:** Anderson Variance
       **Request:** Rene Anderson is requesting a variance to place a 12 x 24 residential building at 8164
       Hargis Street in Convent, La 70723. This is a large family estate with several structures
       currently on the property. This addition would be one of many on the parcel of land, therefore,
       requiring approval by the Planning Commission.

       **2.   Report from Legal Counsel**

XI.    **ADJOURNMENT**

<div style="border:2px solid black; display:inline-block; padding:10px;">

**EXHIBIT**

**D**

</div>

**PROCEEDINGS OF THE PLANNING COMMISSION, PARISH OF ST. JAMES, STATE OF LOUISIANA, TAKEN AT A REGULAR MEETING ON MONDAY, APRIL 27, 2026.**

The Planning Commission of the Parish of St. James, State of Louisiana, met in regular session at the Courthouse in Convent, Louisiana on Monday, April 27, 2026, at 6:00 p.m.

**PRESENT:** Dean Millet, Paul Johnson, Danny St. Pierre, Brandon Gravois, Ralph Becnel, Glenn Millet, Arthur Matherne, Jamoine Picou and Todd Bland

**ABSENT:** Sue Beier

**ALSO, IN ATTENDANCE:** Vic Franckiewicz and Amber Shepard

**MINUTES OF THE MARCH 30, 2026, REGULAR MEEETING**

1. Approved.  Roll call vote: D. Millet- yes, B. Gravois- yes, T. Bland- yes, P. Johnson- yes, A. Matherne- yes, R. Becnel- yes, J. Picou- yes, D. St. Pierre- yes, G. Millet- yes.  All in favor. Motion carried.

**PUBLIC COMMENT- (None)**

**PRESENTATION/PUBLIC HEARING-**

**RESUBDIVISION OF PLOT – OLD BUSINESS (None)**

**RESUBDIVISION OF PLOT – NEW BUSINESS (None)**

**LAND USE - OLD BUSINESS (None)**

**LAND USE - NEW BUSINESS (None)**

**OTHER**

1. **Adams Variance (Item 26-21)**
   Represented by Darlene Adams.  Requested a variance to place a third structure on the parcel of land at 2153 Kilmer Street in Vacherie.  Mr. Franckiewicz noted that the entire land parcel involved (a single tax parcel) is about 25 acres, but it is a long, skinny parcel broken into several separate segments  The segment relevant for this application is about 44,000 square feet, which is sufficient to satisfy the intent of the ordinance, even though it is not an official lot of record.  A. Matherne motioned to approve the variance due to this being a replacement mobile home and the lot size being sufficient for each home on the property meeting the purpose of the ordinance.  Motion was seconded by R. Becnel. Roll Call: D. Millet- yes, B. Gravois- yes, T. Bland- no, P. Johnson- yes, A. Matherne- yes, R. Becnel- yes, J. Picou- yes, D. St. Pierre- yes, G. Millet- yes.  Motion carried.

2. **Jones Variance (Item 26-22)**
   Represented by Dwight Jones. Requested a 10' from the front and 14' from the back setback variance to place a 16 x 80 mobile home at 3177 Domino Street in Vacherie due to the size of the existing lot. This is a replacement mobile home.  P. Johnson motioned to approve the variance and was seconded by A. Matherne.  Roll Call:  D. Millet- yes, B. Gravois- yes, T. Bland- yes, P. Johnson- yes, A. Matherne- yes, R. Becnel- yes, J. Picou- yes, D. St. Pierre- yes, G. Millet- yes.  All in favor. Motion carried.

**EXECUTIVE SESSION – (None)**

**ADJOURNMENT**

A.Matherne motioned to adjourn and was seconded by D. Millet.  All in favor. Motion Carried. Meeting adjourned at 6:21 p.m.

s/_____          s/_____
    Glen Millet, Chairman                                         Arthur Matherne, Vice-Chairman



I, Rene' Anderson, would like a variance to place an additional structure (12 × 24 residential building) at

81164 Hargis St, Convent, LA 70723.

x _Rene' Anderson_

March 23, 2026



**Public Hearing and Planning Commission Meeting Notice**
**Consideration of Land Use Map Designation Change**
**Shady Grove Site (Romeville)**

The St. James Parish Planning Commission will hold a public hearing during its regular meeting on May 18, 2026 to consider whether to recommend revising the parish land use map to redesignate the area commonly known as Shady Grove. The redesignation would be from Agricultural to Industrial to match the land use designation of the parcels downriver and upriver of the area. Changes in the land use map would require the adoption of an ordinance by the parish council. Accordingly, any recommendation would be directed to the parish council for further action.

The area in question is bounded on the downriver side by the Oxy Chem plant property and on the upriver side by the Nucor plant property. To the north is Highway 3125. On the river side, the area partially fronts on the river where it is adjacent to the Nucor site, and also lies north of an area of Romeville designated as Residential/Future Industrial.

The planning commission gives notice that it will hold a hearing and consider the matter at the following meeting:

<div align="center">

**Monday, May 18, 2026, 6:00 PM**
**St. James Parish Council Chamber**
**5800 Highway 44, Convent, LA 70723**

</div>