

# *St. James Parish Council*

**Vondra Etienne-Steib**
Chairwoman

**Courtney Long**
Vice-Chairman

**Tammie Bodin**
Secretary

P. O. Box 176
Vacherie, Louisiana 70090
(225) 562-2400
FAX (225) 562-2401
TDD: (225) 562-8500
council@stjamesparishla.gov

June 16, 2026

Honorable Members
St. James Parish Council

The St. James Parish Council will meet in regular session on Wednesday, June 17, 2026, at 6:00 p.m. in the Council Chambers of the Parish Courthouse in Vacherie, Louisiana.

Please make every effort to attend.

Sincerely,

*Tammie Bodin*

Tammie Bodin
Secretary

cc:     Parish President Pete Dufresne & Staff
        Assistant District Attorney Adam Koenig
        The News Examiner/Enterprise
        The Morning Advocate
        L'Observateur

*Note: St. James Parish will provide, upon request, reasonable accommodation to any disabled individual wishing to attend the meeting. Anyone requiring reasonable accommodation is requested to contact 1-800-846-5277 (TDD), 1-800-947-5277 (Voice) or 562-2400 (Handicapped) to discuss the particular accommodation needed.*

**EXHIBIT**

**F**

| Todd Poche | Courtney Long | Ryan Louque | Neal Poche | Anthony Jasmin | Vondra Steib | Donald Nash |
|---|---|---|---|---|---|---|
| District 1 | District 2 | District 3 | District 4 | District 5 | District 6 | District 7 |



# *St. James Parish Council*

**Vondra Etienne-Steib**
Chairwoman

P. O. Box 176
Vacherie, Louisiana 70090
(225) 562-2400
FAX (225) 562-2401
TDD: (225) 562-8500
council@stjamesparishla.gov

**Courtney Long**
Vice-Chairman

**Tammie Bodin**
Secretary

==POSTED…June 16, 2026 @ 3:00 p.m.==

**AGENDA**
**ST. JAMES PARISH COUNCIL**
**Parish Courthouse 2631 Hwy 20 Vacherie, La.**
**WEDNESDAY, June 17, 2026**

## 6:00 P.M. PUBLIC HEARING
1. Proposed Ordinance 26-09, An ordinance setting and designating the Adopted Property Tax Millage for the Year 2026 levied on all Taxable Property within the Parish of St. James, State of Louisiana (Dufresne)
2. Proposed Ordinance 26-08, An ordinance to amend Section 82-25 of the St. James Parish Code of Ordinances to change the use designation of the Shady Grove area form Agricultural to Industrial on the generalized future land use plan (Dufresne)

## 6:00 P.M. REGULAR MEETING

**I.**   **CALL TO ORDER & ROLL CALL**

**II.**  **PRAYER & PLEDGE**

**III.**  1. Approval of June 3, 2026, Public Hearing minutes
2. Approval of June 3, 2026, Regular meeting minutes

**IV**  **PRESIDENT' S REPORT**

**V.**  **PUBLIC COMMENT**
1. Comment on any agenda item requiring a Council vote in accordance with La. R.S.    4. 42.14.
2. Acknowledgement receipt of June 11, 2026, correspondence from Astha Sharma Pokharel and other counsel on behalf of Inclusive Louisiana, Mount Triumph Baptist Church, and Rise St. James. The letter advises they intend to ask the federal court in The pending litigation entitled Inclusive Louisiana v. St. James Parish, Case No. CV 23-987, to invalidate the ordinance regarding the land use redesignation of the Shady Grove area if it is approved (the Letter is included in the agenda package).

**VI.**  **PRESENTATION**-None

**VII.**  **APPOINTMENTS TO BOARDS AND COMMISSIONS**-None

**VIII.**  **OLD BUSINESS**
1. Update of drainage study from Forrestal Street to Pool Lane (Nash)
2. Update of Multipurpose Building (Etienne-Steib)
3. Action on Ordinance 26-09, An ordinance setting and designating the Adopted Property Tax Mileage for the Year 2026 levied on all Taxable Property within the Parish of St. James, State of Louisiana (Dufresne)
4. Action on Ordinance 26-08, An ordinance to amend Section 82-25 of the St. James Parish Land Use Ordinance, and to amend the St. James Parish Generalized Future Land Use Plan (Dufresne)

**IX.**  **NEW BUSINESS**
1. Resolution to approve disbursement of funds to pay pending and current invoices and payables (Chair)
2. Resolution scheduling a Board of Review for September 16, 2026 (Chair)
3. Resolution designating the News Examiner-Enterprise as the Official Journal of the St. James Parish Council for Fiscal Year 2026-2027 (Chair)
4. Resolution authorizing the advertisement for the bids for the construction of the Vacherie Community and Sports Complex (Dufresne)

5. Resolution authorizing Change Order NO. 2 for the Humble Phase III Drainage Improvements Project and authorizing the Parish President to execute all necessary documents related thereto (Dufresne)

6. Resolution of Certificate of Capital Area Finance Authority evidence of public approval of bonds pursuant to Section 147(f) of the Internal Revenue Code of 1986, as amended (Dufresne)

## X.    DIRECTOR'S REPORT

## XI.   COUNCIL MEMBER'S REPORT

## XII.  MOTION TO ADJOURN

To view backup documentation please visit www.stjamesla.com/agendacenter

*St. James Parish will provide, upon request, reasonable accommodations to any disabled individual wishing to attend the meeting. Anyone requiring reasonable accommodation is requested to contact 1-800-846-5277 (TTD), 1-800-947-5277 (Voice) or 562-2400 (Handicapped) to discuss the particular accommodation needed.*

**CENTER FOR CONSTITUTIONAL RIGHTS**

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

June 11, 2026

St. James Parish Council
5800 Hwy. 44
Convent, LA 70723

**Re: Second Legal Notice to Parish Council Regarding Proposed Ordinance to Re-Designate a Historic Black Community to "Industrial"**

To the St. James Parish Council:

On behalf of Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James, the undersigned counsel write to follow up on our June 1, 2026 letter. We understand that the Parish intends to move forward with a public hearing on June 17, 2026 on Proposed Ordinance 26-08 redesignating a large part of Romeville into an industrial area – a brazenly unlawful Ordinance that would be in defiance of existing federal court rulings and necessitate our taking prompt legal action against you to ensure it does not get effectuated.

As we noted in our earlier letter, the Ordinance is unlawful, and if allowed to pass, will be yet more evidence of a land use system that Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James have challenged in an ongoing federal lawsuit. *Inclusive Louisiana v. St. James Parish*, No. CV 23-987, 2026 WL 352793 (E.D. La. Feb. 9, 2026). In particular, this redesignation would announce the Parish's commitment to the erasure of a historic majority-Black community, and would imperil sites of historic, religious, and cultural significance to those communities, including cemeteries and historic sites built by freedpeople soon after emancipation.

Hon. Judge Barbier has already ruled in the federal lawsuit that the case raises plausible claims of discrimination and illegality, including violations of the Thirteenth Amendment of the U.S. Constitution, the Fourteenth Amendment's Equal Protection Clause and protection of bodily integrity, 42 U.S.C. Section 1982 which ensures non-discrimination in the use of property, the Religious Land Use and Institutionalized Persons Act, and the Louisiana Constitution Art. XII, Sec. 4 which protects the right of the people to preserve, foster, and promote their respective cultural origins. *Inclusive Louisiana v. St. James Parish*, No. CV 23-987, 2026 WL 352793 (E.D. La. Feb. 9, 2026). Based on the federal court's rulings, the Ordinance would reflect another prime example of the discriminatory land use system that violates multiple legal protections.

Please be advised: should the Ordinance be approved at the June 17, 2026 hearing or thereafter, we are prepared to seek expedited legal relief from the court in the *Inclusive Louisiana* litigation invalidating the proposed, unlawful course of action.

Sincerely,

Clara Potter
Devin Lowell
Lisa Jordan
ENVIRONMENTAL LAW CLINIC
TULANE LAW SCHOOL
6329 Freret St.
New Orleans, LA 70118
Tel.: (504) 865-5789
Fax: (504) 862-8721
cpotter2@tulane.edu
dlowell@tulane.edu
lwjordan@tulane.edu

*Attorneys for RISE St. James*

Astha Sharma Pokharel
Pamela C. Spees
Baher Azmy
Kayla Vinson
Celine Zhu
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel. & Fax (212) 614-6462
asharmapokharel@ccrjustice.org
pspees@ccrjustice.org
bazmy@ccrjustice.org
kvinson@ccrjustice.org
czhu@ccrjustice.org

William P. Quigley
Professor Emeritus
Loyola University College of Law
7214 St. Charles Avenue
New Orleans, LA 70118
Tel. (504) 710-3074
Fax (504) 861-5440
quigley77@gmail.com

*Attorneys for Plaintiffs Inclusive Louisiana
and Mount Triumph Baptist Church*

2

The following ordinance which was previously introduced at a regular meeting held on 2026, a summary thereof having been published in the official journal together with a notice of public hearing which was held in accordance with said public notice, was brought up for final passage on a motion offed by Councilman and seconded by Councilman :

## ORDINANCE 26-09
## ST. JAMES PARISH COUNCIL

**AN ORDINANCE SETTING AND DESIGNATING THE ADOPTED PROPERTY TAX MILLAGE FOR THE YEAR 2026 LEVIED ON ALL TAXABLE PROPERTY WITHIN THE PARISH OF ST. JAMES, STATE OF LOUISIANA**

WHEREAS, Article VII, Section 23(C) of the Constitution of the State of Louisiana and R.S. 47:1705(A) provide that property tax millage rates must be adjusted and levied upon the dollar of the assessed valuation of all property subject to ad valorem taxation within the Parish of St. James, State of Louisiana;

NOW, THEREFORE, THE ST. JAMES PARISH COUNCIL HEREBY ORDAINS:

SECTION 1. That the following property tax millage rates are hereby set and designated to be the adopted millage rates for the year 2026 levied on all taxable property situated within the territorial limits of the Parish of St. James, State of Louisiana:

| Purpose | 2026 Adopted Millage |
|---|---|
| A. General Fund – 1064 007 | 3.190 |
| B. Library Maintenance – 1064 014 | 2.980 |
| C. Courthouse, Jail, & Public Buildings Maintenance – 1064 015 | 4.930 |
| D. Road and Bridge Maintenance Parishwide – 1064 017 | 4.930 |
| E. Enhanced 911 System Maintenance – 1064 022 | 1.250 |
| F. Parishwide Drainage Facilities – 1064 026 | 2.980 |
| G. Hospital District – 1064 028 | 4.710 |
| H. Human Resources Public Improvement – 1064 029 | 3.890 |
| I. Fire Departments & Emergency Medical Services – 1064 032 | 3.910 |
| J. Juvenile Detention – 1064 047 | .600 |

SECTION 2. BE IT FURTHER ORDAINED by the St. James Parish Council that the following property tax millage rates are hereby set and designated to be the adopted millage rates for the year 2026 levied by district on all taxable property situated within the territorial limits of that enumerated district:

| Taxing District | 2026 Adopted Millage |
|---|---|
| A. Fire Protection District #2 – 1064 031 | 0.740 |
| B. Consolidated Road Lighting District #3A – 1064 036 | 1.000 |
| C. Recreation District 5 – 1064 023 | 1.000 |

SECTION 3. BE IT FURTHER ORDAINED by the St. James Parish Council that 1.20 mill on the dollar for the year 2026 is hereby levied for the purpose of paying the principal and the interest on various issues of General Obligation Bonds of the Parish. Said general obligation bond issues are as follows:

1. Parish of St. James – General Obligation Bonds, (0.500 mill)
2. Parish of St. James – Recreation District V – General Obligation Bonds, Series 2007 (0.700 mill)

SECTION 4. BE IT FURTHER ORDAINED by the St. James Parish Council that the Assessor and the Tax Collector in and for the Parish of St. James be, and they are hereby authorized, empowered, and directed to assess and collect the aforesaid taxes for the year 2026 in accordance with law.

SECTION 5. BE IT FURTHER ORDAINED by the St. James Parish Council that the Secretary of the Council be and is hereby ordered and instructed to furnish the said Parish Assessor and Tax Collector each with a certified copy of this ordinance.

SECTION 6. BE IT FURTHER ORDAINED by the St. James Parish Council that this ordinance shall be published in the official journal according to law, and this ordinance, after first having been reduced in writing, was read and considered section by section at this public meeting of the St. James Parish Council, and a vote was taken thereon, and the vote on the ordinance was as follows:

YEAS:
NAYS:
ABSTAIN:
ABSENT:

And, the ordinance was declared adopted on this, .

_____
Council Chairman

.

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

* * * * *

## C E R T I F I C A T E

I, Linda Hubbell, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of an ordinance adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, this 18th day of June 2026.

_____

(S E A L)                                    Tammie Bodin
                                             Secretary

The following ordinance which was previously introduced at a regular meeting held on May 20, 2026, a summary thereof having been published in the official journal together with notices of public hearings which were held in accordance with the public notices, was brought up for final passage on motion of Councilmember _____ and seconded by Councilmember _____:

**ORDINANCE 26-08**
**ST. JAMES PARISH COUNCIL**

**AN ORDINANCE TO AMEND SECTION 82-25 OF THE ST. JAMES PARISH LAND USE ORDINANCE, AND TO AMEND THE ST. JAMES PARISH GENERALIZED FUTURE LAND USE PLAN**

**WHEREAS,** on May 18, 2026, the St. James Parish Planning Commission considered a change in the land use designation of an area of the East Bank known as Shady Grove from "Agricultural" to "Industrial" use, and recommended the change to the Parish council for the area generally outlined in green on Attachment A hereto; and

**WHEREAS,** notices of the proposed change and hearings thereon were published on May 28, June 4, and June 11, 2026, and the Parish Council has held public hearings on the recommended changes on June 3, 2026, and June 17, 2026, in connection with the proposed land use change; and

**WHEREAS,** the Parish Council has considered the recommendation of the Planning Commission; the public comments received during the hearings; the facts and circumstances relevant to the location; the land use plan; and the potential impacts and benefits to the parish; and

**WHEREAS,** the Parish Council finds that it is in the public interest to change the St. James Parish Generalized Future Land Use Map to change the "Agriculture" area located on the East Bank known generally as Shady Grove to "Industrial" use;

**NOW, THEREFORE,** the St. James Parish Council hereby ordains:

**SECTION 1.**  Section 82-25(a) of the St. James Parish Code of Ordinances is hereby amended to read as follows:

> **Sec. 82-25.  Land use plan**
>
> **(a)**  **Adoption of future land use plan.**  The following map is hereby adopted and incorporated herein by reference to guide to the development of St. James Parish: The "St. James Parish Generalized Future Land Use Plan" dated June 17, 2026, in its digital form, identified as File FutureLandUsePlan_06_17_26.  A printed version of the plan is attached to this ordinance as Exhibit 1.  Any ambiguity in the location of land use category boundaries, or any conflict between the printed and digital forms of the map shall be resolved by relying on the digital form of the map.  Any ambiguity in the boundaries shown on the digital map shall be resolved as follows:

> [*the remainder of Section 82-25 remains unchanged*]

**SECTION 2.  EFFECTIVE DATE.**  This ordinance shall be effective immediately upon its passage, or as soon thereafter as allowed by law, and shall apply to any then-pending permit or approval for which a final decision has not been rendered by the parish.

This ordinance having been submitted to a vote, the vote thereon was as follows:

YEAS:
NAYS:
ABSTAIN:
ABSENT:

And, the ordinance was declared adopted on this, the 17th day of June 2026.

_____
Council Chairman

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

\*   \*   \*   \*   \*

## C E R T I F I C A T E

I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of an ordinance adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, this 18th day of June 2026.

_____
Tammie Bodin
(S E A L)                                              Secretary

Dear St James Parish Council M

My name is Ruth DeBeau 156 Rh
my strong opposition to Ordinanc
industrial development

Romeville is more than a commur
history. My family has deep roots
work, sacrifice, and memories. Th
expansion is heartbreaking.

The Pleasant Hill Cemetery in Ror
resting place of my parents, sibling
Every visit reminds me of the gene
we cherish today. These sacred gr

Sincerely      .

2

Dear Parish Council and Madam Secretary,

My name's Barbara Felton, and I live at 8180 Pleasant Hill Street in Romeville. I'm writing to oppose Ordinance 26-08 at today's meeting.

I was born and bred in Convent. In my younger days, I briefly moved to Hawaii, but coming back home to Romeville was a beautiful thing. At the same time, coming back shocked me as I saw the community I love change before my eyes. In that time I spent away, industry had begun to take over, and I don't want to see that trend go even further.

I worked for the Parish for over 25 years, and I'm proud of the work that my coworkers and I did. It's devastating to realize that the same Parish I worked for is so beholden to industry that it would consider approving an ordinance to push me off my land.

Resilliently,

**Tammie Bodin**

| | |
|---|---|
| **From:** | M Scott <mtynest1@gmail.com> |
| **Sent:** | Wednesday, June 3, 2026 5:14 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning Change |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from mtynest1@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I don't support this zoning change. I strongly oppose taking property that has strong historical value and significance to the black community.

It would be an outrage and an insult to change the zoning.  There are many things the parish can do to benefit the community. More industry is not what is needed. To plant industry in the middle of this community would be detrimental to the community.

Please do not vote in favor of this.

Marilyn A. Scott

# Tammie Bodin

|  |  |
|---|---|
| **From:** | Naomi Chajua <naomichajua@yahoo.com> |
| **Sent:** | Wednesday, June 10, 2026 1:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezoning ordinance 26-08 |

*Russ Diggs*

You don't often get email from naomichajua@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

# Tammie Bodin

| | |
|---|---|
| **From:** | Ruth Debeau <ruthdebeau@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 12:56 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Ruth Russ Debeau |

[You don't often get email from ruthdebeau@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

# St. James Parish Government

P. O. Box 106
Convent, Louisiana 70723-0106
(225) 562-2260
FAX (225) 562-2279
TDD: (225) 562-8500

Committee/Commission: _Doesn't want to speak_

Meeting Date: _____

## PUBLIC COMMENT SIGN-UP SHEET

Thank you for attending this public meeting- we value and appreciate your input. Please fill out form so that we may better serve you and record your participation.

### INSTRUCTIONS

1. Complete all the information on this form and present it to the recorder prior to the start of the call of agenda items.
2. If you wish to comment on multiple agenda items, please fill out a separate form for each item.
3. Please state your name prior to speaking and your physical address.

### AGENDA ITEM:

Agenda Item No. ___2608  Land use___

If this is a PUBLIC HEARING, please check one of the following:

☐ PROPONENT (For)          ☒ OPPONENT (Against)          ☐ UNDECIDED

Note: There are time limits for oral comments.

### BY FILLING OUT THIS FORM, YOU MAY BE ENTITLED TO WRITTEN NOTIFICATION OF ANY DECISION.

Please PRINT legibly:

Name (Required): ___KeeKee Julien-Judson___

Physical Address (Required): ___11275 Denham___
___Gonzales, La 70737___

Mailing Address (Required): _____

Phone Number (optional): ___225-229-7438___

Email Address (optional): ___keekeejulienjudson@gmail.com___

## Tammie Bodin

| | |
|---|---|
| **From:** | Jessica Roff <jessica@no-burn.org> |
| **Sent:** | Monday, June 15, 2026 9:01 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposition to St. James Land Use Ordinance section 82-85 proposed amendment |

You don't often get email from jessica@no-burn.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Tammie Bodin,
I am writing to state my oppose the proposed amendment to Section 82 - 85 of the St. James Land Use Ordinance that would change the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial. This would be a very problematic change.
Thank you for your attention,
Jessica

-------



**Jessica Roff**
she/her
Plastics & Petrochemicals Program Manager - US/Canada
GAIA (Global Alliance for Incinerator Alternatives)
On occupied Lenape / Munsee / Canarsie lands (so-called Brooklyn)

Sign up for our regional newsletter and follow GAIA US/Canada on Twitter, Facebook, and Instagram!

## Tammie Bodin

| | |
|---|---|
| **From:** | Justin Kray <justinkray@gmail.com> |
| **Sent:** | Monday, June 15, 2026 5:38 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Fwd: Letter for the Council public hearing on Item 26-08 |
| **Attachments:** | Romeville rezoning Item 16-08; Kray comment letter 061526.pdf |

You don't often get email from justinkray@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Tammie,

I have composed a comment letter for the Council regarding the land use action Item 26-08. I would appreciate it if you could forward it to all sitting members, and anyone else in parish government who you believe might benefit from reading it. I do plan on being in attendance on Wednesday.

Sincerely,

Justin Kray

1

**Justin Kray**
Director of Hidden Landscape, www.hiddenlandscape.org
2433 Onzaga St · New Orleans, LA 70119

**To:** Members of St. James Parish Council
5800 Highway 44, 2nd Floor · Convent, LA 70723

---

Dear Council Members,

I am a cartographer, planner, and community advocate based in New Orleans, qualified as an expert in planning documents, maps, and zoning processes by the 40th Judicial District Court. I write as a concerned citizen with detailed knowledge of the St. James land use plan, and on behalf of Inclusive Louisiana, a community organization based in Romeville — the area under consideration for industrial redesignation by Item 26-08.

My comments fall into two categories.

**First: the equity issue.** The proposed redesignation Item 26-08 is the latest in a long pattern of disparate treatment between parish districts. The 4th and 5th districts have been systematically disadvantaged: public schools closed, parks neglected, and historic communities wrongly designated for industry — while this Council has actively used the same land use plan to shield the 3rd and 6th districts (Paulina, Hester, Vacherie) from industrial permits, allowing those areas to see residential growth and public investment. Romeville is already the only residential area in the parish saddled with a "Residential/Future Industrial" designation — a label that declares its residential character transitory and disposable. That inequity is a larger problem beyond today's scope, but it is the backdrop against which this action must be understood.

More immediately, the agricultural land surrounding Romeville functions as a de facto buffer zone. Without it, industry could locate directly adjacent to — and between — existing homes, destroying property values and threatening residents' health and safety. Romeville has been continuously inhabited longer than the oldest maps, longer than the country itself. It was part of the Colomb plantation, became a historic Freetown during Reconstruction, and once supported a high school and grammar school. The heavy industry that now surrounds it is a relatively recent development: the Nucor steel mill was built just 15 years ago, heavily subsidized by state and parish leaders. If local prosperity and tax revenue are offered as justifications for further industrial expansion, one must ask — has any major residential growth actually followed from Nucor's plant construction?

In short, Romeville has been asked to bear a disproportionate share of the parish's industrial burden — and this redesignation would deepen that imbalance rather than correct it.

**Second: procedural and property concerns** the Council may not have fully considered:

- **Boundary misalignment.** The land use plan as adopted by Ordinance 18-02 does not align with property boundaries in the redesignation area. This "clean-up" step appears never to have been taken by St. James. Notably, the map presented by Mr. Franckiewicz, counsel for St. James, *did* align with property lines — but that map is not the one adopted by ordinance. Both the upper and lower boundaries of the proposed redesignation area deviate from actual property lines.
- **Inadequate notice.** Property owners within a redesignation area are typically entitled to individual public notice of changes to their usage rights. Based on conversations with Barbara Washington, administrator of the Harriet Jones Estate, this step appears to have been skipped.
- **Public land stewardship.** Approximately one-third of the land within the redesignation boundary is publicly owned. As stewards of that land, this Council bears a heightened obligation to the public trust — specifically, the health, safety, and welfare of Convent residents. The 4th District is already overwhelmingly mapped for heavy industry. There is no compelling reason to add more; large sugarcane fields elsewhere in the parish stand ready to accommodate new plants without impacting Romeville. What is genuinely scarce in this area is land for residential growth, agriculture, and small businesses. Land use planning requires balance, and the current map's broad strokes warrant more nuanced application here.
- **Parkview Land Co. conflict.** Roughly another third of the land is owned by Parkview Land Co., whose holdings extend into the batture beyond the redesignation boundary. Industrial redesignation here sets up a foreseeable conflict: Parkview would likely market its batture tract as a dock site in any future industrial sale. Such a development would route industrial activity directly through the residential portion of Romeville, with severe consequences for existing residents, the Romeville public park, and the Inclusive Community Hub on River Road.

I urge the Council to weigh these technical and equity concerns carefully before proceeding.

Respectfully,

*Justin Kray*

**Justin Kray**

# Tammie Bodin

| | |
|---|---|
| **From:** | Sheila T <satahir504@gmail.com> |
| **Sent:** | Saturday, June 13, 2026 5:12 PM |
| **To:** | Linda Hubbell |
| **Subject:** | Say NO to Proposed Ordinance 26-08! |

You don't often get email from satahir504@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear City Council,

I hope this email finds you well. My name is Sheila Tahir and I am a resident of Louisiana. I am writing to tell you that I am VEHEMENTLY opposed to Proposed Ordinance 26-08.

I am born and raised New Orleans, and that is where I currently reside; however, I have friends who live in St. James Parish, including Romeville. Rezoning Shady Grove from agricultural to industrial use sounds the death knell for this community. Effectively, the City Council is saying that these people do not matter. I urge you and City Council not to do this.

Already St. James Parish is overburdened with industrial facilities that spew toxins into the air, water, and land. It does not matter if these facilities are individually operating within a designated threshold; collectively they exceed anything humans (or any life, for that matter) should be subjected to. I don't have to tell you what moniker this region is known as, but I'll say it directly: Cancer Alley. Rezoning Shady Grove would overburden an already overburdened community with the hazardous effects that come from pollution.

Moreover, this is sacred, historic land. A few years back I had the honor of helping clean the graves that are located in Pleasant Hill Cemetery. I saw one humble grave marker that dated to right after the Civil War. I felt a profound sense of time and wonder, imagining how this person was born enslaved and died free. Their descendants might very well still live nearby, and likely do. I know some of my friends in the community are the descendants of people who are buried in this cemetery. My friends and their ancestors struggled so much just to carve out a plot of land in this region, to create a community they could call their own. Won't you let the dead lie in peace and grant that to the living as well?

If this ordinance is passed, eventually those who live here will either sicken and die or they will be forced to leave their ancestral land, the only place they and their ancestors have called home for centuries. I know the economic benefits of these facilities are touted, but those rarely trickle down to those who actually live in the community--or to someone like me. Frankly even if they did, it wouldn't matter to me. As a Louisianian, I don't want more pollution in my beautiful state. I want green, clean alternatives and other prospects for business and building the economy.

I urge you and City Council not to do this. Please, consider the people of Louisiana for once, and those who actually live in Romeville. Think about their enslaved ancestors, how much they suffered for "the economy." Because yes, "the economy" was the reason why we ever enslaved other human beings. It made vast amounts of money for some. Why contribute to suffering, why enrich the pockets of shareholders, why choose the economy over the living, the dead, and those who have yet to be born?

Beseechingly yours,
Sheila

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Katherine Hahn <kat@gulfhub.org> |
| **Sent:** | Monday, June 15, 2026 1:46 PM |
| **To:** | Tammie Bodin |
| **Subject:** | We Oppose 26-08 |

You don't often get email from kat@gulfhub.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear St. James Council,

We oppose Proposed Ordinance 26-08 amending Section 82-85 of the land use ordinance. Shady Grove should NOT be designated as industrial.

Shady Grove is one of the last remaining historically and culturally significant communities yet to be erased from outside companies that will come and go.

Please take this opportunity to begin restoring a sensible balance between polluting industry and fruitful agriculture that not only sustains but protects local life and economy.

Sincerely,

**Katherine Hahn** (she/her)
Coordinator | gulfhub.org

1

## Tammie Bodin

**From:** Windy Beck <windybeck@outlook.com>
**Sent:** Monday, June 15, 2026 10:41 AM
**To:** Tammie Bodin
**Subject:** Oppose Proposed Ordinance 26-08

You don't often get email from windybeck@outlook.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Goo morning Ms. Bodin,

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.

This would displace approximately 100 people, destroy a historical cemetery. There are already too many industries in this area. Another is dangerous.

Sincerely,

Windy Beck
4400 Barnette St.
Metairie, LA
Jefferson Parish

Get Outlook for Android

1

## Tammie Bodin

**From:**         Mary Rockwell <maryroserockwell@gmail.com>
**Sent:**         Friday, June 12, 2026 8:59 AM
**To:**           Tammie Bodin
**Subject:**      NO on Ordinance 26-08


You don't often get email from maryroserockwell@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>


EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I am writing to let you know that I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.

Thank you,
Mary Rockwell

## Tammie Bodin

| | |
|---|---|
| **From:** | Brewington, Jordan <jbrewington@bunche.ucla.edu> |
| **Sent:** | Friday, June 12, 2026 8:50 AM |
| **To:** | Tammie Bodin; Linda Hubbell |
| **Subject:** | Opposition to Proposed Ordinance 26-08 |

Some people who received this message don't often get email from jbrewington@bunche.ucla.edu. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Parish Council and Madam Secretary,

My name is Jordan Brewington. I live in Los Angeles, CA and travel to St. James Parish multiple times a year to learn more about the history of slavery in the region and to connect with beloved friends who call St. James Parish home.

I am writing to express my strong opposition to the Proposed Ordinance 26-08 that would permit industrial development on lands that have been stewarded and protected by Black families for generations, dating back to the abolition of slavery. This ordinance not only threatens the health and well-being of current residents but also the historical and cultural legacy that these communities have preserved against extraordinary odds.

For many Black families in this region, the land is more than property. It is an inheritance of resilience, sacrifice, and survival. These lands represent some of the few places in our country where descendants of the enslaved have been able to maintain a tangible connection to their ancestors and their history. To industrialize these areas is to jeopardize a living record of Black life, landownership, and community-building that has endured for generations.

The public health implications of this ordinance are also deeply concerning. Across the United States, industrial facilities have disproportionately burdened Black communities with pollution, environmental hazards, and associated health risks. Residents should not be forced to bear additional exposure to industrial activity that may compromise air quality, water quality, and overall quality of life. Every community deserves protection from environmental harms, and no community should be treated as a sacrifice zone for industrial expansion.

I am particularly concerned about the potential threat to historic burial grounds and ancestral resting places that may exist within or near the affected areas. These sites deserve the utmost respect and protection.

Historic preservation in this region is not solely a local concern. Black people from across the country like myself travel to places like St. James Parish to better understand the lives, struggles, achievements, and endurance of our ancestors. These communities serve as rare and invaluable sites of education, reflection, and cultural memory. They allow descendants of enslaved people to connect with their history in a direct and meaningful way. They are places where visitors can learn not only about oppression and survival but also about the strength, ingenuity, and power of Black communities that persisted despite generations of systemic injustice.

I respectfully urge you to reject this zoning ordinance and pursue alternatives that protect community health, preserve historic and cultural resources, safeguard burial sites, and honor the generations of Black families who have stewarded this land. Development decisions made today will shape what kind of life remains available tomorrow. We have a responsibility to ensure that irreplaceable cultural landscapes are not lost for short-term gains.

Thank you for your consideration and for your service to the community.

Best,
Jordan Brewington

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Cathy Laurino <claurino81@gmail.com> |
| **Sent:** | Monday, June 15, 2026 6:58 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

You don't often get email from claurino81@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.

As a Louisiana resident, I stand in solidarity with my neighbors in Shady Grove, and against the continued attempts of erasure of black communities along the river parishes in favor of more polluting industry.

This obviously targeted zoning needs to stop. The population is declining because industry has been polluting the black side of town for decades, and instead of doing something for the people currently living there to improve their lives you take their land away. It's appalling to see this even being proposed.

Please stand for people and not profits.

Cathy Laurino

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Sheila T <satahir504@gmail.com> |
| **Sent:** | Saturday, June 13, 2026 5:11 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Say NO to Proposed Ordinance 26-08! |

You don't often get email from satahir504@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Council Secretary,

I hope this email finds you well. My name is Sheila Tahir and I am a resident of Louisiana. I am writing to tell you that I am VEHEMENTLY opposed to Proposed Ordinance 26-08.

I am born and raised New Orleans, and that is where I currently reside; however, I have friends who live in St. James Parish, including Romeville. Rezoning Shady Grove from agricultural to industrial use sounds the death knell for this community. Effectively, the City Council is saying that these people do not matter. I urge you and City Council not to do this.

Already St. James Parish is overburdened with industrial facilities that spew toxins into the air, water, and land. It does not matter if these facilities are individually operating within a designated threshold; collectively they exceed anything humans (or any life, for that matter) should be subjected to. I don't have to tell you what moniker this region is known as, but I'll say it directly: Cancer Alley. Rezoning Shady Grove would overburden an already overburdened community with the hazardous effects that come from pollution.

Moreover, this is sacred, historic land. A few years back I had the honor of helping clean the graves that are located in Pleasant Hill Cemetery. I saw one humble grave marker that dated to right after the Civil War. I felt a profound sense of time and wonder, imagining how this person was born enslaved and died free. Their descendants might very well still live nearby, and likely do. I know some of my friends in the community are the descendants of people who are buried in this cemetery. My friends and their ancestors struggled so much just to carve out a plot of land in this region, to create a community they could call their own. Won't you let the dead lie in peace and grant that to the living as well?

If this ordinance is passed, eventually those who live here will either sicken and die or they will be forced to leave their ancestral land, the only place they and their ancestors have called home for centuries. I know the economic benefits of these facilities are touted, but those rarely trickle down to those who actually live in the community--or to someone like me. Frankly even if they did, it wouldn't matter to me. As a Louisianian, I don't want more pollution in my beautiful state. I want green, clean alternatives and other prospects for business and building the economy.

I urge you and City Council not to do this. Please, consider the people of Louisiana for once, and those who actually live in Romeville. Think about their enslaved ancestors, how much they suffered for "the economy." Because yes, "the economy" was the reason why we ever enslaved other human beings. It made vast amounts of money for some. Why contribute to suffering, why enrich the pockets of shareholders, why choose the economy over the living, the dead, and those who have yet to be born?

Beseechingly yours,
Sheila

1

## Tammie Bodin

**From:** Quinn Crosfield <qcrosfie@gmail.com>
**Sent:** Friday, June 12, 2026 4:00 PM
**To:** Tammie Bodin
**Subject:** I Oppose Rezoning

You don't often get email from qcrosfie@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial

Thanks,

Quinn Crosfield

1

## Tammie Bodin

**From:** Hope LeBlanc <vhope_leblanc@yahoo.com>
**Sent:** Friday, June 12, 2026 2:32 PM
**To:** Tammie Bodin
**Subject:** Ordinance 26-08 - SAY NO!

You don't often get email from vhope_leblanc@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammie Boden:

Please say "NO on ordinance 26-08" in St. James parish.

Thank you.


A Concerned Louisiana Citizen,
Hope LeBlanc

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Julia Gentner <juliaggentner@gmail.com> |
| **Sent:** | Friday, June 12, 2026 1:57 PM |
| **To:** | Tammie Bodin |
| **Subject:** | St. James Parish Council Comment |

You don't often get email from juliaggentner@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the Proposed Ordinance 26-08. Historic Black communities in St. James Parish deserve to have their land and history preserved, not bulldozed for more polluting industry.

Best,
Julia Gentner

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Rita O'Connell <ritaoconnell@bennington.edu> |
| **Sent:** | Friday, June 12, 2026 1:07 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposition to Proposed Ordinance 26-08 |

You don't often get email from ritaoconnell@bennington.edu. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I'm writing to oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and change the land use designation for the Shady Grove area from Agricultural to Industrial.

Thank you for your time,
Rita O'Connell
National Organizer
Beyond Plastics

## Tammie Bodin

| | |
|---|---|
| **From:** | Jennie Birkholz <jennie.birkholz@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 7:19 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment for Proposed Ordinance 26-08 |

You don't often get email from jennie.birkholz@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Members of the St. James Parish Council,

I am writing to submit my formal opposition to Proposed Ordinance 26-08, which would amend Sections 82-85 of the St. James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial use.

The people of St. James Parish have entrusted you with a higher authority to make decisions on their behalf. I urge you to hold this deep in your heart. The decisions you make today will shape the health, the culture, and the future of generations that follow.

Re-designating this land as Industrial will expose residents to additional environmental and health burdens that they have already shouldered far more than their share of. These communities deserve protection, peace, investment, and respect for their history, not further industrialization.

Vote NO on Ordinance 26-08.

Respectfully,

Jennie Birkholz
Deaconess Candidate, United Methodist Church United Women in Faith

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Kimbrelle Eugene Kyereh <kimbrelle@refinedce.org> |
| **Sent:** | Thursday, June 11, 2026 6:55 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposition to Proposed Ordinance 26-08 |

You don't often get email from kimbrelle@refinedce.org. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Bodin,

I am writing to express my opposition to proposed Ordinance 26-08, which would amend Section 82-85 of the St. James Parish Land Use Ordinance and change the Shady Grove/Romeville area from Agricultural to Industrial zoning.

I believe this proposed rezoning raises significant concerns regarding community well-being, quality of life, land use compatibility, environmental impacts, and the future of this historic area. Agricultural land should be preserved and protected rather than converted for additional industrial development.

Please include my comments in the official record and consider my opposition to Ordinance 26-08.

Thank you for your consideration.

Sincerely,


Kimbrelle Eugene Kyereh

St. Rose, Louisiana

Elkinsville Freetown

St. Charles Parish

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Melissa Aguayo <melissa@breakfreefromplastic.org> |
| **Sent:** | Thursday, June 11, 2026 2:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposing Proposed Ordinance 26-08 |

You don't often get email from melissa@breakfreefromplastic.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

I am writing to say I **oppose Proposed Ordinance 26-08**, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.

I stand with the citizens of St James Parish and their right to a clean and healthy environment. This decision will have lasting consequences for a community already facing disproportionate pollution burdens. Re-designating this land for industrial use would ignore community opposition and deepen existing environmental injustices.

I urge you to reject this ordinance and prioritize the health, voices and well being of St James Parish residents.

Thank you,
Melissa
--

**Melissa Aguayo**
*Interim Global CoCoordinator*
**#BreakFreeFromPlastic**
Gender Pronouns: She/Her/Ella
Mobile: +(1) 424 231 5633 Timezone: Pacific Standard Time
**Do you need to schedule a time to chat?  Please click here!**

**Tammie Bodin**

| | |
|---|---|
| **From:** | Taylor Hodge <thodge@ciel.org> |
| **Sent:** | Thursday, June 11, 2026 2:14 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment on Proposed Ordinance 26-08 |

You don't often get email from thodge@ciel.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

*I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.*

I lived in New Orleans for 6 years. I've seen how industrial pollution destroys communities and our health. This cannot be allowed to go on.

--
Taylor Hodge
US Agrochemicals and Fossil Fuels Campaigner
Center for International Environmental Law (CIEL)
1101 15th Street NW, Suite 1100, Washington DC 20005
+1.202.742.6846 | thodge@ciel.org
Pronouns: she/her

Connect with CIEL online:
www.ciel.org | facebook | twitter | linkedin

Confidentiality Notice: This e-mail and any attachments is from the sender and may be subject to legal privileges. It is intended solely for the use of named recipients. If you are not an intended recipient, please immediately notify the sender and destroy all copies of this message and attachments. Any use, dissemination, or disclosure of this information by a person other than an intended recipient is unauthorized.

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | Corinne Gibb <corinneldgibb@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 1:47 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposition to Ordinance 2608 |

[You don't often get email from corinneldgibb@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mrs Tammie Bodin,

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Lans Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.
There are enoug polluting industry in the area, we need to protected the rural communities along the river.

No more industries along the river.

Corinne Gibb

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Eloise Reid <eloisereid@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 1:38 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Proposed Ordinance 26-08 |

You don't often get email from eloisereid@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

To Whom It May Concern;

I oppose the proposed ordinance 26-08 that would amend sections 82-85 of the St James Parish Land Use Ordinance and change Shady Grove / Romeville from Agricultural to Industrial.

We need to protect this sacred land!

Thank you,
Eloise


--
**Eloise Reid** (she/her/hers)
Ph.D. Candidate | UVM Rubenstein School of the Environment
Gulf South Organizer | GreenFaith
Masters of Science | Environmental Justice | University of Michigan
LinkedIn | www.eloisereid.com
Meet with Me | Sign-Up for Yoga

**Tammie Bodin**

| | |
|---|---|
| **From:** | Mia Lowy <mia@labucketbrigade.org> |
| **Sent:** | Thursday, June 11, 2026 1:36 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposing Proposed Ordinance 26-08 |

You don't often get email from mia@labucketbrigade.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.

This rezoning is yet another example of industrial expansion being pushed into communities that are predominantly Black, communities that have historically had the least political power to fight back and the least resources to absorb the consequences. Re-designating the Shady Grove Area does not just change a line on a zoning map, rather, it threatens the health, safety, and way of life of the people who live there.

Environmental racism is not a theoretical concern. It is the lived reality of residents who already breathe in pollutants from nearby facilities, whose children attend schools near industrial sites, and whose complaints and concerns have too often been dismissed or ignored. This Parish Council has a responsibility to break that cycle.

I urge the Council to reject Ordinance 26-08 and instead commit to protecting the health and residential character of Shady Grove, and to centering environmental justice in all future land use decisions.

Sincerely,
Mia Lowy

**Mia Lowy** *she/they*
Volunteer Coordinator, Louisiana Bucket Brigade

Phone: (504) 484-3433
Website | Facebook | Twitter | Instagram

**If you're interested in volunteering, please fill out our Volunteer Inquiry Form!**
**If you're a volunteer looking to log your hours, click here!**

*Note: I work Tuesday, Wednesday, and Thursdays! If you email anytime from Friday - Monday, please allow for a grace period as I have been out of office.*

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Brian Loma <brianloma@greenlatinos.org> |
| **Sent:** | Thursday, June 11, 2026 12:52 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Oppose Ordinance 26-08 |

You don't often get email from brianloma@greenlatinos.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and change the land use designation for the Shady Grove area from Agricultural to Industrial.

Enough is enough

--

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Cynthia Palmer <CPalmer@momscleanairforce.org> |
| **Sent:** | Thursday, June 11, 2026 12:50 PM |
| **To:** | Tammie Bodin |
| **Subject:** | opposition to Proposed Ordinance 26-08 |

> You don't often get email from cpalmer@momscleanairforce.org. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Bodin,

I am writing to voice my opposition to Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and change the land use designation for the Shady Grove area from Agricultural to Industrial.

Thank you for your consideration.
Sincerely,
Cynthia Palmer
Senior Analyst, Petrochemicals
Moms Clean Air Force

## Tammie Bodin

| | |
|---|---|
| **From:** | Jenna Schwerzmann <jenna.schwerzmann@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 12:48 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment on Proposed Ordinance 26-08 |

You don't often get email from jenna.schwerzmann@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and change the land use designation for the Shady Grove area from Agricultural to Industrial.

Thank you.

Jenna Schwerzmann

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Rene Ronquillo <rene@labucketbrigade.org> |
| **Sent:** | Thursday, June 11, 2026 12:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Oppose Ordinance 26-08 |

You don't often get email from rene@labucketbrigade.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Bodin,

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and redesignate the Shady Grove area of Romeville from Agricultural to Industrial. The last thing we need in our state is more industry.  For over 50 years, we have industrialized Louisiana's historic Black communities, allowing outside companies to profit while leaving our communities with some of the worst rates of poverty, health, and employment.  More pollution is not the answer.  Our focus should be to reduce the pollution that we already have, rather than making room for more, while erasing our state's rural way of life.

Thank you,
Rene

Rene Ronquillo
*Development Director*
*(o) 504.484.3433*
*(m) 504.338.5280*

Sustain our work by becoming a ***Monthly Marcher!***

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Logan Wolf <lwolf@earthworksaction.org> |
| **Sent:** | Thursday, June 11, 2026 11:30 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

You don't often get email from lwolf@earthworksaction.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello, I am emailing you today to oppose Ordinance 26-08. This area of St. James is already squished in between 13 other industrial facilities. Leading to massive amounts of industrial pollution in the air, water, and soil. This would significantly impact the historic black community of Romeville. We cannot continue to sell out our people's health for industrial profits.

Thank you,

--
Onward!

Logan C Wolf
Louisiana Gulf Coast Campaigner
Earthworks
Baton Rouge, LA

*Protecting communities and the environment*
Facebook | Twitter | Instagram

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | marion freistadt <marionfreistadt@yahoo.com> |
| **Sent:** | Thursday, June 11, 2026 11:27 AM |
| **To:** | Tammie Bodin |
| **Subject:** | oppose the proposed ordinance 26-08 |

You don't often get email from marionfreistadt@yahoo.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed ordinance 26-08 that would amend sections 82-85 of the St James Parish Land Use Ordinance and change Shady Grove / Romeville from Agricultural to Industria

Marion "Penny" Freistadt, PhD, MBA, MSc
1539 adams St.
New Orleans, LA 70118

504-352-2142

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Bart Everson <whatever@barteverson.com> |
| **Sent:** | Thursday, June 11, 2026 11:28 AM |
| **To:** | Tammie Bodin |
| **Subject:** | ordinance amendment |

You don't often get email from whatever@barteverson.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

I'm writing today to express my opposition to this 26-08 ordinance I've been hearing about. Apparently it's intended to change the current St. James Parish Land Use Ordinance? I've been told that it would shift the Shady Grove and/or Romeville areas from Agricultural to Industrial. I'm against it!

I'm not a resident of St. James but I do pass through regularly.

Bart Everson
4329 Banks St, New Orleans, LA 70119

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Alexandria Gordon <alexandria@breakfreefromplastic.org> |
| **Sent:** | Thursday, June 11, 2026 11:09 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment on Ordinance 26-08 |

You don't often get email from alexandria@breakfreefromplastic.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

*I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial. This community is inundated with industry; the last thing needed is more.*

--
**Alex Gordon**
*US & Canada Member Engagement Officer*
**#BreakFreeFromPlastic**
Gender Pronouns: She/Her
Mobile: +(1) 713-807-0282
*Currently in Central Standard Time*
Schedule a Meeting with Me!

1

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | Natasha Villanueva <nvillanuevadrv@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 11:07 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposition to Proposed Amendment to Section 82 - 85 |

You don't often get email from nvillanuevadrv@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Greetings Tammie Bodin,

I am writing in solidarity to oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove/Romeville area of Convent, LA from agricultural to industrial. Many groups of marginalized people such as those formerly enslaved simultaneously enriched our country through stolen labor and were/are restricted to where they can live. The Black community that has stewarded this land deserves a healthy, de industrialized environment, not one spoiled and exploited by the highest bidder. Thank you for considering my input as well as the ethics and potential repercussions of this decision.

Take care,
-Natasha


Natasha Villanueva
Pronouns: she/they
nvillanuevadrv@gmail.com
(612) 849-2240

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Brandon Harris <nocommentkarneval@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 10:32 AM |
| **To:** | Tammie Bodin |
| **Subject:** | St James Parish Council |

You don't often get email from nocommentkarneval@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey to whom this concerns,

I oppose Ordinance 26-08 to amend Sections 82-85 of the St James Land Use Ordinance and change the Shady Grove / Romeville area from agricultural to industrial .

Best,

Tony

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Martha Holmgren <marthaholmgren@icloud.com> |
| **Sent:** | Thursday, June 11, 2026 9:55 AM |
| **To:** | Tammie Bodin |
| **Subject:** | St. James Parish Land Use |

[You don't often get email from marthaholmgren@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed ordinance 26-08 that would amend sections 82-85 of the St James Parish Land Use Ordinance and change Shady Grove / Romeville from Agricultural to Industrial. Please consider and be respectful of the needs of all involved.

Thank you.

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Misha Mayeur <misha@habitatrecovery.org> |
| **Sent:** | Wednesday, June 10, 2026 8:35 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment submission |

You don't often get email from misha@habitatrecovery.org. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

This proposal represents yet another attempt to expand industrial development at the expense of the health, safety, history, and rights of St. James Parish residents.

Displacement and Public Health: The residents of Shady Grove and surrounding communities are already burdened by the cumulative impacts of living in one of the nation's most heavily industrialized corridors, commonly known as Cancer Alley. Approving additional industrial zoning would further expose residents to pollution and environmental hazards, exacerbating serious and irreversible health consequences while increasing pressure on families to leave the communities they have called home for generations.

Protection of Historic and Cultural Resources: The proposed redesignation threatens lands adjacent to the Pleasant Hill Cemetery and Colomb Plantation Cemetery, as well as the estate of Harriet Jones, a historic property preserved by her descendants since emancipation. These sites are irreplaceable parts of the parish's cultural heritage and African American history. Industrial expansion in their vicinity would demonstrate a profound disregard for the people, families, and stories that these sacred places represent.

Ongoing Allegations of Discriminatory Land-Use Practices: This ordinance cannot be viewed in isolation. It is part of a broader pattern of land-use decisions that have disproportionately concentrated industrial development in majority-Black communities throughout St. James Parish. These practices are currently the subject of federal litigation seeking to halt further industrial expansion in affected areas. Moving forward with this rezoning while those issues remain unresolved raises serious concerns about equity, justice, and the Parish's commitment to protecting all of its residents.

For these reasons, I urge the Parish Council to reject Proposed Ordinance 26-08 and preserve the agricultural designation of the Shady Grove area. The health of residents, the protection of historic and cultural resources, and the pursuit of environmental justice must take precedence over further industrial expansion.

Misha Mayeur (She/Her)
Deputy Director, Habitat Recovery Project
<https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2F4372dbff.streak-link.com%2FC6xH1GCgIKB8lPniWwG5sioa%2Fhttp%253A%252F%252Fhabitatrecovery.org%252F&data=05%7C02%7Cta mmie.bodin%40stjamesparishla.gov%7Cc664228ea0d74a3a5b5d08dec759b867%7C2e6fcac6919e41bd86aa4316cca379 46%7C0%7C0%7C639167385341289001%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMD AwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=7Fvc%2B3Iij2K%2FUXY6HhqDst nvW1u935xgJcUAiANuRjl%3D&reserved=0>
504-858-5819 / misha@habitatrecovery.org <mailto:misha@habitatrecovery.org>

## Tammie Bodin

| | |
|---|---|
| **From:** | Peter Digre <peterdigre@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 6:03 PM |
| **To:** | Tammie Bodin |
| **Cc:** | gnoicc@groups.io |
| **Subject:** | GNOICC Opposes Proposed Ordinance 26-08 |

You don't often get email from peterdigre@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Bodin,
The Greater New Orleans Interfaith Climate Coalition urges the Parish to reject the proposed Ordinance 26-08 that would amend sections 82-85 of the St James Parish Land Use Ordinance and change Shady Grove / Romeville from Agricultural to Industrial.
The Black Communities of St. James Parish already suffer from excessive industrial toxins and the impact on your residents' health is well documented. Rezoning will lead to more industrial toxicity and further the process of undermining the well being of local residents and communities.
Please reject this proposal.
Thank you for your consideration.

Pastor Gregory Manning
Executive Director
gmanning1973@yahoo.com <mailto:gmanning1973@yahoo.com>

Peter Digre
Interim Chair
peterdigre@gmail.com <mailto:peterdigre@gmail.com> Greater New Orleans Interfaith Climate Coalition

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Debbie Owens <debbieowens1966@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 5:20 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

You don't often get email from debbieowens1966@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms Tammie Bodin,

I oppose Ordinance 26-08 to amend Sections 82-85 of the St James Land Use Ordinance and change the Shady Grove / Romeville area from agricultural to industrial

**Tammie Bodin**

| | |
|---|---|
| **From:** | Melanie Meade <meadem307@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 9:11 PM |
| **To:** | Tammie Bodin |
| **Subject:** | St. James Land Use |

You don't often get email from meadem307@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose Ordinance 26-08 to amend Sections 82-85 of the St James Land Use Ordinance and change the Shady Gove/Romeville area from agricultural to industrial

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | KaraLeigh Loya <karaleigh.eva@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 6:23 PM |
| **To:** | Tammie Bodin |
| **Subject:** | I Oppose Ordinance 26-08 |

You don't often get email from karaleigh.eva@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose Ordinance 26-08 to amend Sections 82-85 of the St. James Land Use Ordinance to change the Shady Grove / Romeville area from agricultural to industrial.

This area hosts a community with deeply rooted history. Industrial developments threaten that community with lowered property value and exposure to pollution. These threats displace people out of their homes.

I urge you to oppose ordinance 26-08, as well.

—

KaraLeigh Eva Loya
Saint Rose, Louisiana

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Bette Kussmann <bettekussmann48@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 11:20 AM |
| **To:** | Tammie Bodin |
| **Subject:** | St James Land Use |

You don't often get email from bettekussmann48@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed Ordinance 26-08 to amend Section 82-85 of the St James Land Use Ordinance and change the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial" Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Choua Vang <choualv99@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 11:50 AM |
| **To:** | Tammie Bodin |

You don't often get email from choualv99@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial.

Respectfully,

Choua Vang

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Kim Warner <kimworm@gmail.com> |
| **Sent:** | Tuesday, June 9, 2026 4:06 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Land use change |

You don't often get email from kimworm@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Tammie Bodin,

I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial.


Thank you,
Kim Warner

1

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | Leah Dunlevy <dunlevy.leah@gmail.com> |
| **Sent:** | Tuesday, June 9, 2026 4:08 PM |
| **To:** | Tammie Bodin |
| **Subject:** | I oppose the proposed amendment to Section 82 - 85 |

You don't often get email from dunlevy.leah@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial.

Leah Dunlevy

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Michael Esealuka <miesealu@gmail.com> |
| **Sent:** | Tuesday, June 9, 2026 4:14 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment Opposing the Proposed Land Use Designation Change in Shady Grove |

You don't often get email from miesealu@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial

This is a historic community already surrounded by industry and inundated with pollution. It is unjust to keep moving industry near communities that already face serious pollution.

Michael Esealuka | New Orleans
vimeo.com/miesealu
<https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fvimeo.com%2Fmiesealu&data=05%7C02%7Cta mmie.bodin%40stjamesparishla.gov%7C94893015e84943cfdc9e08dec66c08f4%7C2e6fcac6919e41bd86aa4316cca3794 6%7C0%7C0%7C639166364478255661%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDA wMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C40000%7C%7C%7C&sdata=m0VdxATzzsLf%2BeXQcpfN UoYJgqtrTi2ys2zP2SIczIA%3D&reserved=0>

1

## Tammie Bodin

| | |
|---|---|
| **From:** | alexa k <alexakoch17@gmail.com> |
| **Sent:** | Tuesday, June 9, 2026 4:54 PM |
| **To:** | Tammie Bodin |
| **Subject:** | st james land use ordinance |

You don't often get email from alexakoch17@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,
I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial

1

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | Graham Hamilton <hamigraham@gmail.com> |
| **Sent:** | Tuesday, June 9, 2026 4:04 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Section 82 - 85 of the St James Land Use Ordinance |

You don't often get email from hamigraham@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Tammie,

I am writing to oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial.

Thank you for your consideration in this matter.

Best,
Graham Hamilton

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Marta Young <myoung@cleanwater.org> |
| **Sent:** | Tuesday, June 9, 2026 4:05 PM |
| **To:** | Tammie Bodin |
| **Subject:** | oppose section 82-85 of St James Land Use Ordinance |

You don't often get email from myoung@cleanwater.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello

I oppose the proposed amendment to Section 82-85 of the St James Land Use Ordinance that change the future land use designation of the Shady Grove/ Romeville area of Convent, LA from Agricultural to Industrial.

-Marta Young

*Marta Young*
*NJ Deputy Director*
*Clean Water Action/Clean Water Fund*

  

**Get involved and make a difference!**
Website | Facebook | Twitter | Instagram

Please consider the environment before printing this e-mail.
***************
This message (including any attachments) is intended only for the use of the person(s) to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you receive this message in error, please notify me immediately by email, telephone, or fax, and delete the original message from your records. Thank you.

**Tammie Bodin**

| | |
|---|---|
| **From:** | Tabatha Knudson <tknudson31@gmail.com> |
| **Sent:** | Tuesday, June 9, 2026 4:04 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposing Section 82 - 85 of the St James Land Use Ordinance |

You don't often get email from tknudson31@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi.

My name is Tabatha Knudson, and I am writing in to say that I oppose the proposed amendment to Section 82 - 85 of the St James Land Use Ordinance that changes the future land use designation of the Shady Grove / Romeville area of Convent, LA from Agricultural to Industrial.

Thank you,
Tabatha Knudson

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Lenora Gobert <lenora@labucketbrigade.org> |
| **Sent:** | Tuesday, June 16, 2026 2:27 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Proposed Rezoning from Agricultural to Industrial Land Takeover |

You don't often get email from lenora@labucketbrigade.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial. This is a blatent attempt to erase historic communities. Instead of bringing in outside companies to St James parish to provide jobs and economic development how about using your parish resources and efforts to help build small- and medium-sized businesses that truly bring all of St James parishes' residents into building their economy and enriching themselves via their own efforts?



**Lenora Gobert** (she/her/hers)
Genealogist
Louisiana Bucket Brigade
O: (504) 484-3433
labucketbrigade.org

Stay informed and **_sign up_** for our weekly _ENews_.
Sustain and support our work by becoming a **_Monthly Marcher_**!

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Kristi Dayemo <kristi@hiphopcaucus.org> |
| **Sent:** | Tuesday, June 16, 2026 12:27 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Comment on Ordinance 26-08 |
| **Attachments:** | St James Parish Council Rezoning Letter 6.17.26.pdf |

You don't often get email from kristi@hiphopcaucus.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Tammie,

I am submitting my comment to you in case I cannot speak tomorrow. Could you please confirm receipt? Thank you for your assistance.

In Solidarity,
Kristi Dayemo

1

My name is Kristi Dayemo, I am a community organizer, scientist,  Louisianan and a campaign manager at Hip Hop Caucus. I'm submitting this comment on behalf of the Caucus. We are in strong opposition to the proposed ordinance that would redesignate parts of Romeville from agricultural to industrial. This council and its predecessors have forsaken the community it represents for decades by inviting industrial facilities to pollute our air and water. Since 1958 when the first plant was built, 28 of 32 plants have been placed in the majority black 4th and 5th districts. It's been nearly 50 years since a plant has been placed in a majority white district. You cannot face this community and say that is a coincidence. Romeville, St. James Parish residents, and the fearless community organizers have told you they do not want any more industry. The courts ruled that Inclusive, Rise St James and Mt. Triumph Baptist Church has a case for discrimination against this very council for the continued placement of industry in their communities. And that the presence of industry in the Parish is the modern continuation of the plantation and slave economy tied to the Mississippi river. Why would you want to be a part of that legacy? Instead you bring this ordinance to go around the will of the people and the ruling of the courts. Heavy industry doesn't need any more handouts from this council. They have received sweetheart deals including property tax abatements and payroll rebates subsidized by our taxes. Meanwhile, historic landmarks, cultural centers, schools, and our homes are being encircled by smokestacks. As residents we have to question the air we breathe and the water we use everyday. This is pollution, harmful to our health, and depleting the resources that should be a basic right to have.

Understand that this is personal to me too. The worst affected are those that live closest to the facilities, but there isn't a bubble that traps air and water pollution at the lines of St. James Parish's 4th and 5th district. According to the EPA air toxins can travel hundreds of miles affecting regional air quality and public health. I live 50 miles away from St James Parish in New Orleans. I work and play along Louisiana's gulf coast. I love this state and I won't accept that living here means losing years off my life so the fossil fuel industry can continue business as usual. My life isn't up for sale, nor are my neighbors. This is why I came here today to demand that this council:

1. Drop the ordinance that would change current residential and agricultural land in St. James Parish to Industrial
2. Propose a new ordinance that would prohibit new and expanding industrial facilities

## Tammie Bodin

| | |
|---|---|
| **From:** | Mia Lowy <mia@labucketbrigade.org> |
| **Sent:** | Tuesday, June 16, 2026 12:14 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Opposing Proposed Ordinance 26-08 |

You don't often get email from mia@labucketbrigade.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose Proposed Ordinance 26-08, which would amend Sections 82-85 of the St James Parish Land Use Ordinance and re-designate the Shady Grove area of Romeville from Agricultural to Industrial.

This rezoning is yet another example of industrial expansion being pushed into communities that are predominantly Black, communities that have historically had the least political power to fight back and the least resources to absorb the consequences. Re-designating the Shady Grove Area does not just change a line on a zoning map, rather, it threatens the health, safety, and way of life of the people who live there.

Environmental racism is not a theoretical concern. It is the lived reality of residents who already breathe in pollutants from nearby facilities, whose children attend schools near industrial sites, and whose complaints and concerns have too often been dismissed or ignored. This Parish Council has a responsibility to break that cycle.

I urge the Council to reject Ordinance 26-08 and instead commit to protecting the health and residential character of Shady Grove, and to centering environmental justice in all future land use decisions.

Sincerely,
Mia Lowy

**Mia Lowy** *she/they*
Volunteer Coordinator, Louisiana Bucket Brigade

Phone: (504) 484-3433
Website | Facebook | Twitter | Instagram

**If you're interested in volunteering, please fill out our Volunteer Inquiry Form!**
**If you're a volunteer looking to log your hours, click here!**

*Note: I work Tuesday, Wednesday, and Thursdays! If you email anytime from Friday - Monday, please allow for a grace period as I have been out of office.*

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Inclusive Louisiana <inclusive.louisiana@gmail.com> |
| **Sent:** | Tuesday, June 16, 2026 11:58 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Proposed Ordinance 26-08 – Resident Comments for Public Hearing |
| **Attachments:** | attachment 1 (26).pdf; attachment 1 (24).pdf; attachment 1 (23).pdf; attachment 1 (25).pdf; attachment 1 (27).pdf; attachment 1 (22).pdf; attachment 1 (20).pdf; attachment 1 (18).pdf; attachment 1 (19).pdf; attachment 1 (21).pdf; attachment 1 (17).pdf; attachment 1 (16).pdf |

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Tammie,

Attached are letters from residents of the Romeville community who are unable to attend tonight's public hearing regarding Proposed Ordinance 26-08. They have asked that their comments be entered into the record and read during the public hearing for the Council's consideration.

Thank you for your assistance.

Best,
Inclusive Louisiana
Inclusive Louisiana - Protecting Our Community

1


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's Richard Johnson , and I stay at 8180 Pleasant Hill Street Romeville, La.

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

This is not right what you all are planning to do. What are we suppose to do? Where will we go? Who's going to pay for relocating us? so many of us are getting sick and dying from complications of cancer. We are surronded and sandwiched in on our right and left from industrial plants. Would any of you want to be in the position we are in? Please consider to vote No to Ordinance 26-08. Thank you.

**Thank you for your consideration,**

Signature: Richard Johnson                Date: 6/11/2026


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's Genice White , and I stay at 8252 Hargis Street Romeville, La.

**I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.**

When I moved to Romeville it was quiet and the people was Loving and Kind. I raised all my children here and I love the community. I have seen so many people nhohare died fighting Cancer. We have too many plants Already. Please do not allow Romeville to be rezoned.

Thank You Kindly

**Thank you for your consideration,**

Signature: Genice White

Date: 6/10/26

**INCLUSIVE LOUISIANA**

# WRITE YOUR LETTER

## Dear Parish Council and Madam Secretary,

My name's *Lillie Brown* , and I stay at *8256 Pleasant Hill Street, Convent, La. 70723*

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

I'm opposing this ordinance because I am concern about my health. I suffer from severe sinusitus which is very painful. I live in a community of high cancer rate and I would like the council to consider the health of our citizens. We survive in this area by the "Grace of God", man's heart only focus on money and illegal gain, the more industry the more money in their pocket. I oppose this ordinance because we deserve to live and not die from polution.

**Thank you for your consideration,**

Signature: *Lillie Brown*

Date: 6-15-2026

8276 Plessant
Hill st Convent
LA. 70723

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

My name is Lisa
Lewis Jackson I'm against Ordinence
26-08 we have enough plants our
people are dying of cancer and there
is no more room for plants and we
can barly stand the pollution as is.

Respectfully,

_(signature)_  4/13/26

Michael Allen
8366 Hwy 44
Convent, La.
70723

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

To whom it may concern as a life long resident of this parish I oppose this ordinance. For decades I have watch these big corporation come into our parish polluting our environment without any regard to our health and safety. All for greed, Without no provisions for the safety of our community. We have watched many friends and family died from terrible diseases and accidents with little regard for their families. I have worked in some of these industries and when it comes to safety they talk a good game, but when something needs to be done they would blue-issue, or just make up excuses that theres nothing they can do about it because it's always profit that they are worried about. Their only concern is making profit not about the safety our longivity of life in our community that is why I oppose this ordinance.

Respectfully,

Michael B. Allen
6-13-26


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's _Lisa McDuffy_ , and I stay at _8304 Hwy 44_ _Convent, La 70723_

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

Your ordinance 26-08 to rezone Shady Grove / Romeville from agricultural to industrial assuring us that we have no future here. We are human and deserve to be treated with respect. Industry have surrounded Romeville and so many residents are sick. Cancer is the "Norm"! I believe in growing the economy but not like this at the expense of our health. Fewer items to be the norm of the day also. I believe in change but not all change is good. My family has been a part of Romeville for centuries & worked hard to leave a legacy. So I say consider our cries for No Rezoning of Romeville to Industrial

Thanks kindly
Lisa McDuffy

**Thank you for your consideration,**

Signature: _Lisa Allen McDuffy_      Date: _6-13-26_


INCLUSIVE LOUISIANA

# WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's Antoinette Dais , and I stay at 9212 Water Tower St. Convent La. 70723

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

A member of Pleasant Hill B.C I have live in Convent all my Life. I have seen so many changes in people Health. Burning eyes, upper Respiratory problem. No Jobs. they stole the School. NO. Bank. All Because of Industry.

**Thank you for your consideration,**

Signature: Antoinette Dais          Date: 6/14/2024

Dorestine Banks
9237 Ester Street
Convent, La. 70723

Dear St. James Parish council members.

I oppose proposed Ordinance 26-08.

I am a Member of Pleasant Hill
Baptist church. I lived in Convent
LA. All my life I seen so many
Changes in my Health + others
Cancer and Lung Problem

Respectfully,

Dorestine Banks

Frederick Banks
9237 Ester St.
Convent, La. 70723

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

I Live d in Convent Le. All my Life
My Health has Change a Lot
And Others, we have cancer and
Lung Problem

Respectfully,

Fredrick Banks

Gregory YOUNG
9237 ESTER.ST
CONVENT. LA 70723

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

I LIVE IN CONVENT LA, AND IT seems like I'am getting sick with diferent illness

Respectfully,

Gregory Young

Rebecca Shaw
9269 Esterst.
Convent La.

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

I am A member of Pleasant Hill Baptist.
Church, I Lived in Convent and I have
Seen so many changes in People health
Cancer an Lung problem. Sore thorat
no Bank all Because of Indstury

Respectfully,

Rebecca Shaw

Stella Banks
9239 Ester St.
Convent, La. 70723

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

I am A Member of Pleasant Hill Baptist
Church. I Lived in Convent all my
Life, and I have seen so many
Changes in People health.
Cancer and Lung Problem.

Respectfully,

Stella Banks

## Tammie Bodin

| | |
|---|---|
| **From:** | Inclusive Louisiana <inclusive.louisiana@gmail.com> |
| **Sent:** | Friday, June 12, 2026 9:05 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Proposed Ordinance 26-08 – Resident Comments for Public Hearing |
| **Attachments:** | attachment 1 (15).pdf; attachment 1 (14).pdf; attachment 1 (13).pdf; attachment 1 (12).pdf; attachment 1 (11).pdf; attachment 1 (9).pdf; attachment 1 (8).pdf; attachment 1 (10).pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Tammie,

Attached are letters from residents of the Romeville community who are unable to attend tonight's public hearing regarding Proposed Ordinance 26-08. They have asked that their comments be entered into the record and read during the public hearing for the Council's consideration.

Thank you for your assistance.

Best,
Inclusive Louisiana
Inclusive Louisiana - Protecting Our Community

1


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's *Nathiel Jones*, and I stay at *9272 Water Tower Street Convent, La.*

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

We have been hearing for decades, that Industy pay the bills, but we see broken infrastru, poor drainage, heavy traffic, and sickness. I stand in solidary with the Romeville residents. I have seen what an Industrial plant can do To a community Like Romeville, Salso Lake Charles Chemical plant Surrounded the town of Mossville, and it lead to severe pollution and documented health issues among residents. So many people have died from cancer in Romeville and Surronding residents of Convent. So many people are battling cancer. While the plants promise all that money no body from the Council is saying Let's do a study to see why so many people are dying from Cancer in the area. NO to 26-08

**Thank you for your consideration,**

Signature: *Nathiel Jones*    Date: 6/9/26


INCLUSIVE LOUISIANA

# WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's Betty mae Joshua Lewis, and I stay at 8155 Pleasant Hill st. Convent La. 70723

**I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.**

I was born + raised in Romeville, I strongly against rezoning. All the plants that are here now is nothing but harmful pollution in the air. Romeville is my home and I don't want it taken over with Industries. ~~tak~~ I don't want my relatives in the cemettary disturb in any way. I differently don't want a plant in my backyard. I am hoping + praying the council push for economic development for our children + grandchildren but not at the expense of their health + well being.

**Thank you for your consideration,**

Signature: Betty m J Lewis          Date: 6/8/26


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's *Marceline Washington*, and I stay at *8256 Pleasant Hill Street Convent, LA 70723*

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

Empathy is a word that is seldom used or thought of in today's world. A person's land can be taken with the stroke of a pen and there is very little that can be done. Why do we need elected officials if they arent willing to fight for the needs of all people. We need another plant as much as the old woman in the shoe needed more children. I have respiratory issues and I never smoked more than once in my life. We have enough train traffic, truck traffic and river traffic already. We are literally trapped like a deer caught in the head lights of a car. Our cemeteries, which keeps us connected to our lone ones may be lost at the signatures on a few documents. We dont have the resources to leave if we wanted to and its obvious no one cares. We arent human, we're statistics. We are a community that time and man has forgotten.

**Thank you for your consideration,**

Signature: *Marceline Washington*   Date: *June 10, 2026*



INCLUSIVE LOUISIANA

# WRITE YOUR LETTER

## Dear Parish Council and Madam Secretary,

My name's Edward J Lewis, and I stay at 8155 Pleasant Hill St Convent La. 70723

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

We need no more plants coming our way. There's to much pollution in the area surrounding use. People are getting sick, some dying & its hard to breath. I am already sick with COPD, + at times its hard for me to breath. I am against rezoning. Most of these people been here all their lives. Their ancestors work hard for the land they have. I have relatives in the cemetry and its not right to disturb them. We need no Industrial area adjacent to our hometown (Romeville)

Thank you for your consideration,

Signature: Edward J. Lewis

Date: 6/8/26

INCLUSIVE LOUISIANA

# WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's Elizabeth Joshua , and I stay at 8171 Pleasant Hill Street in Romeville, La. This has been my home for the past 75 years.

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

I have seen Industry Come to bring Jobs to the Community and along with it much pollution, and much fear. Our health is suffering from the Chemicals emmitted into Our Air. Many Loved ones are battling cancer and have died from Cancer. Romeville is a historic place that have exsisted from the 1870's. I am a member of Pleasant Hill Baptist Church, A church that has been here since 1874 along with Pleasant Hill Cementary. I don't want to see Industry take Our history away.

**Thank you for your consideration,**

Signature: Elizabeth Joshua    Date: 06-08-24

Ray Morgan
9296 watertower
Convent La70723

<u>Dear St. James Parish council members,</u>

<u>I oppose proposed Ordinance 26-08.</u>

My name is Ray Morgan I resides at
9296 Water tower st. I have a hard time
breathing I have been diagnos with
Copd, Now I am on an asthma Pump
Can hardly breathe sometimes Its
time to stop these Plants from
entering our Parish polluting the Parish
and our Neighborhood.

<u>Respectfully,</u>

Ray Morgan


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

### Dear Parish Council and Madam Secretary,

My name's Keynon Joshua, and I stay at 8171 Pleasent Hill Street in Romeville, La.

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

Romeville is the place where I have lived all my life. To see what is happening to my hometown which my foreparents worked so hard to acquire is devastating. Industry is erasing our history, our community have always been rich in agricultural and while we can't dictate what they do with their land, we can say No to the ordinance 26-08 because We already have been over burden with pollution. Nobody asked us to be bought out and to rezone Romeville to Industrial would put our health at greater risk of more respiratory illness, and cancer. Please hear our cry of humanity.

Thank you for your consideration,

Signature: _Keynon Joshua_

Date: 06/8/26


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's _Doris Washington_, and I stay at _8256 Pleasant Hill Street, Convent, LA 70723_

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

It has been brought to my attention that Convent, LA was set aside for industry, now it is being manifested.

The unfortunate thing is it was allowed to be part residential without homeowners being aware of it.

The question now; especially for the Romeville area is why is there not a fair buyout program in place.

Residents deserve better.

**Thank you for your consideration,**

Signature: _Doris Wash L_

Date: _June 10, 2026_


INCLUSIVE LOUISIANA

## WRITE YOUR LETTER

**Dear Parish Council and Madam Secretary,**

My name's Julian Wingate, and I stay at 8170 Pleasant Hill Street Romeville.

I'm writing to oppose Ordinance 26-08 before the council's June 17th meeting.

We are a small community in Romeville, and we deeply are concerned about what is happening to rezone Shady Grove that Would directly affect our community to place more Industry around us. Shady Grove is east of me bounded by Oxy Chemical, Convent Marine Terminal that exports coal, and Mosaic. To the west of me is Nucor Stell, and ZeNoh Grain and Millennium Galvanizing and also The former Shell plant. With pollution from all of these plants They contribute to many of our residents being sick, having respiratory issues, and dying from cancer. We can't afford to have any more Industry in our Neighborhood.

**Thank you for your consideration,**

Signature: Julian Wingate

Date: 6/9/26

Marsha Thomas
9285 Central Crossing Apt 103-C
Convent La. 70723
Ph # (335) 864-5196

Dear St. James Parish council members,

I oppose proposed Ordinance 26-08.

My name is Marsha Thomas an I am oppose of no more industrial plants to enter in St. James parish. As of June 2 I have be diagnos with breast cancer. Now I have to take cobalt 60 radiation treatments. The air we breathes is horrible. The water is rusty and taste like chlorine and some times salty. This my oponion of no more plants in St. James Parish I belong to Pleasant Hill Baptist Church and I believe this place was created for God's children Not more poisious plants. No to Ordinance 26-08

Respectfully,

Marsha Thomas

Elizabeth Russ-McPherson

I am Co-Pastor Elizabeth Russ-McPherson. I presently reside in New Orleans, Louisiana.

I am a native of Romeville, Louisiana. I am one of the ten children of the late Rev. Moses Russ, Sr. and the late Mrs. Lillie Guidry Russ of Romeville, Louisiana.

Now, as it relates to the pivotal matter at hand, I would like to voice my wholehearted and unequivocal opposition to Ordinance 26-08.

This community represents the very core and essence of our being. This property in question represents the heart and foundation of our town's history.

It depicts the lifelong, oppressive struggles of our forefathers to obtain the status of home owners and recognized citizens of this town we call home.

All of our lives are strongly connected to these roots that extend from the Great Mississippi River, a place of our Christian Baptism, to our beautiful historical church, Pleasant Hill B.C., which has been a beacon light for over 100 years, and finally to the railroad tracks leading to our cemetery (Pleasant Hill B.C. Cemetery), where so many of our loved ones are laid to rest.

So, in conclusion, I find it imperative that if you would sincerely take into consideration the spiritual sacredness involved, the potential health hazards, and the fundamental historical values of our families and friends. We, as a people, would greatly appreciate your cooperation.

In Prayer,

Elizabeth Russ-McPherson

*Elizabeth Russ-McPherson*

*June 11, 2026*

# Tammie Bodin

| | |
|---|---|
| **From:** | Gwendolyn Jones <gwendolyn.jones58@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 9:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Oppose Ordinance 26-08 |

You don't often get email from gwendolyn.jones58@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I, Gwendolyn Jones oppose Ordinance 26-08 to amend Sections 82-85 of the St. James Land Use Ordinance and change the Shady Grove/Romeville area from agricultural to industrial.

Gwendolyn Jones

Founder and President

@climateconversationbc

climateconversationbc.org
<https://nam11.safelinks.protection.outlook.com/?url=http%3A%2F%2Fclimateconversationbc.org%2F&data=05%7C02
%7Ctammie.bodin%40stjamesparishla.gov%7C37710ae0893340d917e408dec7610b85%7C2e6fcac6919e41bd86aa4316c
ca37946%7C0%7C0%7C639167416930285756%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLj
AuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C20000%7C%7C%7C&sdata=uib0HKjPJfJDXQiiDrn
Zdwg94B%2BipkhoiH9qhJmuHgQ%3D&reserved=0>

## Tammie Bodin

| | |
|---|---|
| **From:** | Sherry White <lutchergirl21@gmail.com> |
| **Sent:** | Wednesday, June 10, 2026 5:43 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

You don't often get email from lutchergirl21@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

" I oppose Ordinance 26-08 to amend Sections 82-85 of the St James Land Use Ordinance and change the Shady Grove / Romeville area from agricultural to industrial "

## Tammie Bodin

| | |
|---|---|
| **From:** | Sharon Lavigne <SharonLavigne@RiseStJames.org> |
| **Sent:** | Wednesday, June 10, 2026 6:13 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance |

You don't often get email from sharonlavigne@risestjames.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose the proposed ordinance 26-08 that would amend sections 82-85 of the st. James Parish land use ordinance and change shady grove/romeville from agricultural to industrial.

Get Outlook for iOS

**Chris M. Kimball**
Superintendent

**Marty Poche**
President
District 4

**Angela Washington**
Vice President
District 5


**ST. JAMES PARISH SCHOOLS**
*Inspiring Hope and Purpose*

1876 West Main Street
P.O. Box 338
Lutcher, LA 70071

(225) 258-4500
www.sjpsb.org

**Diana Cantillo**
District 1

**Tim Detillier**
District 2

**Sue Beier**
District 3

**Nicole Florent**
District 6

**Raymond Gros**
District 7

June 15, 2026

Dear Members of the St. James Parish Council:

As Superintendent of St. James Parish Schools, I support this initiative to encourage economic growth and attract new businesses and industries to St. James Parish.

Our core mission is teaching and learning. To provide students with a high-quality education and prepare them for future success, we must have the resources to recruit and retain excellent employees, maintain safe, modern facilities, and offer meaningful opportunities inside and outside the classroom.

Business and industry have long been important partners in supporting public education in St. James Parish. Through property taxes and millages, industry contributes the vast majority of the revenue that funds our schools. These resources are essential as school systems face rising operating costs and increasing challenges in remaining competitive with teacher and staff salaries.

Without continued economic growth and investment, sustaining the level of educational excellence our community expects will become more difficult. Industry support helps ensure we can continue providing strong academic programs and extracurricular opportunities, including athletics, fine arts, music, career and technical education, and other activities that contribute to the development of well-rounded students. In addition, they support and enhance our school facilities by addressing infrastructure needs and improving safety.

By continuing to promote responsible economic development, we can strengthen our local economy and ensure that St. James Parish Schools remain a place where students can learn, grow, and succeed.

Thank you for your continued leadership and commitment to the future of St. James Parish.

Sincerely,

*Chris M. Kimball*

Chris M. Kimball, Superintendent
St. James Parish Schools



# TOWN OF GRAMERCY
## PO DRAWER 340 ~ 120 N. MONTZ
## GRAMERCY LA 70052
## PHONE: 225-869-4403 ~ FAX: 225-869-4195

**Steven J. Bourgeois**
**Mayor**

**Dustin Jenkins**
**Police Chief**

Parish President Pete Dufrense and the Council of St. James Parish

On Monday June 8, 2026, during our monthly town meeting we passed Resolution 28-2026 in support of the designation change of Shady Grove from agricultural to industrial use. The resolution which was advertised and voted on was passed unanimously by the town's board of alderman, who in affect represent a population of roughly 2,900 residents. We look forward to new business partners and the opportunities that are afforded by our residents as we grow.

Steven J. Bourgeois

Mayor, Town of Gramercy

| Alderman Dist 1 | Alderman Dist 2 | Alderman Dist 3 | Alderman At Large | Alderman At Large |
|---|---|---|---|---|
| Percy Williams | Darren Brack | Theron Louque | Craig Calcagno | Claude Wiggins |

**Member Louisiana Municipal Association**

## RESOLUTION NO. 28-2026

### A RESOLUTION IN SUPPORT OF ST. JAMES PARISH ORDINANCE TO AMEND SECTION 82-25 LAND USE ORDINANCE, AND TO AMEND THE ST. JAMES PARISH GENERALIZED FUTURE LAND USE PLAN

WHEREAS, St. James Parish Planning Commission considered a change in the land use designation of an area of the East Bank known as Shay Grove from "Agricultural" to "Industrial" use, and has recommended the change to the Parish Council.

WHERAS, the Parish Council has considered the recommendation of the Planning Commission; the public comments received during the hearings; the facts and circumstances relevant to the location; the land use plan; and the potential impacts and benefits to the parish;

WHEREAS, the Town of Gramercy Mayor and Board of Aldermen find that it is in the public interest to change the St. James Parish Generalized Future Land Use Map to change the "Agriculture" area located on the East Bank, known generally as Shady Grove, to "Industrial" use

NOW, THEREFORE, BE IT RESOLVED by the Town of Gramercy Board of Aldermen that it hereby supports the St. James Parish Council's consideration to change the St. James Parish Generalized Future Land Use Map to change the "Agriculture" area located on the East Bank known generally as Shady Grove to "Industrial" use.

A motion to adopt the above resolution was made by Alderman Brack, seconded by Alderman Wiggins, and resulted in the following vote:

| | |
|---|---|
| YEAS: | Brack, Calcagno, Louque, Wiggins, Williams |
| NAYS: | None |
| ABSENT: | None |
| ABSTAIN: | None |

And the resolution was declared adopted on the 8th day of June, 2026.

### *** CERTIFICATION ***

I, Amy O. St. Pierre, Clerk of the Town of Gramercy, Louisiana, do hereby certify that the above is a true and correct copy of a resolution duly adopted by the Mayor and Board of Aldermen of the Town of Gramercy, Louisiana, duly convened on the 8th day of June, 2026.

_____
Amy O St. Pierre, Town Clerk

## Tammie Bodin

| | |
|---|---|
| **From:** | Satya Malur <satyamalur@hotmail.com> |
| **Sent:** | Tuesday, June 16, 2026 1:34 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Fw: Romeville land use change |

You don't often get email from satyamalur@hotmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Mr. Pete Dufrense

Please vote in favor of the change of the land in Romeville, LA to Industrial use.   I have an interest in both personal and businesses in this area and stand in support of the change.

Sincerely,

Satya Malur

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Cody Rose <cody.rose@rpcontractors.com> |
| **Sent:** | Tuesday, June 16, 2026 1:15 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Public Comment in Support of Ordinance 26-08 |

You don't often get email from cody.rose@rpcontractors.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

I am writing in support of Ordinance 26-08 to rezone a portion of property in Romeville from agricultural to industrial use.

Thanks,

*Cody Rose*
**Site Manager**
River Parish Contractors, Inc.
Cell: (225)279-3892

**RIVER PARISH**
CONTRACTORS

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Yvette Anderson <yvetteanderson63@yahoo.com> |
| **Sent:** | Tuesday, June 16, 2026 12:10 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land Use Change |

You don't often get email from yvetteanderson63@yahoo.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To all Council Members of St. James Parish

Please Vote in Favor of the Change to Industrial the Land in Romeville, LA . I have interest both in personal and business in this area and I am in support of the change.

Thank You,

Yvette Anderson

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Pratap Pasupuleti <ppasupuleti@yahoo.com> |
| **Sent:** | Tuesday, June 16, 2026 11:59 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land |

[You don't often get email from ppasupuleti@yahoo.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Pete Dufrense

Please vote in favor of the change to Industrial the land in Romeville, LA.   I have business interest in this area and stand in support of the change.

Thank You,
-Pratap

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Christina Bier <chrisybier@hotmail.com> |
| **Sent:** | Tuesday, June 16, 2026 11:57 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land use change |

[You don't often get email from chrisybier@hotmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Pete Dufrense

Please vote in favor of the change to Industrial the land in Romeville, LA.   I live, work and have interest both personal and businesses in this area and stand in support of the change.

Thank You,

Christina Bier
6554 La 44
Convent, La70723

*Chritina Bier*
*Poche Plantation*
*chrisybier@hotmail.com*
**504-417-3500**

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Mark Anderson <telaweb@icloud.com> |
| **Sent:** | Tuesday, June 16, 2026 11:44 AM |
| **To:** | Tammie Bodin |
| **Cc:** | Christina Bier; debbiejones459al@gmail.com; Satya Malur; nanda@bullseyegroup.com; Pratap Pasupuleti; Yvette Anderson |
| **Subject:** | Romeville Land use change |

[You don't often get email from telaweb@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Pete Dufrense

Please vote in favor of the change to Industrial the land in Romeville, LA.   I live, work and have interest both personal and businesses in this area and stand in support of the change.

Thank You,

Mark Anderson
PO Box 201,
Convent, LA 70723

225-715-9510

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Kody Bourgeois <kodybourgeois@rocketmail.com> |
| **Sent:** | Tuesday, June 16, 2026 10:49 AM |
| **To:** | Tammie Bodin |

You don't often get email from kodybourgeois@rocketmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

# I'm in favor of the land use change. I support industry.

# Thanks, Kody Bourgeois

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Wendy Poche <wasp62@icloud.com> |
| **Sent:** | Tuesday, June 16, 2026 8:51 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Industry |

[You don't often get email from wasp62@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am for the industry redistricting.we need more jobs and better jobs for our residents if St. James Parish. Better jobs equals better benefits such as health insurance which will help our community be healthier!
Wendy Poche
Sent from my iPhone

## Tammie Bodin

| | |
|---|---|
| **From:** | Natalie Thomason <n.thomason143@gmail.com> |
| **Sent:** | Monday, June 15, 2026 10:01 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Public Comment in Support of Ordinance 26-08 |

You don't often get email from n.thomason143@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please record this message as a public comment and read it into the record at the meeting.

I, Natalie Thomason, a resident of St. James Parish, am writing in support of Ordinance 26-08 to rezone a portion of property in Romeville from agricultural to industrial use.

Thanks,

Natalie Thomason

## Tammie Bodin

| | |
|---|---|
| **From:** | Jessie Zeringue <jessiez1985@gmail.com> |
| **Sent:** | Monday, June 15, 2026 7:52 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rise st James |

[You don't often get email from jessiez1985@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose what rise st James is doing to our parish, I work in industry and I am all for industry and creating jobs in this parish. Please stop them Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Chad Weidert <cweidert3@gmail.com> |
| **Sent:** | Monday, June 15, 2026 7:25 PM |
| **To:** | Tammie Bodin |
| **Cc:** | Todd Poche |
| **Subject:** | Support of land use designation change to industrial |

You don't often get email from cweidert3@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammie,
I am in support of proposed ordinance 26-08 that would change the land use designation to industrial.  It is imperative that our parish have the ability to attract industry along a very important an attractive economic corridor.
Please convey to rest of parish council.

Thanks,
Chad Weidert
District 1

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Adam Roussel <aroussel20379@gmail.com> |
| **Sent:** | Monday, June 15, 2026 7:05 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change |

You don't often get email from aroussel20379@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is Adam Roussel, I have lived in Paulina my entire life. I support the proposed zoning change as well as future industrial growth.

## Tammie Bodin

| | |
|---|---|
| **From:** | Jordan Obryant <jordanobryant@icloud.com> |
| **Sent:** | Monday, June 15, 2026 9:05 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezoning of Romeville Property |

[You don't often get email from jordanobryant@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please put on record, that Jordan O'Bryant and Marshall O'Bryant support the rezoning of the property in Romeville from agriculture to industrial

Thanks
Jordan And Marshall O'Bryant

## Tammie Bodin

| | |
|---|---|
| **From:** | Luke Bourgeois <luke.bourgeois@rpcontractors.com> |
| **Sent:** | Monday, June 15, 2026 7:41 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Public Comment in Support of Ordinance 26-08 |

You don't often get email from luke.bourgeois@rpcontractors.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please record this message as a public comment and read it into the record at the meeting.

I, Luke Bourgeois, a resident of St. James Parish, am writing in support of Ordinance 26-08 to rezone a portion of property in Romeville from agricultural to industrial use.

Thanks,

Luke Bourgeois

## Tammie Bodin

| | |
|---|---|
| **From:** | Pam Barker <pbarker@ochsner.org> |
| **Sent:** | Monday, June 15, 2026 6:21 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Support for Ordinance 26-28 |

You don't often get email from pbarker@ochsner.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Bodin,

I am writing to reaffirm my support for approving Ordinance 26-08, which proposes changing the zoning designation of land in Romeville from Agricultural to Industrial.

I believe this land presents a strong opportunity for economic growth and job creation within St. James Parish. Based on the images shared during the last council meeting, the property appears to be vacant and suitable for development.

Since relocating to St. James Parish in December 2007, I saw a noticeable increase in the cost of living. Encouraging responsible industrial development could help strengthen the parish's tax base and provide much-needed financial balance for the community.

It is important that we remain open to welcoming corporations that are willing to invest in our parish. Thoughtful development can bring long-term benefits, including employment opportunities and additional revenue to support local needs.

In recent years, there have been several attempts by industries to develop within the parish that were ultimately unsuccessful. While community input is important, it is equally critical to ensure that decisions are guided by accurate data and the broader economic needs of our residents.

For your reference, my address is listed below:

Physical Address:
4215 Highway 3125
Hester, LA

Mailing Address:
4215 Highway 3125
Paulina, LA

Thank you for your time and consideration.

Sincerely,

## Tammie Bodin

| | |
|---|---|
| **From:** | evan reulet <evanreulet@yahoo.com> |
| **Sent:** | Monday, June 15, 2026 12:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | 6/17 Counsel Meeting Opinion |

You don't often get email from evanreulet@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tammie,

My name is Evan Reulet and I am a concerned parent/citizen of St. Jame parish. I am unable to attend the meeting tomorrow but would like my thoughts to be shared as public comment. I am totally against Rise St. James and what they trying to do to our industry in St. James Parish. This will have long term effects on our young kid's future and having to have the opportunity to work and provide for their families like the industries have done for year here.

It is awesome that St. James Parish community is coming together to fight back against Rise St. James.

Thanks,
Evan

1

## Tammie Bodin

| | |
|---|---|
| **From:** | cobrarichie@rtconline.com |
| **Sent:** | Monday, June 15, 2026 12:13 PM |
| **To:** | Tammie Bodin |
| **Subject:** | support |

You don't often get email from cobrarichie@rtconline.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I would like it read into the record that I'm still supporting moving the agricultural land classification to industrial.

Richard Friedrichs

2673 N Nobile St

Paulina, LA 70763

Thank you,

Richard Friedrichs

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | AOL!! <sharkstpierre@yahoo.com> |
| **Sent:** | Friday, June 12, 2026 9:37 AM |
| **To:** | Tammie Bodin |
| **Subject:** | email in favor of ordinance |

You don't often get email from sharkstpierre@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please include Alvin "Shark" St.Pierre Jr as being in favor of Shady Grove land to be declared by ordinance as an Industrial site.

Alvin St Pierre Jr
317 Belinda Ave
Gramercy La
225-806-0702

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Kat Trepagnier <kattrep@gmail.com> |
| **Sent:** | Saturday, June 13, 2026 3:43 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Land Use Ordinance 26-08 |

[You don't often get email from kattrep@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am a current resident and registered voter of St. James Parish and am IN SUPPORT of the above referenced ordinance currently being discussed in St. James Parish.  My support is primarily attributed to economic development and the future good for all residents of the parish.

I also humbly request that a decision not be influenced or persuaded by anyone or any group which are not residents of this parish.

Respectfully,

Katherine Trepagnier
1644 2nd Street
Lutcher, LA

**Tammie Bodin**

| | |
|---|---|
| **From:** | tj matherne <tjmatherne12345@yahoo.com> |
| **Sent:** | Saturday, June 13, 2026 7:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zone change |

You don't often get email from tjmatherne12345@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a resident of Paulina, I am in favor of rezoning and for industry!
Sent from my iPhone

## Tammie Bodin

| | |
|---|---|
| **From:** | Ashlyn Millet <ashlyn.millet@gmail.com> |
| **Sent:** | Saturday, June 13, 2026 7:27 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning Change |

[You don't often get email from ashlyn.millet@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a resident of Paulina, I am in favor of rezoning and for industry!
Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Donald Ladner <theladners@bellsouth.net> |
| **Sent:** | Saturday, June 13, 2026 5:38 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Industry |

[You don't often get email from theladners@bellsouth.net. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

We need industry in our parish.
Sent from my iPhone

**Tammie Bodin**

| | |
|---|---|
| **From:** | Sherry Bell <bossandrivers@att.net> |
| **Sent:** | Friday, June 12, 2026 8:03 PM |
| **To:** | Tammie Bodin |
| **Subject:** | I support Ordinance 26-08 |

You don't often get email from bossandrivers@att.net. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tammie

I am wholly in support of Ordinance 26-08!  I have been directly affected by the lack of industry which has proven to provide a good living for us,  Due to the lack of good paying jobs in the lucrative banks of the Mississippi River in our Parish, I've had to seek employment in other Parishes and STATES, yes, seek employment in other states!  This not only affects my personal finances, but currently I am paying taxes out of my payroll to Ohio and the city in which this project is in.  St James is missing out on that tax revenue.  And I am so far from home and my family.

Please pass this to the council that I wholly support Ordinace 26-08!

Kindest Regards,
Sherry Bell

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Megan Melancon <meganmelancon07@yahoo.com> |
| **Sent:** | Friday, June 12, 2026 5:42 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Support for Land Use Ordinance 26-08 |

You don't often get email from meganmelancon07@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tammie,

As a lifelong resident of St. James Parish, with multiple family members working in industry, I would like to show my support of the Land Use Ordinance 26-08.   Industry is what feeds our families, supports our schools and provides sustainable living for many residents and beyond our own parish.   Industry is what helps our parish thrive and supports the futures of our own children.

Thank you for your time.
Megan Newsom

Sent from Yahoo Mail for iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | sonya roussel <sonyarou52@yahoo.com> |
| **Sent:** | Friday, June 12, 2026 9:50 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

You don't often get email from sonyarou52@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I want to voice my approval of this ordinance to re-designate the Shady Grove area of Romeville from Agricultural to Industrial..
Thank you
Sonya Roussel

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

**From:** Bordelon Pest Control, LLC <pestcntl@bordelonpest.com>
**Sent:** Friday, June 12, 2026 8:24 AM
**To:** Tammie Bodin
**Subject:** Zoning

You don't often get email from pestcntl@bordelonpest.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

To Whom It May Concern,

I am writing to express my support for the proposed zoning change.

After reviewing the proposal, I fell the change is appropriate for the area and will have a positive impact on the community. I respectfully ask that the zoning request be approved.

Thanks for your time and consideration.

Sincerely,


David Duhon
Bordelon Pest Control, LLC
(225) 869-3598 Phone
(225) 869-3595 Fax
pestcntl@bordelonpest.com

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Pamela Louque <plouque57@gmail.com> |
| **Sent:** | Friday, June 12, 2026 8:01 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

[You don't often get email from plouque57@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sent from my iPhone
My husband & I are for industry coming into our parish. Our young people need jobs & our parish needs growth.

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Sid Berthelot <sidbert1966@gmail.com> |
| **Sent:** | Friday, June 12, 2026 7:11 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Stop the Noise |

[You don't often get email from sidbert1966@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Tammie,

I am emailing my support against the efforts of Rise St. James regarding their anti industry campaign. I am in full support of industry in our parish and recognize the importance of both the jobs and tax revenues generated to continue public services. I'm hoping our parish council doesn't buy into the false narrative being spun by paid protesters. Thank you.

Respectfully,

Sid Berthelot
Sent from my iPhone

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | Mark Anderson <telaweb@icloud.com> |
| **Sent:** | Friday, June 12, 2026 7:09 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land Use |

[You don't often get email from telaweb@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

SJP Council,

Please vote in favor of the Land Use Plan in Romeville.  We need industry.

Thank You

Mark Anderson
Poche Plantation  LLC

Sugar Hill LLC
RV Parks
telaweb@icloud.com

225-715-9510

1

## Tammie Bodin

| | |
|---|---|
| **From:** | crewcrusher1@yahoo.com |
| **Sent:** | Friday, June 12, 2026 6:44 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Bring industry to St.James parish |

You don't often get email from crewcrusher1@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a business owner in resident of St. James Parish, we need to support industry growth to help our parish flourish. Due to opposition from activist group our parish has suffered, lost many industries and jobs that put tax revenue back into our economy and help our parish grow. The residence, our children first responders educational system are all suffering due to the lack of industry and opposition they have been met with when trying to establish in our parish. We must take action against these opposition groups that are funded to do nothing but keep industries and jobs coming to St. James Parish. Thank you for attention to this matter from a small business owner in resident of St. James Parish.
Daniel Johnson

Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Janice Zeringue <janicezeringue@icloud.com> |
| **Sent:** | Friday, June 12, 2026 6:38 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Support passing ordinance 26-08 |

[You don't often get email from janicezeringue@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning- I support the passing of ordinance 26-08 in St James parish to change land from agricultural to industrial. Thank You Janice Zeringue 2926 Hwy 20 VACHERIE Louisiana Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | nelson louviere <louvieren@bellsouth.net> |
| **Sent:** | Friday, June 12, 2026 3:34 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change |

You don't often get email from louvieren@bellsouth.net. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning change and smart industrial support
Danielle B Louviere

Sent from AT&T Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Mindy Melancon <mindymelancon@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 10:04 PM |
| **To:** | Tammie Bodin |
| **Subject:** | I SUPPORT ZONING CHANGES IN ROMEVILLE |

You don't often get email from mindymelancon@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning changes in Romeville to Industrial.

Thank you,
Mindy Melancon

1

## Tammie Bodin

**From:** Jay Meyer <myangelmeyer@gmail.com>
**Sent:** Thursday, June 11, 2026 10:04 PM
**To:** Tammie Bodin
**Subject:** Industry in St. James

You don't often get email from myangelmeyer@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is Jay Meyer. As an almost 30 year resident of St. James parish I am in favor of anything to bring industry and growth to our parish.

I am opposed to the so called environmental group trying to shut industry down.

I am in favor of the council voting to keep industry coming to our parish.

It's been proven that industry is good neighbors providing support to our parish.

I urge the council to oppose the oradence to halt industry.

We need to fight for our parish and oppose the self-serving paid protesters.

Sincerely

Jay Meyer
334 W Main St
Gramercy, La 70052

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Ricky Guidry <guidrick5@hotmail.com> |
| **Sent:** | Friday, June 12, 2026 6:55 AM |
| **To:** | Tammie Bodin |
| **Subject:** | FOR INDUSTRY |

You don't often get email from guidrick5@hotmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Born and raised right here in St James Parish and I'm here to show my support FOR MORE INDUSTRY.  If we want the parish to continue in growth and also continue with programs that we have in place today, we need the extra help from industry.  This is from senior citizen buildings and programs, Meals on wheels program and just to maintain parks/recreation use for youths.  We have to think about the future of our parish, mostly our children and grandchildren.  More industry helps/supports infostructure and also helps the tax payers of the parish by putting extra money into his/her pockets.  By this I mean industry eats up the cost of some of these higher taxes that we have to pay to continue with improvements around the parish and even for our schools.  Most people do not realize what industry is and what it produces.  Every single day each person uses industry one way or another.  It's used in every household everyday.  The soaps, detergents, cleaning supplies, food grade products, beauty products and more.  Outside the household its use in the vehicles we drive/ride in everyday, clothing products, roadways we use to travel and the list goes on. Don't be the hypocrite that's against industry and use the everyday products that are produced by industry.   So, before we let outsiders try to control the future of OUR parish, lets look at all the positive things that are brought to the parish from industry.  We should be looking at the future of this parish to continue with growth and opportunity for our kids and grandkids. Get Outlook for iOS <https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Faka.ms%2Fo0ukef&data=05%7C02%7Ctammie.bodin%40stjamesparishla.gov%7C2ad5a0cad14e44a9731108dec8798137%7Ce6fcac6919e41bd86aa4316cca37946%7C0%7C0%7C639168621373201794%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=pH08XH%2BYN1PUo6NTSYynPnllNGjjtTL5edY2ude31GA%3D&reserved=0>

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Joshua Sibley <sibleyja@gmail.com> |
| **Sent:** | Friday, June 12, 2026 5:03 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Land use ordinance/zoning change 26-08 |

You don't often get email from sibleyja@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To Whom It May Concern,

My name is Joshua Sibley, and I am a resident of Lutcher, Louisiana. I am writing to express my strong support for the proposed zoning change from agricultural to industrial use within St. James Parish.

I believe this decision should be guided by what is best for the residents, families, workers, and taxpayers who live in this parish and have a direct stake in its future. For too long, important economic opportunities have been delayed, challenged, or blocked by outside activist groups whose priorities do not necessarily reflect the needs and wishes of the people who call St. James Parish home.

The parish has lost valuable opportunities for economic growth, job creation, and tax revenue because of injunctions, lawsuits, and other efforts aimed at preventing industrial development. These delays come at a real cost. Every project that is postponed or abandoned represents potential revenue that could have supported our schools, roads, drainage systems, public safety services, and other community investments. The burden of these lost opportunities ultimately falls on local taxpayers and residents.

I support smart industrial growth because it strengthens our tax base and helps ensure that St. James Parish remains economically competitive. Industrial development has long been a cornerstone of our regional economy, providing good-paying jobs and generating the revenue necessary to fund essential government services. Responsible growth allows our parish to invest in its future rather than fall behind neighboring communities that are actively pursuing economic development.

1

I also believe that the voices carrying the greatest weight in this decision should be those of verified residents of St. James Parish. The people who live here, work here, raise families here, and pay taxes here are the ones who will experience the benefits and consequences of these decisions. Their interests should be the primary consideration as the Parish Council evaluates the proposed zoning change.

I respectfully urge the Parish Council to approve the zoning change and continue supporting responsible industrial development that benefits the residents of St. James Parish. Please include this letter in the public record as a statement of my support.

Thank you for your time and consideration.

Respectfully,

Joshua Sibley
St. James parish resident

2

## Tammie Bodin

| | |
|---|---|
| **From:** | Caleb Poche <caleb.poche@yahoo.com> |
| **Sent:** | Thursday, June 11, 2026 2:47 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

You don't often get email from caleb.poche@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am for the zoning change in Romeville and new industry in out parish

Sent from Yahoo Mail for iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Heather M Johnson <heatherm80@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 7:00 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning Change |

You don't often get email from heatherm80@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm a resident of Lutcher, LA. I support the zoning change and industrial growth. Heather Johnson

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Vernon Guidry <veeguidry@yahoo.com> |
| **Sent:** | Wednesday, June 10, 2026 1:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

You don't often get email from veeguidry@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am all for the re-zoning from agriculture to industry. I have worked in industrial plants for 45 years and it has allowed my children to work there as well.  These industrial plant sites are not the ones Rise has been telling everyone that they are still polluting our environment. We have more safety equipment and governmental  regulations that monitor our emissions every second of the day. We are NOT the cancer alley they are protesting about. Our air is much cleaner now.

 Sincerely
 Vernon Guidry
 Hester LA 70743

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Summers, Mitchell J. <msummers@marathonpetroleum.com> |
| **Sent:** | Wednesday, June 10, 2026 12:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Industrial Zoning |

You don't often get email from msummers@marathonpetroleum.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a lifelong resident of St. James Parish and an employee of the petrochemical industry I fully support the rezoning at hand. Without smart industrial growth our children will be forced to leave the parish and go to surrounding parishes for employment. Plus without industrial growth we will be losing millions of dollars to help support the parish and its tax payers.

**Tammie Bodin**

| | |
|---|---|
| **From:** | JOHN MICHAEL ST PIERRE <ohnrre1@bellsouth.net> |
| **Sent:** | Wednesday, June 10, 2026 12:50 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezoning |

[You don't often get email from ohnrre1@bellsouth.net. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am in Favor of rezoning for New industry to come into the Parish

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jason Brignac <jasonbrignac@icloud.com> |
| **Sent:** | Wednesday, June 10, 2026 12:17 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

[You don't often get email from jasonbrignac@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

My name is Jason Brignac and I fully support the zoning and industrial changes to Romeville, but not limited to, the surrounding areas. My family has been in the field for generations all the while providing the essentials and tools needed to be a functioning product of society. My father worked for shell Norco for 37 years and he is still here with us today. He will be 71 this June 19th,2026. Please let my voice be heard.

JASON BRIGNAC.

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Ryan Malbrough <rmalbrough99@yahoo.com> |
| **Sent:** | Wednesday, June 10, 2026 12:20 PM |
| **To:** | Tammie Bodin |
| **Subject:** | supports industry |

You don't often get email from rmalbrough99@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am for industry in our parish because this is how majority of us makes a living. I am tired of RISE St.James stealing our tax dollars & most of all the misinformation they put out there. They use the word TOXIC to get peoples attention but they are environmental standards that all plants have to follow. The information they always provide is always false or a chemical that the plant doesnt even make so therefore is lies. We want them out of our parish for good . Also they are illegally posting signs on utility poles and other locations without permission . This all must be stopped once & for all.

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Erica Robertson <erob5722@yahoo.com> |
| **Sent:** | Wednesday, June 3, 2026 7:16 PM |
| **To:** | Tammie Bodin |
| **Cc:** | erob5722@yahoo.com |
| **Subject:** | Zoning Change- St. James Parish, La. |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from erob5722@yahoo.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

I proudly support the proposed zoning change and the continued growth of smart, responsible industry in our parish.

For too long, we've talked about wanting better roads, improved infrastructure, enhanced recreational facilities, stronger public services, and more opportunities for our children to build successful futures right here at home. The reality is that those things require funding, and funding requires a strong tax base.

Industry has been and continues to be a critical part of that equation.

Responsible industrial development brings high-paying jobs, career opportunities, workforce training, and millions of dollars in tax revenue that help support the services our citizens rely on every day. It allows us to invest in our community without continuously asking homeowners and individual taxpayers to shoulder a greater financial burden.

What is often overlooked is that industry is not some distant concept that exists outside our daily lives. Industry produces the materials, products, and resources we depend on every single day. The parts in our vehicles, the components in our cell phones, medical supplies used in hospitals, materials used to build homes, products that support our energy infrastructure, and countless other necessities all come from industries much like the ones some oppose.

1

We cannot demand the benefits of modern life while rejecting the very industries that make those benefits possible.

Our parish has already experienced the consequences of losing portions of its industrial tax base. Residents frequently express concerns about the lack of amenities, infrastructure improvements, and economic opportunities. Yet many of the same voices oppose the very investments that could help address those concerns. We must honestly ask ourselves: if not through responsible economic development, where will the revenue come from?

Supporting industry does not mean giving companies a blank check. It means demanding accountability, enforcing regulations, protecting our environment, and ensuring development occurs responsibly and safely. Growth and responsible stewardship are not mutually exclusive—they can and should exist together.

We should be working to attract quality industry, build productive partnerships, and create opportunities that strengthen our parish for future generations. When done responsibly, industrial growth benefits everyone: workers, families, local businesses, schools, and taxpayers alike.

It's time to stop pushing away opportunity and start embracing responsible growth. Let's move our parish forward, strengthen our economy, and build a future our children will be proud to inherit.

Respectfully,

Erica Robertson

2

## Tammie Bodin

| | |
|---|---|
| **From:** | Kerry St. Amant <kpstamant@gmail.com> |
| **Sent:** | Wednesday, June 3, 2026 5:32 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezone Romeville |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[You don't often get email from kpstamant@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am a Bellevue resident.
My name is Kerry St.Amant.

I fully support rezoning Romeville.

Sent from my iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Eric Robertson <eroblsu@yahoo.com> |
| **Sent:** | Wednesday, June 3, 2026 5:57 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning St. James - Council Meeting |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[You don't often get email from eroblsu@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammy,

I am in support of the zoning change and smart responsible industrial growth in our parish.

We need to build relationships with industry and attract them to our parish to be able to enjoy the good jobs, increased tax revenue to support the things our citizens want without increasing the tax burden on individuals. Industry is key to a lot of the everyday items that our citizens and parish use. Industry makes things that allow you to have necessary and luxury items that you "can't live without" from parts in your car, parts in your cell phone, blood bags in hospitals, fuel, key things needed for electricity delivery to your home, medical, key ingredients for making materials for building homes, etc.

People against industry often do not realize the things they use and "depend" on everyday are made by the same industries that they are against.

We have already lost industrial tax base in this parish and it is having impacts that people don't like. Where do they expect the "lost" revenue to come from to continue the same services and to even get new things they also want for our parish?

Enough is enough, support smart and responsible industry to grow our parish. We can encourage the industry to support our parish, improve our parish, etc. Relocations are even an option at times if people do not want to be close to the facility, which brings a premium to your property value at times as well.

Thanks,

Eric Robertson

Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Raven Brack <Raven.Brack@lsrsugar.com> |
| **Sent:** | Wednesday, June 3, 2026 8:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening, my family could not make the council meeting tonight but wanted to email you stating at we support the zoning change and smart industrial growth.

Thank you,
Raven Brack

LSR CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**Tammie Bodin**

| | |
|---|---|
| **From:** | Nicholas LeBlanc <nick.leblanc903@gmail.com> |
| **Sent:** | Wednesday, June 3, 2026 5:44 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Industrial Rezoning meeting |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from nick.leblanc903@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Tammie,

I am emailing to voice my support for the industrial rezoning that is being discussed tonight at the parish council meeting.

Sadly I am working nights and cannot attend the meeting. So as a lifelong resident of St James Parish I just wanted to put my name on record as being in favor of the proposed changes.

I hope this finds you well,
Nicholas G LeBlanc

**Tammie Bodin**

| | |
|---|---|
| **From:** | JOHN TROXLER <jtroxler1@cox.net> |
| **Sent:** | Thursday, June 4, 2026 3:20 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Reasoning |

You don't often get email from jtroxler1@cox.net. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is John Troxler and I am a lifelong resident of Gramercy,La. I am in favor of rezoning land to industrial in St. James Parish

Sent from Yahoo Mail for iPhone

1

The following resolution was offered and moved for adoption by Councilman  and seconded by Councilman :

**RESOLUTION 26-**
**ST. JAMES PARISH COUNCIL**

**A RESOLUTION TO APPROVE DISBURSEMENT OF FUNDS TO PAY PENDING CURRENT INVOICES AND PAYABLES**

**WHEREAS**, invoices payable to vendors, employees and other reimbursements due and all other current payables to be processed this week; and.

**WHEREAS**, according to the Home Rule Charter, Article III §C(2)(a)(v), all checks and warrants drawn against the parish treasury shall be approved by a majority vote of the St. James Parish Council and the Parish Council by Resolution authorizes the administration to execute, sign or countersign any such check or draft in accordance with said provision.

**THEREFORE, BE IT RESOLVED**, that the St. James Parish Council does hereby approve the disbursement of funds per the distribution report presented to the Parish Council reflecting the pending current invoices and other payables as of Thursday, June 18th, 2026.

This resolution having been submitted to a vote, the vote thereon was as follows:

YEAS:
NAYS:
ABSTAIN:
ABSENT:

And the resolution was declared adopted on this, the 17th day of June 2026.

_____
Council Chairwoman

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

\* \* \* \* \*

C E R T I F I C A T E

I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of a resolution adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, this 18th day June 2026.

_____
Tammie Bodin
(S E A L)                                                    Secretary

The following resolution was offered and moved for adoption by Councilman ; seconded by Councilman , and unanimously adopted:

**RESOLUTION 26-**
**ST. JAMES PARISH COUNCIL**

**A RESOLUTION SCHEDULING A BOARD OF REVIEW FOR**
**SEPTEMBER 16, 2026**

**BE IT RESOLVED**, by the St. James Parish Council that said Council shall sit as a Board of Review at 6:00 P.M. on Wednesday, September 16, 2026, at the Parish Courthouse Annex in Vacherie, Louisiana, to hear protest from taxpayers on their 2026 assessments.

And the resolution was declared adopted on this, the 17th day of June 2026.

_____
Council Chairwoman

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

\*   \*   \*   \*   \*

C E R T I F I C A T E

I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of a resolution adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, this 18th day of June 2026.

_____
Tammie Bodin
(S E A L)                                         Secretary

The following resolution was offered and moved for adoption by Councilman _____ and seconded by Councilman _____:

**RESOLUTION 26-**
**ST. JAMES PARISH COUNCIL**

**A RESOLUTION DESIGNATING THE *NEWS EXAMINER-ENTERPRISE* AS THE OFFICIAL JOURNAL OF THE ST. JAMES PARISH COUNCIL FOR FISCAL YEAR 2026-2027**

**WHEREAS,** Louisiana Revised Statute 43:141-A states in part that a governing body shall select an official journal on a yearly basis for a term of not less than one year; and

**WHEREAS,** the term of *The NEWS EXAMINER-ENTERPRISE,* Lutcher, Louisiana, as official journal will expire on June 30, 2025, thereby necessitating its re-designation or naming a new official journal:

**NOW, THEREFORE, BE IT RESOLVED,** by the St. James Parish Council, that the *NEWS EXAMINER-ENTERPRISE,* a weekly journal of general circulation in the Parish of St. James, located in Lutcher, Louisiana, is hereby designated official journal of the St. James Parish Council for the period July 1, 2026, to June 30, 2027.

And the resolution was declared adopted on this, the 17th day of June 2026.

_____
Council Chairman

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

\*   \*   \*   \*   \*

**C E R T I F I C A T E**

I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of a resolution adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, this 18th day of June 2026.

(S E A L)

_____
Tammie Bodin
Secretary

The following resolution was offered and moved for adoption by Councilman , seconded by Councilman :

**RESOLUTION 26-**
**ST. JAMES PARISH COUNCIL**

**A RESOLUTION AUTHORIZING THE ADVERTISEMENT FOR BIDS FOR THE CONSTRUCTION OF THE VACHERIE COMMUNITY AND SPORTS COMPLEX**

**WHEREAS**, St. James Parish Government has determined that the construction of a new Vacherie Community and Sports Complex is necessary to provide enhanced facilities and services for the residents of St. James Parish; and

**WHEREAS**, plans and specifications for the project are being prepared and will be available for public bid in accordance with applicable state laws and parish procurement requirements; and

**WHEREAS**, the Parish Council wants to authorize the advertisement for bids for the construction of the Vacherie Community and Sports Complex.

**NOW, THEREFORE, BE IT RESOLVED** by the St. James Parish Council, State of Louisiana, that the Parish President is hereby authorized and directed to advertise for sealed bids for the construction of the Vacherie Community and Sports Complex in accordance with the Louisiana Public Bid Law and all applicable regulations.

**BE IT FURTHER RESOLVED** that bids shall be received and publicly opened at the date, time, and location specified in the official advertisement for bids.

**BE IT FURTHER RESOLVED** that the Parish President and Parish Administration are authorized to take all actions necessary to carry out the intent of this resolution and facilitate the bidding process for the project.

This resolution having been submitted to a vote, the vote thereon was as follows:

YEAS:
NAYS:
ABSTAIN:
ABSENT:

And the resolution was declared adopted on this, the 17th day of June 2026.

_____
Council Chairwoman

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____
\* \* \* \* \*
C E R T I F I C A T E

I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of a resolution adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, this the18th day of June 2026.

(S E A L)

_____
Tammie Bodin
Secretary

The following resolution was offered and moved for adoption by Councilman , seconded by Councilman :

**RESOLUTION 26-**
**ST. JAMES PARISH COUNCIL**

**A RESOLUTION AUTHORIZING CHANGE ORDER NO. 2 FOR THE HUMBLE PHASE III DRAINAGE IMPROVEMENTS PROJECT AND AUTHORIZING THE PARISH PRESIDENT TO EXECUTE ALL NECESSARY DOCUMENTS RELATED THERETO**

**WHEREAS**, St. James Parish entered into a contract with Triumph Construction, LLC for the construction of the Humble Phase III Drainage Improvements Project; and

**WHEREAS**, during construction, the Contractor encountered unforeseen and unsuitable subsurface soil conditions that were incapable of adequately supporting the originally designed Reinforced Concrete Pipe Arch (RCPA) system, resulting in excessive settlement and instability; and

**WHEREAS**, after evaluation by the Project Engineer, McKim & Creed, and consultation with the project geotechnical engineer, Eustis Engineering, it was determined that replacement of the remaining RCPA system with a lighter-weight High Density Polyethylene (HDPE) pipe system was necessary to successfully complete the project and maintain the required drainage capacity; and

**WHEREAS**, the Project Engineer has recommended approval of Change Order No. 2 in the amount of One Hundred Eleven Thousand Four Hundred Thirty-Seven Dollars and Seventy Cents ($111,437.70), representing the cost associated with the removal and replacement of certain pipe materials, restocking fees, shipping costs, and related construction modifications necessary due to the unforeseen field conditions; and

**WHEREAS**, the Project Engineer has further recommended an extension of one hundred (100) calendar days to the contract time due to excessive weather delays, unsuitable subsurface conditions, material evaluation and redesign coordination, construction delays associated with the pipe replacement, and other related project impacts; and

**WHEREAS**, approval of Change Order No. 2 will increase the contract amount from Seven Hundred Sixty-Seven Thousand Two Hundred Sixty-Seven Dollars and Eighty-Four Cents ($767,267.84) to Eight Hundred Seventy-Eight Thousand Seven Hundred Five Dollars and Fifty-Four Cents ($878,705.54), and extend the contract completion period by one hundred (100) calendar days.

**NOW, THEREFORE, BE IT RESOLVED** by the Parish Council of St. James Parish, Louisiana, acting as governing authority of said Parish, that Change Order No. 2 for the Humble Phase III Drainage Improvements Project, in the amount of $111,437.70 and providing for an extension of one hundred (100) calendar days, is hereby approved.

**BE IT FURTHER RESOLVED** that the Parish President is hereby authorized and directed to execute Change Order No. 2 and any and all related documents necessary to effectuate this action, including any approvals required by funding agencies and regulatory authorities.

This resolution having been submitted to a vote, the vote thereon was as follows:

YEAS:
NAYS:
ABSTAIN:
ABSENT:

And the resolution was declared adopted on this, the 17th day of June 2026.

_____
Council Chairwoman

_____
Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____

Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

\*   \*   \*   \*   \*

## C E R T I F I C A T E

I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of a resolution adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

Signed at Vacherie, Louisiana, on the 18th day of June  2026.

_____
Tammie Bodin

(S E A L)                                      Secretary



June 10, 2026

Rick Webre
Director of Operations
St. James Parish
5800 Highway 44, Second Floor
Convent, LA 70723

Reference:    **Watershed Humble Phase III Drainage Improvements**
LWI Project No. 47MTDS7701
McKim & Creed Project No. 08397-0001
Engineer's Recommendation for Change Request #2

Dear Mr. Webre,

I am writing to provide a recommendation regarding Change Request #2 submitted by Triumph Construction for the above-referenced project in the amount of $111,437.70, with a proposed extension of one-hundred (100) working days from the substantial completion date of March 29, 2026.

Based on our review, this change is necessary to complete the remaining work associated with the project. The basis for this request is detailed in the writeup below and warrants expedited consideration.

During installation of the 72-inch RCPA, Triumph Construction encountered deteriorated subsurface conditions approximately 60 LF into the pipe run near Boring B-1 along S. Angelle Street. The installed pipe experienced approximately 3 to 5 inches of immediate settlement despite the placement of approximately 4 feet of limestone bedding, which significantly exceeded anticipated settlement. Field observations indicated saturated, unstable soils and seepage from the existing CMPA drainage system, contributing to instability of the bedding and subgrade. A meeting was held on March 17 to evaluate corrective measures. Following review with the geotechnical engineer, it was determined that the existing bedding/subgrade system was not providing adequate support for the 72-inch RCPA due to the saturated and unstable foundation conditions encountered in the field. The recommended corrective approach included removing the existing bedding, excavating to the bottom of the original design section, performing limited over-excavation as needed, placing a seal slab, and reinstalling limestone bedding in compacted 6- to 8-inch lifts once a firm, non-pumping foundation was verified. This method was implemented; however, continued settlement was observed following reinstallation efforts.

Based on the persistent instability of the subgrade and bedding system, the project team determined that continued installation of the 72-inch RCPA presented a risk of additional settlement and further construction delays. Due to the observed settlement and potential for similar conditions further upstream, the team evaluated alternative pipe materials and configurations. The recommended alternative consisted of replacing the remaining 72-inch RCPA with dual 48-inch A-2000 PVC pipe, relocating Structure A-13 to the downstream extent of the installed 72-inch RCPA, grouting the dual 48-inch PVC connection into the structure, and installing the dual 48-inch PVC lines to the original planned location of Structure A-13. A new structure would then be installed at the original A-13 location, with the remaining upstream pipe continuing as designed or as otherwise approved based on field conditions.

1022 S. Purpera Ave. | Gonzales, LA 70737
(225) 644-5523 | www.mckimcreed.com

Field conditions continued to worsen during the week of May 25, when the installed 54-inch pipe began to settle approximately 4 to 6 inches within an hour of initial placement on the bedding material. Following a site visit with the Owner, Engineer, and Contractor, the project team determined that replacing the remaining RCPA trunkline pipe with HDPE would be more feasible due to the observed site conditions, anticipated settlement risk, and constructability concerns. As a result, the remaining 54-inch RCPA is proposed to be replaced with dual 42-inch HDPE pipe, and the remaining 48-inch RCPA is proposed to be replaced with dual 36-inch HDPE pipe. A meeting and site visit were also held with the Geotechnical Engineer, Eustis Engineering, on June 3, 2026, to evaluate subsurface conditions and determine whether the proposed material substitution was appropriate from a geotechnical standpoint. Eustis observed standing water within the excavation and continued water inflow from the existing drainage system into the work area. Although the Contractor had dammed the excavation pit during dewatering efforts and utilized a sump and pump system, water continued to enter the excavation. Eustis noted that the near-surface soils at the site are susceptible to reduced shear strength and increased compressibility as moisture contents increase. The continued inflow of water, influenced by upstream drainage, including flow from the Mo-Dad tie-in, and water entering from the existing CMPA drainage system, appeared to be contributing to saturated subgrade conditions and a corresponding reduction in soil strength. The bottoms of the existing CMPA pipes were also observed to be deteriorated and/or rotted, allowing water to continuously enter the excavation and further contribute to unstable subgrade conditions. Under these conditions, Eustis concluded that the existing subgrade did not appear capable of providing adequate support for the proposed RCPA culvert sections without excessive deformation and settlement. Given the substantially reduced weight of the proposed HDPE system relative to RCPA, Eustis stated that they had no geotechnical objection to the proposed substitution from RCPA to HDPE, provided that construction means, methods, sequencing, temporary works, and dewatering operations remain the responsibility of the Contractor.

The change order also accounts for supplier restocking requirements associated with returning unused RCPA, including contractor responsibility for delivery back to the manufacturer, a 25% restocking fee, and cleaning/inspection requirements.

Additional contract time is warranted due to excessive weather delays, unsuitable subsurface conditions, material evaluation and redesign coordination, slowed construction progress, and reconciliation of initial delays associated with box structure design concurrence and delivery delays resulting from field elevation variability. Should you concur with this recommendation, please provide a formal authorization letter requesting OCD approval to incorporate this change into the construction contract. This request does not authorize the Contractor to proceed with the proposed work until written approval is received from OCD and a formal Change Order is executed.

Should you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

Nicolas Schexnayder, P.E.
Project Engineer

/asm

Enclosures

cc:     File No. 08397-0001.01

## Change Order
### No.    2

| | | | |
|---|---|---|---|
| Owner: | St. James Parish | Owner's Project No.: | N/A |
| Project: | Humble Phase III Drainage Improvements | Date of Contract: | 11/24/2025 |
| Contractor: | TRIUMPH CONSTRUCTION | Engineer's Project No.: | 08397-0001 |

**The Contract Documents are modified as follows upon execution of this Change Order:**

▪ Remove 72-inch, 60-inch, 54-inch, and 48-inch RCPA due to unsuitable soil conditions and replace with capacity-equivalent dual PVC lines.

▪ Add a CB-02 to account for RCPA to double line PVC conversion.

▪ Increase Contract Time.

**Description:**

▪ Remove 176 LF of 72" RCPA, 208 LF of 60" RCPA, 384 LF of 54" RCPA, and 212 LF of 48" RCCPA due to unsuitable soil conditions and replace with capacity-equivalent double-line HDPE Pipe.

▪Add 100 calendar days to the contract time due to weather impacts, material delays, deteriorated field conditions, and pipe replacement activities.

**Attachments (list documents supporting change):**

▪ Change Order from Triumph Construction

▪ 610 Limestone Bedding Quote

▪ RCPA Invoice

▪ Corrugated HDPE Quote

▪ Daily MC Field Reports

| CHANGE IN CONTRACT PRICE: | CHANGE IN CONTRACT TIMES: | | |
|---|---|---|---|
| Original Contract Price: | Original Contract Times: | Cal. days | Date |
| | Substantial Completion: | 120 | March 24, 2026 |
| $762,053.00 | Ready for final payment: | 165 | May 8, 2026 |
| Increase from previously approved Change Orders No. | Increase from previously approved Change Orders No.          0          to No.          1 | | |
| | Substantial Completion: | 5 | |
| $5,214.84 | Ready for final payment: | 0 | |
| Contract Price prior to this Change Order: | Contract Times prior to this Change Order: Substantial Completion: | | March 29, 2026 |
| $767,267.84 | Ready for final payment: | | May 13, 2026 |
| Increase of this Change Order: | Increase of this Change Order: Substantial Completion: | 100 | |
| $111,437.70 | Ready for final payment: | 45 | |
| Contract Price incorporating this Change Order: | Contract Times with all approved Change Orders: Substantial Completion: | | July 7, 2026 |
| $873,490.70 | Ready for final payment: | | August 21, 2026 |

| RECOMMENDED: | ACCEPTED: | ACCEPTED: |
|---|---|---|
| By: | By: | By: |
| Engineer (Authorized Signature) | Owner (Authorized Signature) | Contractor (Authorized Signature) |
| Date: | Date: | Date: |
| Approved by Funding Agency (if applicable): | | Date: |

EJCDC C-941 Change Order

00941-1

 **Triumph** Construction LLC
From concept to creation

**Tuesday, May 19, 2026**

Mr. Nick Schexnayder
**Watershed Humble Phase III**
St James Parish
Paulina, LA

| Project: | Watershed Humble III |
|---|---|
| | CHANGE ORDER REQUEST (COR) No.: |  004 |

Triumph Construction, LLC has compiled its Estimate for the costs associated with the above Change Order Request and as further defined herein and below:

**RCPA to ASTM Watertight Pipe 48" for 72" RCPA and 42" for 60" RCPA**

| # | Description | | | | Current Total | Comments |
|---|---|---|---|---|---|---|
| L-01 | The soil conditions will not suport the RCPA weight. Switch to lighter pipe | | | | | 0 |
| L-02 | | | | | | |
| L-03 | LUMP SUM TOTAL | | | | $0.00 | 100 Working Day(s) |
| L-04 | | | | | | |
| L-05 | Item # | Description | Rate U/M | Qnty*** | Total | |
| L-06 | | | | | $0.00 | |
| L-07 | | | | | | |
| L-08 | | | | | ***Actual quantities may vary | |
| L-09 | UNIT PRICE - PROJECTED TOTAL | | | | $0.00 | 0 Working Day(s) |
| L-10 | | | | | | |
| L-11 | COR TOTAL | | | | $111,437.70 | 100 Working Day(s) |

Please expedite your approval of the attached; we commenced with the added scope based on the Engineer's written approval and authorization to proceed.

Thank you,

**TRIUMPH CONSTRUCTION, LLC**

*Jason Atkins*

Jason Atkin Sr. Construction Manager | Email: jason@tcbr1.com | Direct: 225.361.3154


**Triumph**
Construction LLC
From concept to creation

# ESTIMATED COSTS

| Project Name: | **Watershed Humble III** | Change Order Request No.: | **004** |
|---|---|---|---|
| Change Type: | **RCPA to ASTM Watertight Pipe 48" for 72" RCPA and 42" for 60" RCPA** | | |

| # | Labor | Crew Size | Description | Hourly Rate (B) | # Hours Per Unit (C) | # Units (D) | U/M | Total Cost E = (A x B x C x D) (E) |
|---|---|---|---|---|---|---|---|---|
| L-01 | **RFI DEVELOPMENT, SURVEY, LAYOUT & CONTROL** | | | | | | | |
| L-02 | | 1.00 | Project Manager | $125.00 | 1.00 | - | LS | $ - |
| L-03 | | 1.00 | Superintendent | $85.00 | 1.00 | | LS | $ - |
| L-04 | | 1.00 | FIELD LABOR | $26.27 | 1.00 | - | LS | $ - |
| L-05 | **Pipe Crew** | | | | | | | |
| L-06 | | 1.00 | FOREMAN | $50.00 | 1.00 | - | LS | $ - |
| L-07 | | 2.00 | OPERATOR | $42.50 | 1.00 | - | LS | $ - |
| L-08 | | 3.00 | FIELD LABOR | $25.27 | 1.00 | - | LS | $ - |
| L-09 | **GRADE, SAND FILL & COMPACT FOR 8" THICK CONCRETE DRIVEWAY** | | | | | | | |
| L-10 | | 1.00 | FOREMAN | $40.38 | 2.00 | - | LS | $ - |
| L-11 | | 1.00 | OPERATOR | $31.10 | 2.00 | - | LS | $ - |
| L-12 | | 3.00 | FIELD LABOR | $25.27 | 2.00 | - | LS | $ - |
| L-13 | **FORM NEW 8" THICK DRIVEWAY** | | | | | | | |
| L-14 | | 1.00 | FOREMAN | $40.38 | 3.00 | - | LS | $ - |
| L-15 | | 0.00 | OPERATOR | $31.10 | 3.00 | - | LS | $ - |
| L-16 | | 3.00 | FIELD LABOR | $25.27 | 3.00 | - | LS | $ - |
| L-17 | **PLACE, FINISH & CURE 8" COMMERCIAL DRIVEWAY** | | | | | | | |
| L-18 | | 1.00 | FOREMAN | $40.38 | 8.00 | - | LS | $ - |
| L-19 | | 0.00 | OPERATOR | $31.10 | 8.00 | - | LS | $ - |
| L-20 | | 4.00 | FIELD LABOR | $25.27 | 8.00 | - | LS | $ - |
| L-21 | **STRIP FORMS, DEBRIS HAUL-OFF & CLEAN UP @ 8" DRIVEWAY** | | | | | | | |
| L-22 | | 1.00 | FOREMAN | $40.38 | 0.50 | - | LS | $ - |
| L-23 | | 0.00 | OPERATOR | $31.10 | 1.00 | - | LS | $ - |
| L-24 | | 2.00 | FIELD LABOR | $25.27 | 1.00 | - | LS | $ - |
| L-25 | | | | | | | | |
| L-26 | | | | Add Labor Burden @ | | 33.75% | | $ - |
| L-27 | | | | | | | | |
| L-28 | | | | | | **LABOR TOTAL** | | $ - |
| L-29 | | | | | | | | |

| | Material Description | | | Unit Rate | # Per Unit | # Units | U/M | Total Cost |
|---|---|---|---|---|---|---|---|---|
| L-30 | | | | | | | | |
| L-31 | | | | | | | | |
| L-33 | Coastal | RCPA 54" | | $292.00 | 1.00 | -384.00 | LF | $ (112,128.00) |
| L-34 | Coastal | RCPA 60" | | $364.00 | 1.00 | -208.00 | LF | $ (75,712.00) |
| L-35 | Coastal | RCPA 72" | | $557.00 | 1.00 | -176.00 | LF | $ (98,032.00) |
| | Coastal | RCPA 48" | | $266.00 | 1.00 | -212.00 | | $ (56,392.00) |
| L-36 | Coburns | ASTM Water Tight 48"x20' | | $280.00 | 1.00 | 440.00 | EA | $ 123,200.00 |
| L-37 | Coburn's | ASTM Water Tight 42"x20' | | $190.00 | 1.00 | 768.00 | EA | $ 145,920.00 |
| L-39 | Coburn's | ASTM Water Tight 36"x20' | | $170.00 | 1.00 | 424.00 | EA | $ 72,080.00 |
| L-40 | Coastal | Restock For Pipe ($187,540.56 x 25% = $46,885.14) | | $46,885.14 | 1.00 | 1.00 | EACH | $ 46,885.14 |
| L-41 | Coastal | CB–02 | | $6,350.00 | 1.00 | 1.00 | LNFT | $ 6,350.00 |
| L-42 | Shipping | Shipping return RCPA | | $1,500.00 | 1.00 | 25.00 | EA | $ 37,500.00 |
| L-43 | | | | $0.00 | 1.00 | 0.00 | BOX | $ - |
| L-44 | | | | $0.00 | 1.00 | 0.00 | BOX | $ - |
| L-45 | | | | $0.00 | 1.00 | 0.00 | CY | $ - |
| L-46 | | | | | | | | |
| L-47 | | | | | Add Tax @ | 9.50% | | $ 8,518.76 |
| L-48 | | | | | | | | |
| L-49 | | | | | | **MATERIAL TOTAL:** | | $ 98,189.90 |
| L-50 | | | | | | | | |

| | Company Owned Equipment (Ref. 109.04.3.3) | | | Unit Rate | # Per Unit | # Units | U/M | Total Cost |
|---|---|---|---|---|---|---|---|---|
| L-51 | | | | | | | | |
| L-52 | | | | | | | | |
| L-53 | TRIUMPH | CARGO TRAILER | | 20.00 | 1.00 | 0.00 | DAY | $ - |
| L-54 | TRIUMPH | LOAD & HAUL DUMP TRAILER | | 80.00 | 1.00 | 0.00 | DAY | $ - |
| L-55 | | | | | | | | $ - |
| L-56 | | | | | | | | |
| L-57 | | | | | Add Tax @ | 9.50% | | |
| L-58 | | | | | | | | |
| L-59 | | | | Company Owned Equipment (Ref. 109.04.3.3) | | | | $ - |
| L-60 | | | | | | | | |

| | 3rd Party Equipment Rental (Ref. 109.04.3.3) | | | Unit Rate | Qnty | Units | U/M | Total Cost |
|---|---|---|---|---|---|---|---|---|
| L-61 | | | | | | | | |
| L-62 | | | | | | | | |
| L-63 | | | | | | | | |
| L-64 | | | | | | | | |


**Triumph** Construction LLC
From concept to creation

# ESTIMATED COSTS

Project Name: **Watershed Humble III**

Change Order Request No.: **004**

Change Type: **RCPA to ASTM Watertight Pipe 48" for 72" RCPA and 42" for 60" RCPA**

| | | | Unit Rate | Qnty | Units | U/M | Total Cost |
|---|---|---|---|---|---|---|---|
| L-65 | | | | | | | |
| L-66 | Sitepro | EXCAVATOR (30000 - 34999 LBS) | $715.00 | 1.00 | 0.00 | Day | $ - |
| L-67 | Sitepro | ENVIRONMENTAL FEE | $25.00 | 1.00 | 0.00 | DAY | $ - |
| L-68 | | | | | | | |
| L-69 | Sitepro | Breaker Attachement for Skid | $225.00 | 1.00 | 0.00 | DAY | $ - |
| L-70 | Sitepro | Forks for Skid | $50.00 | 1.00 | 0.00 | DAY | $ - |
| L-71 | Sitepro | Transfer Pump | $32.10 | 1.00 | 0.00 | DAY | $ - |
| L-72 | United Rental | Vacuum Pump | $66.00 | 1.00 | 0.00 | DAY | $ - |
| L-73 | Sitepro | SKID STEER TRACK LOADER | $475.00 | 1.00 | 0.00 | DAY | $ - |
| L-74 | Sitepro | | | | | DAY | $ - |
| L-75 | Sitepro | By Pass Pump 4" | $280.00 | 1.00 | 0.00 | NIC | $ - |
| L-76 | NTS | Trench Box | $45.00 | 1.00 | 0.00 | DAY | $ - |
| L-77 | NTS | Bedding Box | $100.00 | 1.00 | 0.00 | | $ - |
| L-78 | Sitepro | SAW CUT-OFF 14" (GAS) | $29.25 | 1.00 | 0.00 | DAY | $ - |
| L-79 | Sitepro | Vipratory Plate Compactor | $29.66 | 1.00 | 0.00 | DAY | $ - |
| L-80 | | ENVIRONMENTAL FEE | $25.00 | | | | |
| L-81 | Work Box | 8x8 Sea-Can | $33.50 | 1.00 | 0.00 | DAY | $ - |
| L-82 | Nation Fence | Job Site Fencing | $48.00 | 1.00 | 0.00 | DAY | $ - |
| L-83 | | | | | | | |
| L-84 | | | | | 0.00 | LOAD | $ - |
| L-85 | | | | | | | $ - |
| L-86 | | | 3rd Party Equipment Rental (Ref. 109.04.3.3) | | | | $ - |
| L-87 | | | | | | | |

| | | Unit Rate | Qnty | Units | U/M | Total Cost |
|---|---|---|---|---|---|---|
| L-88 | **Subcontractor:** | | | | | |
| L-89 | | | | | | |
| L-90 | | $0.00 | 1.00 | 0.00 | LS | $ - |
| L-91 | | | | | | $ - |
| | | | | Subcontractor: | | $ - |



# ESTIMATED COSTS

Project Name: **Watershed Humble III**                     Change Order Request No.:     **004**

Change Type: **RCPA to ASTM Watertight Pipe 48" for 72" RCPA and 42" for 60" RCPA**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **SUBTOTAL - LUMP SUM WORK:** |  |  |  | $ | **98,189.90** |
| **TOTAL PROFIT & OVERHEAD:** |  |  |  | $ | **10,013.07** |
| Labor | $0.00 | 15.00% | $0.00 |  |  |
| Material | $98,189.90 | 10.00% | $9,818.99 |  |  |
| Company Owned Equipment (Ref. 109.04.3.3) | $0.00 | 15.00% | $0.00 |  |  |
| 3rd Party Equipment Rental (Ref. 109.04.3.3) | $0.00 | 15.00% | $0.00 |  |  |
| Subcontractor: | $0.00 | 15.00% | $0.00 |  |  |
| Bond, Insurance, and Tax | $3,234.74 | 6.00% | $194.08 |  |  |
| **TOTAL - DIRECT WORK:** |  |  |  | $ | **108,202.97** |
| PAYMENT & PERFORMANCE BONDS | $98,189.90 | @ | 1.730% | $ | 1,698.69 |
| LIABILITY INSURANCES | $98,189.90 | @ | 1.564% | $ | 1,536.05 |
| **BONDING AND INSURANCE TOTAL:** |  |  |  | $ | **3,234.74** |
| **LUMP SUM TOTAL:** |  |  |  | $ | **111,437.70** |

**EXCLUSIONS:**

E-01   DESIGN & ENGINEERING

E-02   REMOVAL OF UNFORESEEN UNDERGROUND CONDITIONS

## Triumph Construction - Gray P&P Bond Rates
**Updated: August 2023**

| | |
|---|---|
| **Contract Date:** | **22-Mar-24** |
| **Projected Completion Date:** | **03-Oct-25** |
| **P&P Bonds Duration (years):** | **1.53** |
| **Original Contract Amount:** | **$ 430,680.00** |

| From: | Ben Stine <BStine@higginbotham.net> |
|---|---|
| Sent: | Thursday, October 12, 2023 4:27 PM |
| To: | vernon@tcbr1.com; Patrick Rowe |
| Cc: | Susan McElveen |
| Subject: | Triumph - Bond Rate Calculator |
| Attachments: | Triumph - P&P Bond Premium Calculator 10.12.23.xlsx |

Good afternoon Vernon & Patrick,

Please see attached bond rate calculator spreadsheet we put together. I have LA and TX on there. You should be able to just adjust the contract/bid price and it will calculate the bond premium. As you can see, the bond rates shrink as the contract value increases. Please review and let me know if you have any questions.

Thanks,

**Ben Stine**

p 337-475-7445   c 337-274-3454   e bstine@higginbotham.com

**McElveen**
INSURANCE
A Higginbotham Partner    🖤 📷 in 🐦

700 W Prien Lake Road, Lake Charles, LA 70601   higginbotham.com
Report a Claim 337-475-7441

This communication is for the sole use of the intended recipient(s) and does not constitute legal advice. It may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

| Values | Louisiana Rates | | Texas Rates | |
|---|---|---|---|---|
| | **Rate/$1,000** | **Premium** | **Rate/$1,000** | **Premium** |
| 1st $100,000 | $ 25.00 | 2,500.00 | $ 25.00 | 2,500.00 |
| Next $400,000 | $ 15.00 | 4,960.20 | $ 15.00 | 4,960.00 |
| Next $2,000,000 | $ 10.00 | - | $ 10.00 | - |
| Next $2,500,000 | $ 7.50 | - | $ 7.50 | - |
| Next $2,500,000 | $ 7.00 | - | $ 7.00 | - |
| Over $7,500,000 | $ 6.50 | - | $ 6.50 | - |
| Total Premium | | $ 7,460.20 | | $ 7,460.00 |
| % of Total Premium | | 1.7300% | | 1.7321% |
| Premium Surcharge (@ 24 months or nore) | | 0.0000% | | 1.0000% |
| **Total Premium:** | | **1.7300%** | | **2.7321%** |

**Notes:**
 - Surcharge of 1% of the premium  over 24 months in any other state  than Texas
 - Surcharge of 1% of the premium over 12 months in Texas
 - All contractors should have the same bond rates in Texas
 - All bond requests must be submitted to bond agent for approval

\\192.168.1.125\File Server\Projects\2513 - Watershed Humble Phase III Drainage Improvements Project\CHANGE ORDERS\004 Remaing RCP to Plastic\2513-004 Watershed Humble Phase III Drainage Improvements Project Combined rev2    |    Page 5 of 9

**Triumph Construction Insurance Rates.**

Henry Insurance Service Inc.
9624 Brookline Ave.
Baton Rouge, La. 70809
al@henryinsuranceservice.com
Direct 225-465-2463  Mobile 225-335-0946
Office 225-927-0451  Fax 225 926-8510

| | | 2023 | | | | 2024 | | |
|---|---|---|---|---|---|---|---|---|
| | | Gross Sales* | $6,204,670 | | | Gross Sales** | $9,000,000 | |
| Line # | Description1 | Description2 | Description3 | Rate | Premium | Description3 | Rate | Premium |
| L-01 | General Liability | GL Premium | | $0.0075 | $46,514.00 | | $0.0075 | $67,469.00 |
| L-02 | 1st Umbrella layer: 4 Mill xs of Primary | Umbrella Premium | | $0.0041 | $25,174.00 | | $0.0041 | $36,515.00 |
| L-03 | 2nd Umbrella layer: 5 Mill xs of 4 mill. | Umbrella Premium | | $0.0031 | $19,128.00 | | $0.0031 | $27,745.00 |
| L-04 | Auto Policy | Auto Premium | | $0.0014 | $8,438.00 | | $0.0014 | $12,240.00 |
| L-05 | Additional Insured (GL); Waiver of Subrogration (W/C) | | | $0.0003 | $1,861.00 | | $0.0003 | $2,700.00 |
| L-06 | Workers Comp (Contract Labor 1099, etc.) | WC Premium. | $445,120.00 | $0.0470 | $20,921.00 | $800,000.00 | $0.0470 | $37,600.00 |
| L-07 | Rented Equipment ($100,000 Floater) | Rental Expenditure | $1,328,566.00 | $0.0130 | $17,258.00 | $1,600,000.00 | $0.0130 | $20,784.00 |
| L-08 | | | | | | | | |
| L-09 | | | | Annual Total: | $139,294.00 | | Annual Total: | $205,053.00 |
| L-10 | | | | Aggregate Rate: | 2.24% | | Aggregate Rate: | 2.28% |
| L-11 | Included Coverages: | | | Umbrella Rate: | -0.71% | | Umbrella Rate: | -0.71% |
| L-12 | GL -Included Above. | | | Change Order Rate: | 1.53% | | Change Order Rate: | 1.56% |
| L-13 | Auto Included Above. | | | | | | | |
| L-14 | Excess Included Above Umbrella. | | | | | | | |
| L-15 | Completed Ops Included Above. | | | | | | | |
| L-16 | Additional Insured, Included Above. | | | | | | | |
| L-17 | Rented and Leased 2% Included above. | | | | | | | |
| L-18 | | | | | | | | |
| L-19 | Not Included Coverages: | | | | | | | |
| L-20 | Pollution | | | | | | | |
| L-21 | Professional Liability | | | | | | | |
| L-22 | Contractor's Protective Liability (OCP) | | | | | | | |
| L-23 | Railroad Protective Liability | | | | | | | |

From: Al Scallan <al@henryinsuranceservice.com>
Sent: Thursday, August 1, 2024 9:34 AM
To: Patrick Rowe; vernon@tcbr1.com
Subject: Triumph Construction Insurance Rates.xlsx
Attachments: Triumph Construction Insurance Rates.xlsx

Patrick, Vern

Insurance rates as requested.  One thing to keep in mind GL and Workers Comp is Auditable, but Umbrella is not.  So if the Umbrella premium is $20,000 based on $5,000,000 in sales but you do $15 Million, there won't be an extra charge on the umbrella.

Albert T. Scallan, AAI, CIC, CRM, CRIS
Henry Insurance Service Inc.
9624 Brookline Ave.
Baton Rouge, La. 70809
al@henryinsuranceservice.com
Direct 225-465-2463  Mobile 225-335-0946
Office 225-927-0451  Fax 225 926-8510

*As Reported to Henry Insurance
** Projected

**Coastal Culvert & Supply, Inc.**
P.O. Box 1145
Eunice, LA 70535
Phone: 1-337-546-6887
Fax: 1-337-546-6889

**INVOICE**
*Original Copy*

| Number | 132771 |
|---|---|
| Date | 01/19/26 |
| Page | 1 |

| Bill To: | | | Ship To: | |
|---|---|---|---|---|
| TRIUMPH CO | TRIUMPH CONSTRUCTION LLC<br>9333 MAMMOTH AVE<br>BATON ROUGE, LA 70814 | | | Watershed Humble Phase III<br>3311 LA 3125<br>Paulina, LA |

| P.O. Number | Terms | Rep | Ship | Ship Via | | | F.O.B. | Project |
|---|---|---|---|---|---|---|---|---|
| 2513-0002 | NET 45 | KB | 11/17/25 | | | | | Watershed Hum |

| Item | Description | Qty Inv | Qty Ship | Qty BO | UM | Total | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| RCPA18 | 18"(13.5 X22) REINFORCED CONCRETE PIPE, AR | 20 | 20 | | 8FT | 160 | 38.36 | 6,137.60 |
| RCPA24 | 24"(18X28.5)REINFORCED CONCRETE PIPE, ARC | 46 | 46 | | 8FT | 368 | 50.95 | 18,749.60 |
| RCPA48 | 48" (36X58) REINFORCED CONCRETE PIPE, ARC | 14 | 14 | | 8FT | 112 | 144.72 | 16,208.64 |
| RCPA54 | 54"(40X65) REINFORCED CONCRETE PIPE, ARC | 48 | 48 | | 8FT | 384 | 176.56 | 67,799.04 |
| RCPA60 | 60" (45X73) REINFORCED CONCRETE PIPE, ARC | 26 | 26 | | 8FT | 208 | 213.82 | 44,474.56 |
| RCPA72 | 72"(54X88) REINFORCED CONCRETE PIPE, ARC | 22 | 22 | | 8FT | 176 | 335.57 | 59,060.32 |

IMPORTANT NOTICE:
Past due subject to finance charge 1.5% monthly or 18% annually

| | |
|---|---|
| Subtotal: | 212,429.76 |
| Total Sales Tax: | 18,056.53 |
| Total: | 230,486.29 |



## QUOTATION

Customer#: 4129661
TRIUMPH CONSTRUCTION LLC
JOB: WATERSHED HUMBLE PH3 DRNG
9333 MAMMOTH AVE
BATON ROUGE, LA 70814

Page#: 2 of 2

Branch#: 17
COBURN SUPPLY COMPANY, INC.
2302 W CHURCH ST
HAMMOND, LA 70401
985-542-0774 SHOWROOM 985-340-1791
Fax 985-542-7434

| Quote# | Start Date | Exp. Date | Job Name | Bid Type | Prepared By |
|--------|-----------|-----------|----------|----------|-------------|
| 1924044 | 03/31/26 | 04/05/26 | WATERSHED HUMBLE PH3 DRNG | UTILITY | SEAN CORBETT |

| Line# | Qty | Per | Product No. & Description | Unit Price | Ext. Price |
|-------|-----|-----|---------------------------|------------|------------|
| | | | 1     ===> | | |
| 1 | 360 | FT | ADS48650020DW <br> 48650020DW 48" X 20' ASTM WATERTIGHT PIPE | 120.00 | 43200.00 |
| 2 | 80 | FT | ADS48650020DW <br> 48650020DW 48" X 20' ASTM WATERTIGHT PIPE | 120.00 | 9600.00 |
| 3 | 420 | FT | ADS4265002000W <br> 42"X20' ASTM WATERTIGHT PIPE | 88.00 | 36960.00 |
| | | | | 328.00 | 89760.00 |
| | | | QUOTATION TOTAL | | 89760.00 |
| | | | | Initial | |



**QUOTATION**

Customer#: 4129661
TRIUMPH CONSTRUCTION LLC
JOB: WATERSHED HUMBLE PH3 DRNG
9333 MAMMOTH AVE
BATON ROUGE, LA  70814

Page#:  2 of 2

Branch#:  17
COBURN SUPPLY COMPANY, INC.
2302 W CHURCH ST
HAMMOND, LA  70401
985-542-0774 SHOWROOM 985-340-1791
Fax 985-542-7434

| Quote# | Start Date | Exp. Date | Job Name | Bid Type | Prepared By |
|---|---|---|---|---|---|
| 1966965 | 06/01/26 | 06/06/26 | WATERSHED | UTILITY | RICO MELANCON |

| Line# | Qty | Per | Product No. & Description | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| | | | 42HP      ===>42" HP PIPE | | |
| 1 | 1520 | FT | ADS42650020IBPL | 106.00 | 161120.00 |
| | | | 42650020IBPL 42 HP POLYPROPYLENE 42 X 20 | | |
| | | | | ........ | 161120.00 |
| | | | 36HP      ===>36" HP PIPE | | |
| 1 | 840 | FT | ADS36650020IBPL | 84.00 | 70560.00 |
| | | | 36650020IBPL ADS 36 in X 20 ft HP Poly BE Pipe | | |
| | | | | ........ | 70560.00 |
| | | | QUOTATION TOTAL | | 231680.00 |
| | | | | Initial | _____ |

# Daily Field Report v2.0

Submitted by: TDantin@mckimcreed.com

Submitted time: Mar 20, 2026, 11:46:19 AM

Inspection Location

**Lat: 30.036282 Lon: -90.743321**



Esri Community Maps Contributors, © OpenStreetMap, Microsoft, CONANP, Esri, TomTom, Garmin, SafeGraph, GeoTechnol…    Powered by Esri

Owner

**Saint James Parish**

Date

**Mar 20, 2026**

Project

**Humble drainage improvements**

Project Number

**083970001**

Weather

- **Sunny**

Temperature (F)

**56**

Daily Field Report v2.0

Contractor

**Triumph Construction**

Contractor's Labor Force

Supervisor (#)

**1**

Equipment Operators (#)

**1**

Truck Drivers (#)

**0**

Carpenters (#)

**0**

Laborers (#)

**0**

Pipe Layers (#)

**2**

Others (#)

**0**

Total

**4**

Equipment

EXCAVATOR (#)

**2**

FRONT END LOADER (#)

**1**

Daily Field Report v2.0

DOZER (#)

**0**


DUMP TRUCK (#)

**0**


SKID STEER (#)

**1**


SKY LIFT (#)

**1**


BORING RIG (#)

**0**


OTHER (#)

**0**


Total

**5**


Work Performed

**Check site for safety and positive drainage installation of 72 inch RCPA . Pump down water at the catch basin as Kenny was excavating to set an 8 foot joint a pipe. After excavation of sub base a 3" Trash pump was set in the hole. Hole was pumped out and fabric was set . Began placing limestone in lifts compacted the limestone with a vibratory plate. Set 8 foot joint in the hole began to make up the bell and Spicket pipe began to settle. A decision was made by the contractor to take elevation shots on the pipe. This occurred approximately between 930 and 1030. Additional elevation shots will be taken this afternoon and Monday morning to confirm settlement.**


Certified By

**Tim Dantin**


cert_by

**tim**

5/20/26, 9:52 AM                              Daily Field Report v2.0

Photos






5/20/26, 9:52 AM

Daily Field Report v2.0






5/20/26, 9:52 AM    Daily Field Report v2.0









5/20/26, 9:52 AM
Daily Field Report v2.0

# Daily Field Report v2.0

Submitted by: TDantin@mckimcreed.com

Submitted time: Mar 23, 2026, 3:02:31 PM

Inspection Location

**Lat: 30.036223 Lon: -90.743615**



Esri Community Maps Contributors, © OpenStreetMap, Microsoft, CONANP, Esri, TomTom, Garmin, SafeGraph, GeoTechnol…    Powered by Esri

Owner

**Saint James Parish**

Date

**Mar 23, 2026**

Project

**Humble drainage improvements**

Project Number

**083970001**

Weather

- **Sunny**

Temperature (F)

**64**

Daily Field Report v2.0

Contractor

**Triumph Construction**

Contractor's Labor Force

Supervisor (#)

**1**

Equipment Operators (#)

**1**

Truck Drivers (#)

**0**

Carpenters (#)

**0**

Laborers (#)

**0**

Pipe Layers (#)

**2**

Others (#)

**0**

Total

**4**

Equipment

EXCAVATOR (#)

**3**

FRONT END LOADER (#)

**1**

Daily Field Report v2.0

DOZER (#)

**0**

DUMP TRUCK (#)

**0**

SKID STEER (#)

**1**

SKY LIFT (#)

**1**

BORING RIG (#)

**0**

OTHER (#)

**0**

Total

**6**

Work Performed

**Check cipher safety positive drainage. Check settlement of 72 inch RCA that was installed on Friday. On Monday elevations were taken, and the pipe is settled roughly 4 inches. The pipe was never backfilled which can cause additional settlement.        C**

Certified By

**Tim Dantin**

cert_by

**tim**

5/20/26, 9:52 AM

Daily Field Report v2.0

Photos






# Daily Field Report v2.0

Submitted by: TDantin@mckimcreed.com

Submitted time: Mar 12, 2026, 9:11:09 AM

Inspection Location

**Lat: 30.03598 Lon: -90.743802**



Esri Community Maps Contributors, © OpenStreetMap, Microsoft, CONANP, Esri, TomTom, Garmin, SafeGraph, GeoTechnol…    Powered by Esri

Owner

**Saint James Parish**

Date

**Mar 11, 2026**

Project

**Humble drainage improvements**

Project Number

**083970001**

Weather

- **Cloudy**

Temperature (F)

**75**

Daily Field Report v2.0

Contractor

**Triumph construction**

Contractor's Labor Force

Supervisor (#)

**1**

Equipment Operators (#)

**2**

Truck Drivers (#)

**0**

Carpenters (#)

**0**

Laborers (#)

**0**

Pipe Layers (#)

**1**

Others (#)

**0**

Total

**4**

Equipment

EXCAVATOR (#)

**2**

FRONT END LOADER (#)

**1**

DOZER (#)

**0**

DUMP TRUCK (#)

**0**

SKID STEER (#)

**0**

SKY LIFT (#)

**1**

BORING RIG (#)

**0**

OTHER (#)

**0**

Total

**4**

Work Performed

**Check site for safety and positive drainage. Installation of 72 inch RCPA. (6,7,joint of pipe)**

Certified By

**Tim Dantin**

cert_by

**tim**

5/20/26, 9:52 AM

Daily Field Report v2.0

Photos






Daily Field Report v2.0






5/20/26, 9:52 AM                                    Daily Field Report v2.0









Daily Field Report v2.0

# Daily Field Report v2.0

Submitted by: TDantin@mckimcreed.com

Submitted time: Mar 26, 2026, 4:46:16 PM

Inspection Location

**Lat: 30.036178 Lon: -90.74367**



Esri Community Maps Contributors, © OpenStreetMap, Microsoft, CONANP, Esri, TomTom, Garmin, SafeGraph, GeoTechnol...    Powered by Esri

Owner

**Saint James**

Date

**Mar 26, 2026**

Project

**Humble drainage improvements**

Project Number

**083970001**

Weather

- **Foggy**

Temperature (F)

**67**

Daily Field Report v2.0

Contractor

**Triumph Construction**

Contractor's Labor Force

Supervisor (#)

**1**

Equipment Operators (#)

**2**

Truck Drivers (#)

**0**

Carpenters (#)

**0**

Laborers (#)

**0**

Pipe Layers (#)

**2**

Others (#)

**0**

Total

**5**

Equipment

EXCAVATOR (#)

**2**

FRONT END LOADER (#)

**1**

DOZER (#)

**0**

DUMP TRUCK (#)

**0**

SKID STEER (#)

**1**

SKY LIFT (#)

**1**

BORING RIG (#)

**0**

OTHER (#)

**0**

Total

**5**

Work Performed

**Check site for safety and positive drainage installation of CB-0'2 between the two houses. 4-20 foot sections of 48 inch PE Delivered on site.**

Certified By

**Tim Dantin**

cert_by

**tim**

5/20/26, 9:53 AM                                    Daily Field Report v2.0

Photos





5/20/26, 9:53 AM
Daily Field Report v2.0






The following resolution was offered and moved for adoption by Councilman _____ and seconded by Councilman _____:

**RESOLUTION 26-**
**ST. JAMES PARISH COUNCIL**

**RESOLUTION OF CERTIFICATE OF CAPITAL AREA FINANCE AUTHORITY**
**EVIDENCING PUBLIC APPROVAL OF BONDS**
**PURSUANT TO SECTION 147(f) OF THE**
**INTERNAL REVENUE CODE OF 1986, AS AMENDED**

**WHEREAS**, the Capital Area Finance Authority (the "**Authority**"), a public trust created pursuant to the provisions of Chapter 2-A of Title 9 of the Louisiana Revised Statutes of 1950, as amended (R.S. 9:2341-9:2347, inclusive) (the "**Act**") has, by resolution dated April 16, 2025, in accordance with the requirements of the Act, and the Rules and Regulations of the Louisiana State Bond Commission (the "**Commission**"), duly authorized the issuance of not exceeding of Capital Area Finance Authority Revenue Bonds in one or more series (the "**Bonds**") to finance loans to first-time homebuyers within the jurisdictional parishes of the Authority and such other governmental units (the "**Participating Jurisdictions**") whose governing authority authorized and directed the execution of a cooperative endeavor agreement (a "**CEA**") with the Authority under the provisions of the Act and other applicable constitutional and statutory authorities; and

**WHEREAS**, the Commission, on May 15, 2025, duly authorized the issuance and sale of the Bonds in accordance with law and the Commission's Rules and Regulations; and

**WHEREAS**, the Bonds are classified as exempt facility bonds under the provisions of the Internal Revenue Code of 1986, as amended (the "**Code**") and the provisions of Section 147(f)(2)(A), (B) and (E) of the Code require that issuance of Bonds be approved by the "applicable elected representative" of the governmental unit which issues such bonds or on whose behalf such bonds are issued and by the "applicable elected representative" of such other Participating Jurisdictions that have executed a CEA with the Authority under the provisions of the Act; and

**WHEREAS**, St. James Parish (the "**Governmental Unit**") has executed a CEA with the Authority to permit the financing of loans to first-time homebuyers within geographic area of the Governmental Unit; and

**WHEREAS** the applicable elected representative (the "**Approving Representative**") of the Governmental Unit for purposes of approving the Bonds is the Parish President; and

**WHEREAS**, in compliance with the requirements of the Code, Notice of Public Hearing (attached as **Exhibit "A"** hereto), was published in (i) The Advocate, Baton Rouge, Louisiana on April 23, 2025, (ii) The Daily Advertiser, Lafayette, Louisiana on April 23, 2025, (iii) the Houma Courier, Houma, Louisiana on April 23, 2025, (iv) the Lake Charles American Press, Lake Charles, Louisiana on April 23, 2025, (v) The News Star, Monroe, Louisiana on April 23, 2025, (vi) the Times-Picayune, New Orleans, Louisiana on April 23, 2025, (vii) The Times, Shreveport, Louisiana on April 23, 2025, and (viii) The Town Talk, Alexandria, Louisiana on April 23, 2025, and

**WHEREAS**, in compliance with the requirements of the Code, the public hearing with respect to the issuance of said Bonds was held on May 5, 2025, at 10:00 a.m., Louisiana Time, at 601 St. Ferdinand Street, Baton Rouge, LA 70802, and simultaneously held by teleconference using the following link:

https://us02web.zoom.us/j/9940303250?omn=88470185621 or by dialing US toll-free: (833) 928-4610; meeting ID: 994 030 3250 in accordance with Rev. Proc. 2022-20 after due notice thereof was published in the official journal of the Authority and in the aforementioned publications sufficient to inform the public within the geographic area of the Participating Jurisdictions of the subject, date and place of said public hearing; and

**WHEREAS**, no objections were raised by any person present at the said hearing or by any person participating by teleconference relative to the issuance of the Bonds; and

**WHEREAS**, the undersigned, Approving Representative of the Participating Jurisdiction, desires to approve the issuance of the Bonds for the purposes of the Code;

**NOW, THEREFORE**, the undersigned does hereby certify that the Parish President of the Participating Jurisdiction, hereby approves and confirms the issuance of the Bonds. The Authority, and its officers, are authorized to cause this certificate to be filed of record in the transcript of proceedings for the Bonds and to file a copy thereof with any State or Federal agency, board or commission as may be required by any applicable State or Federal laws, rules or regulations.

This resolution having been submitted to a vote, the vote thereon was as follows:

YEAS:
NAYS:
ABSTAIN:
ABSENT:

And the resolution was declared adopted on this, the 17th day of June 2026.

_____
Council Chairwoman

_____

Secretary

Delivered to Parish President: _____

Approved: _____

Disapproved: _____

_____
Parish President

Returned to Secretary on _____

At _____ AM/PM

Received by _____

\* \* \* \* \*

C E R T I F I C A T E

 I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of a resolution adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

 Signed at Vacherie, Louisiana, this 25th Day of June 2026.

_____
Tammie Bodin
(S E A L)      Secretary
_____

CERTIFICATE OF _____
EVIDENCING PUBLIC APPROVAL OF BONDS
PURSUANT TO SECTION 147(f) OF THE
INTERNAL REVENUE CODE OF 1986, AS AMENDED

**WHEREAS**, the Capital Area Finance Authority (the "**Authority**"), a public trust created pursuant to the provisions of Chapter 2-A of Title 9 of the Louisiana Revised Statutes of 1950, as amended (R.S. 9:2341-9:2347, inclusive) (the "**Act**") has, by resolution dated May 21, 2026, in accordance with the requirements of the Act, and the Rules and Regulations of the Louisiana State Bond Commission (the "**Commission**"), duly authorized the issuance of not exceeding $200,000,000 of Capital Area Finance Authority Revenue Bonds in one or more series (the "**Bonds**") to finance loans to first-time homebuyers within the jurisdictional parishes of the Authority and such other governmental units (the "**Participating Jurisdictions**") whose governing authority authorized and directed the execution of a cooperative endeavor agreement (a "**CEA**") with the Authority under the provisions of the Act and other applicable constitutional and statutory authorities; and

**WHEREAS**, the Commission, on June 18, 2026, duly authorized the issuance and sale of the Bonds in accordance with law and the Commission's Rules and Regulations; and

**WHEREAS**, the Bonds are classified as exempt facility bonds under the provisions of the Internal Revenue Code of 1986, as amended (the "**Code**") and the provisions of Section 147(f)(2)(A), (B) and (E) of the Code require that issuance of Bonds be approved by the "applicable elected representative" of the governmental unit which issues such bonds or on whose behalf such bonds are issued and by the "applicable elected representative" of such other Participating Jurisdictions that have executed a CEA with the Authority under the provisions of the Act; and

**WHEREAS**, [Name of Parish] (the "**Governmental Unit**") has executed a CEA with the Authority to permit the financing of loans to first-time homebuyers within geographic area of the Governmental Unit; and

**WHEREAS**, the applicable elected representative (the "**Approving Representative**") of the Governmental Unit for purposes of approving the Bonds is the [Parish President/Police Jury]; and

**WHEREAS**, in compliance with the requirements of the Code, Notice of Public Hearing (attached as **Exhibit "A"** hereto), was published in (i) The Advocate, Baton Rouge, Louisiana on June 5, 2026, (ii) The Daily Advertiser, Lafayette, Louisiana on June 5, 2026, (iii) the Houma Courier, Houma, Louisiana on June 5, 2026, (iv) the Lake Charles American Press, Lake Charles, Louisiana on June 5, 2026, (v) The News Star, Monroe, Louisiana on June 5, 2026, (vi) the Times-Picayune, New Orleans, Louisiana on June 5, 2026, (vii) The Times, Shreveport, Louisiana on June 5, 2026, and (viii) The Town Talk, Alexandria, Louisiana on June 5, 2026, and

**WHEREAS**, in compliance with the requirements of the Code, the public hearing with respect to the issuance of said Bonds was held on June 25, 2026, at 10:00 a.m., Louisiana Time, at 601 St. Ferdinand Street, Baton Rouge, LA 70802, and simultaneously held by teleconference using the following link: https://us02web.zoom.us/j/9940303250?omn=81003639543 or dial US toll-free: (646) 876-9923, 9940303250# in accordance with Rev. Proc. 2022-20 after due notice thereof was published in the official journal of the Authority and in the aforementioned publications sufficient to inform the public within the geographic area of the Participating Jurisdictions of the subject, date and place of said public hearing; and

**WHEREAS**, no objections were raised by any person present at the said hearing or by any person participating by teleconference relative to the issuance of the Bonds; and

**WHEREAS**, the undersigned, Approving Representative of the Participating Jurisdiction, desires to approve the issuance of the Bonds for the purposes of the Code;

**NOW, THEREFORE**, the undersigned does hereby certify that the [chief elected executive officer/governing authority] of the Participating Jurisdiction, hereby approves and confirms the issuance of the Bonds. The Authority, and its officers, are authorized to cause this certificate to be filed of record in the transcript of proceedings for the Bonds and to file a copy thereof with any State or Federal agency, board or commission as may be required by any applicable State or Federal laws, rules or regulations.

**WITNESS** my signature this _____ day of _____, 2026, at _____, Louisiana.

_____

_____

_____

# CAPITAL AREA FINANCE AUTHORITY

## NOTICE OF INTENTION TO ISSUE
## NOT EXCEEDING $200,000,000
## SINGLE FAMILY MORTGAGE REVENUE BONDS

### And

## NOTICE OF PUBLIC HEARING

The Board of Trustees of the Capital Area Finance Authority (the "**Authority**"), a public trust duly created pursuant to the provisions of Chapter 2-A of Title 9 of the Louisiana Revised Statutes of 1950, as amended (R.S. 9:2341-9:2347, inclusive) (the "**Act**") for the benefit of the Parish of East Baton Rouge, State of Louisiana (hereinafter sometimes referred to as the "**Parish**"), does hereby give notice of its intention to issue in an amount not to exceed Two Hundred Million Dollars ($200,000,000) of captioned bonds in one or more series (the "**Bonds**") on a tax-exempt or taxable basis. The Bonds will finance first mortgage loans(the "**First Mortgage Loans**") to low and moderate homebuyers. Tax-exempt Bonds will finance First Mortgage Loans in accordance with the requirements of Section 143 of the Internal Revenue Code of 1986, as amended (the "**Code**") to low and moderate homebuyers located in the Parishes of Ascension, East Feliciana, Iberville, Livingston, Pointe Coupee, St. Helena, West Baton Rouge and West Feliciana, State of Louisiana (the "**Capital Area**") and such other parishes whose governing authorities execute cooperative endeavor agreements with the Authority. The Bonds shall be issued under the Act and shall be authorized pursuant to the provisions of one or more Series Supplemental Trust Indentures (the "**Series Supplemental Indentures**") to the Master General Indenture of Trust (the "**Master Indenture**", together with the Series Supplemental Indentures, the "**Indenture**") by and between the Authority and Regions Bank, as trustee (the "**Trustee**").

The Bonds shall be obligations secured on a parri passu basis under the Indenture by an irrevocable pledge by the Authority unto the Trustee on behalf of the registered owners of the Bonds, of GNMA Securities, Fannie Mae Securities, and Freddie Mac Securities (collectively, the "**Certificates**") backed by pools of First Mortgage Loans. The Bonds shall bear such dates, mature at such times (not exceeding forty-two (42) years from their date of issuance), bear interest at such rate or rates (not exceeding ten per centum (10%) per annum) and carry such exchangeability privileges as shall be provided for in their applicable Series Supplemental Indentures. The Bonds shall be issuable in such denominations, be in fully registered form without coupons, carry such registration and exchangeability privileges, be payable in such medium of payment and at such place or places, and be subject to such terms of redemption as the Indenture may provide.

Bonds will, before the delivery thereof, be approved by the State Bond Commission as well as by said Board of Trustees as the governing body of the Authority.

1

The issuance of the Bonds will not directly or indirectly obligate the Parish, the State or any political subdivision thereof, to provide any funds for the payment of the Bonds. The Bonds will not be nor shall they ever be considered a debt of the Parish, the State or any political subdivision thereof, within the meaning of the Constitution or statutes of the State of Louisiana and will not and shall never constitute a pledge of the credit or taxing power of the Parish, the State, or any political subdivision thereof. Neither the Parish nor the State or any political subdivision thereof, shall in any manner be liable for the payment of the principal and the interest on the Bonds or for the performance of any agreement or pledge of any kind which may be undertaken by the Authority and no breach by the Authority of any agreement shall create any obligation upon the Parish, the State or any political subdivision thereof. The Authority has no taxing power and is not entitled to receive any funds from the Parish, the State, or any political subdivision thereof, or any governmental body.

The Authority shall meet in open and public session on [July 16, 2026], at four (4:00) o'clock p.m. at the Authority's office at 601 St. Ferdinand Street, Baton Rouge, Louisiana, for the purpose of hearing any objections to the proposed issuance of the Bonds. If a petition is presented to the Authority at this open and public meeting, duly signed by not less than five percent of the electors of the Parish voting at the last special or general election objecting to the issuance of the Bonds, then said Bonds will not be issued until approved by a vote of the majority of the qualified electors of the Parish who vote in a special election held for the purpose of approving the issuance of the Bonds in the manner provided by the Act, and such petition must be accompanied by a certificate of the East Baton Rouge Parish Registrar of Voters certifying that the signers of the petition are qualified electors of the Parish and the number of signers amounts to not less than five percent of the electors of the Parish in number voting at the last special or general election.

All interested parties are invited to attend the meeting as a public hearing for the purpose of receiving comments on and hearing any objections to the proposed issuance of the Bonds. All interested parties are invited to attend such public hearing to express their views. Questions or requests for additional information may be directed to the Authority as follows:

> Capital Area Finance Authority
> 601 St. Ferdinand Street,
> Baton Rouge, Louisiana 70802
> Telephone: (225) 771-8567
> Attention: Vickie Theriot

Bonds herein proposed are in addition to other bonds, notes or debt obligations proposed by the Authority.

This is not an offer to sell nor the solicitation of an offer to buy the Bonds. This notice of intention to issue Bonds by the Authority is mandated by the provisions of Louisiana Revised Statute 9:2347(A)(1).

**THUS, DONE AND SIGNED** at Baton Rouge, Louisiana, on this, the 26th day of May, 2026.

**CAPITAL AREA FINANCE AUTHORITY**

By:    /s/ Justin Gaudet
       Chairperson, Board of Trustees

By:    /s/ Lauren Wilson
       Secretary-Treasurer, Board of Trustees

100898458.v1

2

**CENTER FOR CONSTITUTIONAL RIGHTS**

666 Broadway, 7th Floor
New York, New York 10012
212-614-6464
ccrjustice.org

June 11, 2026

St. James Parish Council
5800 Hwy. 44
Convent, LA 70723

**Re: Second Legal Notice to Parish Council Regarding Proposed Ordinance to Re-Designate a Historic Black Community to "Industrial"**

To the St. James Parish Council:

On behalf of Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James, the undersigned counsel write to follow up on our June 1, 2026 letter. We understand that the Parish intends to move forward with a public hearing on June 17, 2026 on Proposed Ordinance 26-08 redesignating a large part of Romeville into an industrial area – a brazenly unlawful Ordinance that would be in defiance of existing federal court rulings and necessitate our taking prompt legal action against you to ensure it does not get effectuated.

As we noted in our earlier letter, the Ordinance is unlawful, and if allowed to pass, will be yet more evidence of a land use system that Inclusive Louisiana, Mount Triumph Baptist Church, and RISE St. James have challenged in an ongoing federal lawsuit. *Inclusive Louisiana v. St. James Parish*, No. CV 23-987, 2026 WL 352793 (E.D. La. Feb. 9, 2026). In particular, this redesignation would announce the Parish's commitment to the erasure of a historic majority-Black community, and would imperil sites of historic, religious, and cultural significance to those communities, including cemeteries and historic sites built by freedpeople soon after emancipation.

Hon. Judge Barbier has already ruled in the federal lawsuit that the case raises plausible claims of discrimination and illegality, including violations of the Thirteenth Amendment of the U.S. Constitution, the Fourteenth Amendment's Equal Protection Clause and protection of bodily integrity, 42 U.S.C. Section 1982 which ensures non-discrimination in the use of property, the Religious Land Use and Institutionalized Persons Act, and the Louisiana Constitution Art. XII, Sec. 4 which protects the right of the people to preserve, foster, and promote their respective cultural origins. *Inclusive Louisiana v. St. James Parish*, No. CV 23-987, 2026 WL 352793 (E.D. La. Feb. 9, 2026). Based on the federal court's rulings, the Ordinance would reflect another prime example of the discriminatory land use system that violates multiple legal protections.

Please be advised: should the Ordinance be approved at the June 17, 2026 hearing or thereafter, we are prepared to seek expedited legal relief from the court in the *Inclusive Louisiana* litigation invalidating the proposed, unlawful course of action.

Sincerely,

Clara Potter
Devin Lowell
Lisa Jordan
ENVIRONMENTAL LAW CLINIC
TULANE LAW SCHOOL
6329 Freret St.
New Orleans, LA 70118
Tel.: (504) 865-5789
Fax: (504) 862-8721
cpotter2@tulane.edu
dlowell@tulane.edu
lwjordan@tulane.edu

*Attorneys for RISE St. James*

Astha Sharma Pokharel
Pamela C. Spees
Baher Azmy
Kayla Vinson
Celine Zhu
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel. & Fax (212) 614-6462
asharmapokharel@ccrjustice.org
pspees@ccrjustice.org
bazmy@ccrjustice.org
kvinson@ccrjustice.org
czhu@ccrjustice.org

William P. Quigley
Professor Emeritus
Loyola University College of Law
7214 St. Charles Avenue
New Orleans, LA 70118
Tel. (504) 710-3074
Fax (504) 861-5440
quigley77@gmail.com

*Attorneys for Plaintiffs Inclusive Louisiana
and Mount Triumph Baptist Church*

2