



## *Town of Lutcher*

*St. James Parish*
*P.O. Box 456*
*Lutcher, Louisiana 70071*
*Telephone: (225) 869-5823*
*Fax: (225) 869-9628*

**Mayor**
Patrick P. St. Pierre

<u>Aldermen</u>
Donald J. Batiste, Sr.
Shanrick L. Burns
Thomas George
Rowdy K. Scott, Jr.
Ronald J. St. Pierre

**Town Clerk**
Kevin H. Criddle

**Town Attorney**
Wilbur W. Reynaud

**Chief of Police**
Dwan B. Bowser

June 17, 2026

To:  St. James Parish President Pete Dufresne and St. James Parish Council Members

Subject:  <u>St. James Parish Generalized Future Land Use Map</u>

As an elected official for 32 years, serving the last 12 as mayor of the town of Lutcher, District 2, I have seen the major financial impact that industry has on our parish. As a college graduate in economics and finance in 1985, my last research paper was based on the impact of industry in St. James Parish.  I spent many hours with past Parish President Paul Keller getting data from him and the Louisiana Economic Development Department.

At that time industry was providing nearly 90 percent of the budget for the St. James Parish Sheriff's Department, St. James Parish School Board and St. James Parish Government.  Currently that number is over 80 percent of the current budget for the three government entities mentioned above, not to mention St. James Hospital and the two levee districts who also receive millages.

My conclusion on my research paper was that if St. James Parish Government entities would lose any major industry involvement in the parish, major cost would be shifted to the citizens, and many services would have to be cut by parish government, sheriff's office and the school board.

*"Equal Opportunity Employer"*

<table>
<tr><td><b>EXHIBIT</b><br><b>G</b><br><hr><br><i>in globo</i></td></tr>
</table>

The town of Lutcher, District 2, is home to many government entities including St. James Parish Hospital and Annex, St. James Parish School Board, Lutcher High School, Career Technology Center, St. James Parish Library, Pontchartrain Levee Board, St. James Parish 4-H Building, St. James Parish Human Resource Building, Old Health Unit, Montessori School, Brooke's Housing Authority, St. James Parish Fire Department, St. James Parish Recreational Park, the new parish maintenance barn at the old H Construction site, and the new St. Vincent DePaul Center. As a small town, it is a struggle to support the infrastructure of all these government agencies in the town of Lutcher.

As mayor of Lutcher, District 2, I appreciate and rely heavily on the financial assistance and services that St. James Parish Government, St James Parish Sherriff's Office and Pontchartrain Levee Board provide directly to us.

I believe that it is in the best interest for St. James Parish Government's Council to consider changing the St. James Parish generalized future land use map by changing the "Agriculture" area located on the east bank known as Shady Grove to "Industrial" use.

Most importantly, I believe all government agencies in St. James Parish should come together to form an organization that oversees how our high school graduates can procure jobs in both industrial trades and professional careers in St. James Parish.

Sincerely,

Patrick St. Pierre, Mayor
Town of Lutcher



6/17/26

To Whom It May Concern:

On behalf of the River Region Chamber of Commerce, I am writing to express our support for the proposed land-use change from agricultural to industrial for the subject property.

The Chamber recognizes the importance of balancing economic development with responsible land-use planning. Based on the potential economic benefits to the River Region, we believe this proposed change presents a meaningful opportunity to strengthen our local economy, attract new investment, and create quality, family-sustaining jobs and career pathways for residents throughout the region.

Industrial development on this site has the potential to expand the local tax base, support existing businesses, and encourage the growth of industries that contribute to the long-term economic vitality of our community. Such development can also enhance infrastructure improvements and provide opportunities for workforce development and career advancement for local citizens.

While agriculture has long played an important role in our region's history and economy, strategic industrial growth is necessary to meet the evolving needs of our community and remain competitive in attracting business investment. We encourage developers and public officials to continue working collaboratively to ensure that development is conducted responsibly, with appropriate consideration given to environmental stewardship, transportation planning, and the interests of neighboring property owners.

The River Region Chamber of Commerce supports initiatives that promote sustainable economic growth and improve the quality of life for our residents. We believe this proposed land-use change aligns with those objectives and respectfully request favorable consideration of this application.

Thank you for your time and consideration.

Sincerely,

River Region Chamber of Commerce

# PARKVIEW LAND COMPANY, LLC.
## 20682 Highway 3125
## Paulina, LA 70763

**June 16, 2026**

**St. James Parish Council**
**5800 Highwyay 44**
**Paulina, LA 70763**

Dear Pairsh Council Members:

I am the Managing Member of Parkview Land Company, LLC., owner of the Shady Grove Plantation located in Romeville, Louisiana. **I respectfully request your support for the passage of the proposed ordinance 26-08 which would redesignate the Shady Grove plantation area to Industrial.** My family's ownership of Shady Grove predates the implementation of the St. James Parish Land Use Plan and we have always marketed the property as an industrial site. This property is one of the last large contiguous tracts of land on the east bank of the MS River remaining the has all of the attributes needed for industrial development: 1650 (+/-)linear feet frontage on the MS River which has been permitted for a deep water ship dock by the U.S. Army Corp of Engineers; rail and highway access, and natural gas and utility service access.

The land use plan was implemented only designating a small portion of Shady Grove lying between the MS river and the railroad as future industrial when in fact all of Shady Grove should have been designated as industrial as was the case with the adjacent Nucor and Occidental properties. My request is simple; the Land Use Plan should be amended to clearly identify Shady Grove and the remaining agricultural designated properties as industrial.

I have spent several hundred thousand dollars on engineering costs alone in order to obtain a ship dock permit with the US Army Corp of Engineers. As a result of obtaining the dock permit and the properties other industrial attributes, Shady Grove has garnered interest from national and international companies for industrial development. We recently lost a $2.9 billion green industrial project to Iberville Parish because of the need to change the land use designation. We have been informed on several occasions by the State of Louisiana Department of Economic Development and GNO, Inc., that Shady Grove would have been selected for industrial development had it not been necessary to amend the Land Use Plan.

**St. James Parish Council**
**June 16, 2026**
**Page 2**

The Parish cannot afford to continue to lose out to our neighboring Parishes on the impact that industrial development would bring to our local economy, small businesses, local schools and local government.

**I respectfully request that ordinance  26-08 be adopted by the Council.**

Sincerely,

Ricky Roussel, Manager
Parkview Land Company, LLC

## Tammie Bodin

**From:** Timothy Becnel <timothybecnel3@gmail.com>
**Sent:** Wednesday, June 17, 2026 5:12 PM
**To:** Tammie Bodin


[You don't often get email from timothybecnel3@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm in support of proposed ordinance 26-08.
Thanks
Tim
Sent from my iPhone

1

## Tammie Bodin

**From:** Nicole Perilloux <nikci72@gmail.com>
**Sent:** Wednesday, June 17, 2026 4:23 PM
**To:** Tammie Bodin
**Subject:** Zoning change

[You don't often get email from nikci72@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning change from residential to industrial, I am a resident of Paulina, la

Nicole Perilloux

Sent from my iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Crystal Hymel <cjhymel@yahoo.com> |
| **Sent:** | Wednesday, June 17, 2026 3:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Proposed Ordinance 26-08 (redesignation of the Shady Grove area to Industrial use) |

You don't often get email from cjhymel@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please make a note and submit to the council that we are in agreement with the proposed Ordinance 26-08 to redesignate the Shady Grove area from Agricultural to Industrial use.

This can eventually get more jobs for St. James Parish, which will also help out the St. James Parish area schools, etc.

Thanks
Jay and Crystal Hymel

Sent from Yahoo Mail. Get the app

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Shane Cornwell <shane7295@yahoo.com> |
| **Sent:** | Wednesday, June 17, 2026 10:06 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Support Ordinance 26-08 |

You don't often get email from shane7295@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a resident of St.James Parish in support of Proposed Ordinance 26-08.

The redesignation of the Shady Grove area from Agricultural to Industrial use will provide opportunities for continued economic growth and expansion within St. James Parish. Industry has long been a cornerstone of our local economy, providing high-paying jobs, generating substantial tax revenue, and creating opportunities that extend well beyond the industrial facilities themselves.

While it is important to maintain an appropriate balance between industrial development and environmental stewardship, extensive federal and state regulations already exist to ensure that industries operate responsibly and in compliance with environmental standards. These regulatory frameworks are designed to protect our natural resources while still allowing for economic development and job creation.

The tax revenue generated by industry is essential to sustaining many of the governmental services that residents rely upon every day. Public safety, infrastructure maintenance, emergency preparedness, drainage improvements, and numerous other public services are supported by the industrial tax base. In addition, our public school system benefits significantly from industrial tax revenues. If St. James Parish Public Schools are to remain competitive in attracting and retaining quality educators through competitive salaries and benefits, it is imperative that we continue to develop and strengthen our industrial base.

A strong and diverse industrial sector also drives demand for a wide range of commercial services. Many locally owned businesses—including machine shops, construction contractors, maintenance providers, transportation companies, lodging establishments, and food service businesses—depend heavily on industrial activity. These businesses, in turn, employ local residents, generate additional tax revenue, and contribute to the overall economic vitality of the parish.

1

Industry does not simply create jobs; it creates careers. Industrial employers often offer wages and benefits that exceed regional averages, providing families with economic stability and opportunities for advancement. Furthermore, the contractors, suppliers, and service providers that support industrial operations create an even broader employment footprint throughout the community. The economic impact extends well beyond the plant gates, benefiting workers, small businesses, schools, and local government alike.

For these reasons, I believe the proposed redesignation represents a positive investment in the future of St. James Parish. Responsible industrial growth will help strengthen our economy, expand employment opportunities, support public services, and ensure continued prosperity for future generations.

Therefore, I respectfully support Proposed Ordinance 26-08.

Shane J. Cornwell Jr

## Tammie Bodin

| | |
|---|---|
| **From:** | Jody Ordeneaux <jordeneaux@outlook.com> |
| **Sent:** | Wednesday, June 17, 2026 8:45 AM |
| **To:** | Tammie Bodin |
| **Cc:** | Todd Poche; Courtney Long; Ryan Louque; Neal Poche; Anthony Jasmin; Vondra Steib; Donald Nash; Courtney Tomlinson |
| **Subject:** | Proposed Ordinance 26-08 |

Some people who received this message don't often get email from jordeneaux@outlook.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Parish President Dufresne and Members of the St. James Parish Council:

I am in support of Proposed Ordinance 26-08.

The redesignation of the Shady Grove area from Agricultural to Industrial use will provide opportunities for continued economic growth and expansion within St. James Parish. Industry has long been a cornerstone of our local economy, providing high-paying jobs, generating substantial tax revenue, and creating opportunities that extend well beyond the industrial facilities themselves.

While it is important to maintain an appropriate balance between industrial development and environmental stewardship, extensive federal and state regulations already exist to ensure that industries operate responsibly and in compliance with environmental standards. These regulatory frameworks are designed to protect our natural resources while still allowing for economic development and job creation.

The tax revenue generated by industry is essential to sustaining many of the governmental services that residents rely upon every day. Public safety, infrastructure maintenance, emergency preparedness, drainage improvements, and numerous other public services are supported by the industrial tax base. In addition, our public school system benefits significantly from industrial tax revenues. If St. James Parish Public Schools are to remain competitive in attracting and retaining quality educators through competitive salaries and benefits, it is imperative that we continue to develop and strengthen our industrial base.

A strong and diverse industrial sector also drives demand for a wide range of commercial services. Many locally owned businesses—including machine shops, construction contractors, maintenance providers, transportation companies, lodging establishments, and food service businesses—depend heavily on industrial activity. These businesses, in turn, employ local residents, generate additional tax revenue, and contribute to the overall economic vitality of the parish.

Industry does not simply create jobs; it creates careers. Industrial employers often offer wages and benefits that exceed regional averages, providing families with economic stability and opportunities for advancement. Furthermore, the contractors, suppliers, and service providers that support industrial operations create an even broader employment footprint throughout the community. The economic

1

impact extends well beyond the plant gates, benefiting workers, small businesses, schools, and local government alike.

For these reasons, I believe the proposed redesignation represents a positive investment in the future of St. James Parish. Responsible industrial growth will help strengthen our economy, expand employment opportunities, support public services, and ensure continued prosperity for future generations.

Therefore, I respectfully support Proposed Ordinance 26-08.

Jody Thomas Ordeneaux Jr.
3521 Redwood Lane
Paulina, La 70763

## Tammie Bodin

| | |
|---|---|
| **From:** | Julie Mohon <jrmohon3@gmail.com> |
| **Sent:** | Wednesday, June 17, 2026 8:30 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Proposed Land Use Ordinance 26-08 |

You don't often get email from jrmohon3@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is Julie Mohon and I reside at 32321 Carolyn Drive, Paulina, LA 70763.

I support proposed ordinance 26-08 that redesignates the land use of the Shady Grove area on the east bank of St. James Parish from Agricultural to INDUSTRIAL.

Julie R. Mohon

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jude Haase <judehaase@yahoo.com> |
| **Sent:** | Wednesday, June 17, 2026 7:44 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Zoning & Industry |

[You don't often get email from judehaase@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammie, just a note to show my support of the possible zoning changes for Romeville for industry purposes. I am 47 years old and have been working my entire career in the Chemical industry along with most of the adult guys in my family. We all have children whose upbringing have benefited from the industries in the area and can possibly also start their own careers doing similar work in the future. Thanks for your time and reading through my words of support for industry in our area.

Regards,
Jude

Sent from my iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | John Terrebonne <terrebonnejohn@yahoo.com> |
| **Sent:** | Wednesday, June 17, 2026 6:24 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change and industry |

[You don't often get email from terrebonnejohn@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning change and industry in St. James Parish.

Sincerely,
John Terrebonne

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Robbie Poche <rmp2services@gmail.com> |
| **Sent:** | Tuesday, June 16, 2026 9:46 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change |

You don't often get email from rmp2services@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Members of the St. James Parish Council,

I am writing to express my support for the proposed rezoning of the property in Romeville from Agricultural (AG) to Industrial.

This rezoning request is consistent with the existing and future land use patterns surrounding the property. The tract is already bordered on two sides by existing industrial development, while the river side of the property is adjacent to land designated for residential and future industrial use. Given these surrounding uses, the proposed zoning change represents a logical and reasonable extension of the area's established development pattern.

Industry has long served as a vital economic engine for St. James Parish. Industrial investment provides high-paying jobs for local residents, supports small businesses, and generates significant tax revenue that helps fund our schools, public safety departments, infrastructure improvements, and other essential parish services. As competition for industrial investment continues across the river parishes, St. James Parish must remain positioned to attract responsible development that strengthens our tax base and creates opportunities for future generations.

It is also important to recognize the realities of industrial site selection. Companies looking to invest hundreds of millions of dollars in new facilities typically seek locations that are already properly zoned for their intended use. Few companies are willing to spend significant time and resources pursuing a site if there is uncertainty about whether the necessary zoning approvals can be obtained. For this reason, industrial sites must often be zoned appropriately before they can be effectively marketed to prospective investors. If St. James Parish waits until a company has already expressed interest before addressing zoning, we risk losing opportunities to neighboring parishes and states that have development-ready sites available, which we can currently see happening in Ascension Parish.

The proposed rezoning has the potential to increase the value and productive use of the property while generating additional property tax revenues and economic activity that will benefit the entire parish. These revenues can help reduce the financial burden on residents while supporting the services that our communities rely upon every day.

I also respectfully ask the Council to make its decision based on the best interests of the citizens of St. James Parish and the long-term economic future of our community. While public input is an important part of the process, I encourage you not to be unduly influenced by outside activists and organizations whose funding and interests may not be aligned with those of the residents who live, work, pay taxes, and raise families here. The people of St. James Parish have a direct stake in the jobs, tax revenues, and economic opportunities that responsible industrial development can provide, and their voices should remain at the forefront of this decision.

As a resident who cares about the long-term economic health of St. James Parish, I believe this zoning change is a practical and beneficial decision that reflects both the current character of the area and the future needs of our parish.

1

Thank you for your consideration, and I respectfully urge the Council to approve the proposed rezoning request.


--


Robbie M. Poche Jr
RMP2SERVICES@GMAIL.COM <mailto:RMP2SERVICES@GMAIL.COM>
(985) 859-8057

## Tammie Bodin

**From:**              dutcreel@gmail.com
**Sent:**              Tuesday, June 16, 2026 8:26 PM
**To:**                Tammie Bodin
**Subject:**           Zoning change

[You don't often get email from dutcreel@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning change and for more industry in our community

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jane Poche <jkpoche@icloud.com> |
| **Sent:** | Tuesday, June 16, 2026 9:22 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezoning from agricultural to industrial Romeville La |

[You don't often get email from jkpoche@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening. The purpose of this email is to let our feelings be known. St James Parish has been our home for many years and will continue to be our home. It has been good to us and has provided well for us in our lifetimes here. However, I don't feel that this will be the case for future generations if new industries are blocked or get discouraged from locating in this parish due to opposition from groups in this parish that are funded by outsiders who really have no interest in this parish since they do not live here but are being fed what I feel is misinformation and also seem to have deep pockets to fund groups who oppose new industry in this parish. When Motiva in Convent shut their doors, St James Parish suffered a huge loss of tax revenue. That revenue is what was used to support various programs, schools, roads and other services too numerous to mention. Without new industry to generate new tax revenue, this parish, programs and services will suffer and not to mention taxes citizens in this parish pay will continue to increase. Also with all the frivolous lawsuits being filed to prevent new industry, services will suffer due to the costs of defending this parish against these lawsuits. The future generations will not remain in this parish if it has nothing to offer them in the areas of schools, decent roads and other programs.

At the last public hearing on this matter which we attended, several residents of the area proposed to be rezoned spoke and let their feelings be known. One of the statements made referred to industry being in their backyard or sandwiched by 2 plants and how they are affected by that. It was said how they have to breathe the air and use the water that these industries pollute. I'm not saying that the air is not affected by that. It's not just the residents close to them that breathe the air and use the water. We all breathe the same air and use the same water. Yes there are health issues that are probably related to industry but other factors contribute to health issues also. Genetics, lifestyles, life choices and diet all contribute to health issues.

I understand the feelings of the residents in the area who feel like if it rezoned, then they will lose the property that they have lived on, provided for their families on. if the rezoning is successful and changed from agricultural to industrial doesn't mean that they will lose their property to industry. You will have a choice. You can coexist with industry.

We support the rezoning from agricultural to industrial which will benefit both the residents of this parish and the parish itself.

Sincerely,

Robbie Poche Sr
Jane Poche
Hester. LA

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | big ray <legleu72@gmail.com> |
| **Sent:** | Tuesday, June 16, 2026 4:52 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rise! |

You don't often get email from legleu72@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please do not cave to Rise!  They do not represent how St. James Parish citizens feel.

Ray Legleu
428 North Montz Avenue
Gramercy,  LA 70052
225-910-1215

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Jessie <farmerjoe379@yahoo.com> |
| **Sent:** | Tuesday, June 16, 2026 8:06 PM |
| **To:** | Linda Hubbell |
| **Subject:** | Proposed Zoning Change |

You don't often get email from farmerjoe379@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

My name is Jesse Louque, I have lived in Paulina my entire life.  I support the proposed zoning change as well as future industrial growth.

Thank You!
Jesse Louque

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Dane George <danegeorge@cox.net> |
| **Sent:** | Tuesday, June 16, 2026 2:42 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change |

[You don't often get email from danegeorge@cox.net. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I would like the send this email showing me and my families support for the zoning change and more smart industrial growth in our parish!

Thanks
Dane George
Sent from my iPhone

1

**Chris M. Kimball**
Superintendent

**Marty Poche**
President
District 4

**Angela Washington**
Vice President
District 5



## ST. JAMES
## PARISH SCHOOLS
*Inspiring Hope and Purpose*

1876 West Main Street
P.O. Box 338
Lutcher, LA 70071

(225) 258-4500
www.sjpsb.org

**Diana Cantillo**
District 1

**Tim Detillier**
District 2

**Sue Beier**
District 3

**Nicole Florent**
District 6

**Raymond Gros**
District 7

June 17, 2026

**Addendum to Support Letter**

The St. James Parish School Board has been informed of and supports the position outlined in the provided letter. The Board and administration remain united in the belief that responsible economic development and attracting new business and industry are important to the continued success of our parish and our public schools.

As a governing body, the School Board recognizes the significant role that business and industry play in supporting public education through the local tax base and helping provide the resources necessary to educate our students. The St. James Parish School Board and administration remain committed to working collaboratively with parish leaders, community stakeholders, and industry partners to ensure that St. James Parish continues to be a place where students, families, businesses, and communities can thrive together.

Respectfully,

*Chris M. Kimball*

Chris M. Kimball, Superintendent
St. James Parish Schools

**Chris M. Kimball**
Superintendent

**Marty Poche**
President
District 4

**Angela Washington**
Vice President
District 5


## ST. JAMES
## PARISH SCHOOLS
*Inspiring Hope and Purpose*

1876 West Main Street
P.O. Box 338
Lutcher, LA 70071

(225) 258-4500
www.sjpsb.org

**Diana Cantillo**
District 1

**Tim Detillier**
District 2

**Sue Beier**
District 3

**Nicole Florent**
District 6

**Raymond Gros**
District 7

June 15, 2026

Dear Members of the St. James Parish Council:

As Superintendent of St. James Parish Schools, I support this initiative to encourage economic growth and attract new businesses and industries to St. James Parish.

Our core mission is teaching and learning. To provide students with a high-quality education and prepare them for future success, we must have the resources to recruit and retain excellent employees, maintain safe, modern facilities, and offer meaningful opportunities inside and outside the classroom.

Business and industry have long been important partners in supporting public education in St. James Parish. Through property taxes and millages, industry contributes the vast majority of the revenue that funds our schools. These resources are essential as school systems face rising operating costs and increasing challenges in remaining competitive with teacher and staff salaries.

Without continued economic growth and investment, sustaining the level of educational excellence our community expects will become more difficult. Industry support helps ensure we can continue providing strong academic programs and extracurricular opportunities, including athletics, fine arts, music, career and technical education, and other activities that contribute to the development of well-rounded students. In addition, they support and enhance our school facilities by addressing infrastructure needs and improving safety.

By continuing to promote responsible economic development, we can strengthen our local economy and ensure that St. James Parish Schools remain a place where students can learn, grow, and succeed.

Thank you for your continued leadership and commitment to the future of St. James Parish.

Sincerely,

*Chris M. Kimball*

Chris M. Kimball, Superintendent
St. James Parish Schools



# TOWN OF GRAMERCY
## PO DRAWER 340 ~ 120 N. MONTZ
## GRAMERCY LA 70052
### PHONE: 225-869-4403 ~ FAX: 225-869-4195

**Steven J. Bourgeois**
**Mayor**

**Dustin Jenkins**
**Police Chief**

Parish President Pete Dufrense and the Council of St. James Parish

On Monday June 8, 2026, during our monthly town meeting we passed Resolution 28-2026 in support of the designation change of Shady Grove from agricultural to industrial use. The resolution which was advertised and voted on was passed unanimously by the town's board of alderman, who in affect represent a population of roughly 2,900 residents. We look forward to new business partners and the opportunities that are afforded by our residents as we grow.

Steven J. Bourgeois

Mayor, Town of Gramercy

| Alderman Dist 1 | Alderman Dist 2 | Alderman Dist 3 | Alderman At Large | Alderman At Large |
|---|---|---|---|---|
| Percy Williams | Darren Brack | Theron Louque | Craig Calcagno | Claude Wiggins |

Member Louisiana Municipal Association

**RESOLUTION NO. 28-2026**

**A RESOLUTION IN SUPPORT OF ST. JAMES PARISH ORDINANCE TO AMEND SECTION 82-25 LAND USE ORDINANCE, AND TO AMEND THE ST. JAMES PARISH GENERALIZED FUTURE LAND USE PLAN**

WHEREAS, St. James Parish Planning Commission considered a change in the land use designation of an area of the East Bank known as Shay Grove from "Agricultural" to "Industrial" use, and has recommended the change to the Parish Council.

WHERAS, the Parish Council has considered the recommendation of the Planning Commission; the public comments received during the hearings; the facts and circumstances relevant to the location; the land use plan; and the potential impacts and benefits to the parish;

WHEREAS, the Town of Gramercy Mayor and Board of Aldermen find that it is in the public interest to change the St. James Parish Generalized Future Land Use Map to change the "Agriculture" area located on the East Bank, known generally as Shady Grove, to "Industrial" use

NOW, THEREFORE, BE IT RESOLVED by the Town of Gramercy Board of Aldermen that it hereby supports the St. James Parish Council's consideration to change the St. James Parish Generalized Future Land Use Map to change the "Agriculture" area located on the East Bank known generally as Shady Grove to "Industrial" use.

A motion to adopt the above resolution was made by Alderman Brack, seconded by Alderman Wiggins, and resulted in the following vote:

| | |
|---|---|
| YEAS: | Brack, Calcagno, Louque, Wiggins, Williams |
| NAYS: | None |
| ABSENT: | None |
| ABSTAIN: | None |

And the resolution was declared adopted on the 8th day of June, 2026.

**\*\*\* CERTIFICATION \*\*\***

I, Amy O. St. Pierre, Clerk of the Town of Gramercy, Louisiana, do hereby certify that the above is a true and correct copy of a resolution duly adopted by the Mayor and Board of Aldermen of the Town of Gramercy, Louisiana, duly convened on the 8th day of June, 2026.

Amy O St. Pierre, Town Clerk

## Tammie Bodin

| | |
|---|---|
| **From:** | Satya Malur <satyamalur@hotmail.com> |
| **Sent:** | Tuesday, June 16, 2026 1:34 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Fw: Romeville land use change |

You don't often get email from satyamalur@hotmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Mr. Pete Dufrense

Please vote in favor of the change of the land in Romeville, LA to Industrial use.   I have an interest in both personal and businesses in this area and stand in support of the change.

Sincerely,

Satya Malur

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Cody Rose <cody.rose@rpcontractors.com> |
| **Sent:** | Tuesday, June 16, 2026 1:15 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Public Comment in Support of Ordinance 26-08 |

You don't often get email from cody.rose@rpcontractors.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

I am writing in support of Ordinance 26-08 to rezone a portion of property in Romeville from agricultural to industrial use.

Thanks,
*Cody Rose*
**Site Manager**
River Parish Contractors, Inc.
Cell: (225)279-3892

**RIVER PARISH**
CONTRACTORS

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Yvette Anderson <yvetteanderson63@yahoo.com> |
| **Sent:** | Tuesday, June 16, 2026 12:10 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land Use Change |

You don't often get email from yvetteanderson63@yahoo.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To all Council Members of St. James Parish

Please Vote in Favor of the Change to Industrial the Land in Romeville, LA . I have interest both in personal and business in this area and I am in support of the change.

Thank You,

Yvette Anderson

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Pratap Pasupuleti <ppasupuleti@yahoo.com> |
| **Sent:** | Tuesday, June 16, 2026 11:59 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land |

[You don't often get email from ppasupuleti@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Pete Dufrense

Please vote in favor of the change to Industrial the land in Romeville, LA.   I have business interest in this area and stand in support of the change.

Thank You,
-Pratap

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Christina Bier <chrisybier@hotmail.com> |
| **Sent:** | Tuesday, June 16, 2026 11:57 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land use change |

[You don't often get email from chrisybier@hotmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Pete Dufrense

Please vote in favor of the change to Industrial the land in Romeville, LA.  I live, work and have interest both personal and businesses in this area and stand in support of the change.

Thank You,

Christina Bier
6554 La 44
Convent, La70723

*Chritina Bier*
*Poche Plantation*
*chrisybier@hotmail.com*
**504-417-3500**

1

# Tammie Bodin

| | |
|---|---|
| **From:** | Mark Anderson <telaweb@icloud.com> |
| **Sent:** | Tuesday, June 16, 2026 11:44 AM |
| **To:** | Tammie Bodin |
| **Cc:** | Christina Bier; debbiejones459al@gmail.com; Satya Malur; nanda@bullseyegroup.com; Pratap Pasupuleti; Yvette Anderson |
| **Subject:** | Romeville Land use change |

[You don't often get email from telaweb@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
All council members of St. James Parish, parish president Pete Dufrense

Please vote in favor of the change to Industrial the land in Romeville, LA.   I live, work and have interest both personal and businesses in this area and stand in support of the change.

Thank You,

Mark Anderson
PO Box 201,
Convent, LA 70723

225-715-9510

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Kody Bourgeois <kodybourgeois@rocketmail.com> |
| **Sent:** | Tuesday, June 16, 2026 10:49 AM |
| **To:** | Tammie Bodin |

You don't often get email from kodybourgeois@rocketmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

## I'm in favor of the land use change. I support industry.

## Thanks, Kody Bourgeois

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Wendy Poche <wasp62@icloud.com> |
| **Sent:** | Tuesday, June 16, 2026 8:51 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Industry |

[You don't often get email from wasp62@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am for the industry redistricting.we need more jobs and better jobs for our residents if St. James Parish. Better jobs equals better benefits such as health insurance which will help our community be healthier!
Wendy Poche
Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Natalie Thomason <n.thomason143@gmail.com> |
| **Sent:** | Monday, June 15, 2026 10:01 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Public Comment in Support of Ordinance 26-08 |

You don't often get email from n.thomason143@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please record this message as a public comment and read it into the record at the meeting.

I, Natalie Thomason, a resident of St. James Parish, am writing in support of Ordinance 26-08 to rezone a portion of property in Romeville from agricultural to industrial use.

Thanks,

Natalie Thomason

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jessie Zeringue <jessiez1985@gmail.com> |
| **Sent:** | Monday, June 15, 2026 7:52 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rise st James |

[You don't often get email from jessiez1985@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I oppose what rise st James is doing to our parish, I work in industry and I am all for industry and creating jobs in this parish. Please stop them Sent from my iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Chad Weidert <cweidert3@gmail.com> |
| **Sent:** | Monday, June 15, 2026 7:25 PM |
| **To:** | Tammie Bodin |
| **Cc:** | Todd Poche |
| **Subject:** | Support of land use designation change to industrial |

You don't often get email from cweidert3@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammie,

I am in support of proposed ordinance 26-08 that would change the land use designation to industrial.  It is imperative that our parish have the ability to attract industry along a very important an attractive economic corridor.
Please convey to rest of parish council.

Thanks,
Chad Weidert
District 1

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Adam Roussel <aroussel20379@gmail.com> |
| **Sent:** | Monday, June 15, 2026 7:05 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change |

You don't often get email from aroussel20379@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is Adam Roussel, I have lived in Paulina my entire life. I support the proposed zoning change as well as future industrial growth.

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jordan Obryant <jordanobryant@icloud.com> |
| **Sent:** | Monday, June 15, 2026 9:05 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezoning of Romeville Property |

[You don't often get email from jordanobryant@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please put on record, that Jordan O'Bryant and Marshall O'Bryant support the rezoning of the property in Romeville from agriculture to industrial

Thanks
Jordan And Marshall O'Bryant

**Tammie Bodin**

| | |
|---|---|
| **From:** | Luke Bourgeois <luke.bourgeois@rpcontractors.com> |
| **Sent:** | Monday, June 15, 2026 7:41 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Public Comment in Support of Ordinance 26-08 |

You don't often get email from luke.bourgeois@rpcontractors.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

All,

Please record this message as a public comment and read it into the record at the meeting.

I, Luke Bourgeois, a resident of St. James Parish, am writing in support of Ordinance 26-08 to rezone a portion of property in Romeville from agricultural to industrial use.

Thanks,

Luke Bourgeois

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Pam Barker <pbarker@ochsner.org> |
| **Sent:** | Monday, June 15, 2026 6:21 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Support for Ordinance 26-28 |

You don't often get email from pbarker@ochsner.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Bodin,

I am writing to reaffirm my support for approving Ordinance 26-08, which proposes changing the zoning designation of land in Romeville from Agricultural to Industrial.

I believe this land presents a strong opportunity for economic growth and job creation within St. James Parish. Based on the images shared during the last council meeting, the property appears to be vacant and suitable for development.

Since relocating to St. James Parish in December 2007, I saw a noticeable increase in the cost of living. Encouraging responsible industrial development could help strengthen the parish's tax base and provide much-needed financial balance for the community.

It is important that we remain open to welcoming corporations that are willing to invest in our parish. Thoughtful development can bring long-term benefits, including employment opportunities and additional revenue to support local needs.

In recent years, there have been several attempts by industries to develop within the parish that were ultimately unsuccessful. While community input is important, it is equally critical to ensure that decisions are guided by accurate data and the broader economic needs of our residents.

For your reference, my address is listed below:

Physical Address:
4215 Highway 3125
Hester, LA

Mailing Address:
4215 Highway 3125
Paulina, LA

Thank you for your time and consideration.

Sincerely,

1

## Tammie Bodin

| | |
|---|---|
| **From:** | evan reulet <evanreulet@yahoo.com> |
| **Sent:** | Monday, June 15, 2026 12:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | 6/17 Counsel Meeting Opinion |

You don't often get email from evanreulet@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tammie,

My name is Evan Reulet and I am a concerned parent/citizen of St. Jame parish. I am unable to attend the meeting tomorrow but would like my thoughts to be shared as public comment. I am totally against Rise St. James and what they trying to do to our industry in St. James Parish. This will have long term effects on our young kid's future and having to have the opportunity to work and provide for their families like the industries have done for year here.

It is awesome that St. James Parish community is coming together to fight back against Rise St. James.

Thanks,
Evan

1

## Tammie Bodin

**From:** cobrarichie@rtconline.com
**Sent:** Monday, June 15, 2026 12:13 PM
**To:** Tammie Bodin
**Subject:** support

You don't often get email from cobrarichie@rtconline.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I would like it read into the record that I'm still supporting moving the agricultural land classification to industrial.

Richard Friedrichs

2673 N Nobile St

Paulina, LA 70763

Thank you,

Richard Friedrichs

1

## Tammie Bodin

| | |
|---|---|
| **From:** | AOL!! <sharkstpierre@yahoo.com> |
| **Sent:** | Friday, June 12, 2026 9:37 AM |
| **To:** | Tammie Bodin |
| **Subject:** | email in favor of ordinance |

You don't often get email from sharkstpierre@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please include Alvin "Shark" St.Pierre Jr as being in favor of Shady Grove land to be declared by ordinance as an Industrial site.

Alvin St Pierre Jr
317 Belinda Ave
Gramercy La
225-806-0702

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Kat Trepagnier <kattrep@gmail.com> |
| **Sent:** | Saturday, June 13, 2026 3:43 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Land Use Ordinance 26-08 |

[You don't often get email from kattrep@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am a current resident and registered voter of St. James Parish and am IN SUPPORT of the above referenced ordinance currently being discussed in St. James Parish. My support is primarily attributed to economic development and the future good for all residents of the parish.

I also humbly request that a decision not be influenced or persuaded by anyone or any group which are not residents of this parish.

Respectfully,

Katherine Trepagnier
1644 2nd Street
Lutcher, LA

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | tj matherne <tjmatherne12345@yahoo.com> |
| **Sent:** | Saturday, June 13, 2026 7:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zone change |

You don't often get email from tjmatherne12345@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a resident of Paulina, I am in favor of rezoning and for industry!
Sent from my iPhone

1

## Tammie Bodin

**From:**      Ashlyn Millet <ashlyn.millet@gmail.com>
**Sent:**      Saturday, June 13, 2026 7:27 PM
**To:**        Tammie Bodin
**Subject:**   Zoning Change

[You don't often get email from ashlyn.millet@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a resident of Paulina, I am in favor of rezoning and for industry!
Sent from my iPhone

**Tammie Bodin**

| | |
|---|---|
| **From:** | Donald Ladner <theladners@bellsouth.net> |
| **Sent:** | Saturday, June 13, 2026 5:38 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Industry |

[You don't often get email from theladners@bellsouth.net. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

We need industry in our parish.
Sent from my iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Sherry Bell <bossandrivers@att.net> |
| **Sent:** | Friday, June 12, 2026 8:03 PM |
| **To:** | Tammie Bodin |
| **Subject:** | I support Ordinance 26-08 |

You don't often get email from bossandrivers@att.net. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tammie

I am wholly in support of Ordinance 26-08! I have been directly affected by the lack of industry which has proven to provide a good living for us, Due to the lack of good paying jobs in the lucrative banks of the Mississippi River in our Parish, I've had to seek employment in other Parishes and STATES, yes, seek employment in other states! This not only affects my personal finances, but currently I am paying taxes out of my payroll to Ohio and the city in which this project is in. St James is missing out on that tax revenue. And I am so far from home and my family.

Please pass this to the council that I wholly support Ordinace 26-08!

Kindest Regards,
Sherry Bell

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Megan Melancon <meganmelancon07@yahoo.com> |
| **Sent:** | Friday, June 12, 2026 5:42 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Support for Land Use Ordinance 26-08 |

You don't often get email from meganmelancon07@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Tammie,

As a lifelong resident of St. James Parish, with multiple family members working in industry, I would like to show my support of the Land Use Ordinance 26-08.  Industry is what feeds our families, supports our schools and provides sustainable living for many residents and beyond our own parish.  Industry is what helps our parish thrive and supports the futures of our own children.

Thank you for your time.
Megan Newsom

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | sonya roussel <sonyarou52@yahoo.com> |
| **Sent:** | Friday, June 12, 2026 9:50 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

You don't often get email from sonyarou52@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I want to voice my approval of this ordinance to re-designate the Shady Grove area of Romeville from Agricultural to Industrial..
Thank you
Sonya Roussel


Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

**From:**      Bordelon Pest Control, LLC <pestcntl@bordelonpest.com>
**Sent:**      Friday, June 12, 2026 8:24 AM
**To:**      Tammie Bodin
**Subject:**      Zoning

You don't often get email from pestcntl@bordelonpest.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

To Whom It May Concern,

I am writing to express my support for the proposed zoning change.

After reviewing the proposal, I fell the change is appropriate for the area and will have a positive impact on the community.  I respectfully ask that the zoning request be approved.

Thanks for your time and consideration.

Sincerely,


David Duhon
Bordelon Pest Control, LLC
(225) 869-3598 Phone
(225) 869-3595 Fax
pestcntl@bordelonpest.com

**Tammie Bodin**

| | |
|---|---|
| **From:** | Pamela Louque <plouque57@gmail.com> |
| **Sent:** | Friday, June 12, 2026 8:01 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Ordinance 26-08 |

[You don't often get email from plouque57@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sent from my iPhone

My husband & I are for industry coming into our parish. Our young people need jobs & our parish needs growth.

**Tammie Bodin**

| | |
|---|---|
| **From:** | Sid Berthelot <sidbert1966@gmail.com> |
| **Sent:** | Friday, June 12, 2026 7:11 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Stop the Noise |

[You don't often get email from sidbert1966@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Tammie,

I am emailing my support against the efforts of Rise St. James regarding their anti industry campaign. I am in full support of industry in our parish and recognize the importance of both the jobs and tax revenues generated to continue public services. I'm hoping our parish council doesn't buy into the false narrative being spun by paid protesters. Thank you.

Respectfully,

Sid Berthelot
Sent from my iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Mark Anderson <telaweb@icloud.com> |
| **Sent:** | Friday, June 12, 2026 7:09 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Romeville Land Use |

[You don't often get email from telaweb@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

SJP Council,

Please vote in favor of the Land Use Plan in Romeville.  We need industry.

Thank You

Mark Anderson
Poche Plantation  LLC

Sugar Hill LLC
RV Parks
telaweb@icloud.com

225-715-9510

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | crewcrusher1@yahoo.com |
| **Sent:** | Friday, June 12, 2026 6:44 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Bring industry to St.James parish |

You don't often get email from crewcrusher1@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a business owner in resident of St. James Parish, we need to support industry growth to help our parish flourish. Due to opposition from activist group our parish has suffered, lost many industries and jobs that put tax revenue back into our economy and help our parish grow. The residence, our children first responders educational system are all suffering due to the lack of industry and opposition they have been met with when trying to establish in our parish. We must take action against these opposition groups that are funded to do nothing but keep industries and jobs coming to St. James Parish. Thank you for attention to this matter from a small business owner in resident of St. James Parish.
Daniel Johnson

Sent from my iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Janice Zeringue <janicezeringue@icloud.com> |
| **Sent:** | Friday, June 12, 2026 6:38 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Support passing ordinance 26-08 |

[You don't often get email from janicezeringue@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Morning- I support the passing of ordinance 26-08 in St James parish to change land from agricultural to industrial. Thank You Janice Zeringue 2926 Hwy 20 VACHERIE Louisiana Sent from my iPhone

**Tammie Bodin**

| | |
|---|---|
| **From:** | nelson louviere <louvieren@bellsouth.net> |
| **Sent:** | Friday, June 12, 2026 3:34 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning change |

You don't often get email from louvieren@bellsouth.net. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning change and smart industrial support
Danielle B Louviere

Sent from AT&T Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Mindy Melancon <mindymelancon@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 10:04 PM |
| **To:** | Tammie Bodin |
| **Subject:** | I SUPPORT ZONING CHANGES IN ROMEVILLE |

You don't often get email from mindymelancon@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I support the zoning changes in Romeville to Industrial.

Thank you,
Mindy Melancon

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jay Meyer <myangelmeyer@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 10:04 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Industry in St. James |

You don't often get email from myangelmeyer@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is Jay Meyer. As an almost 30 year resident of St. James parish I am in favor of anything to bring industry and growth to our parish.

I am opposed to the so called environmental group trying to shut industry down.

I am in favor of the council voting to keep industry coming to our parish.

It's been proven that industry is good neighbors providing support to our parish.

I urge the council to oppose the oradence to halt industry.

We need to fight for our parish and oppose the self-serving paid protesters.

Sincerely

Jay Meyer
334 W Main St
Gramercy, La 70052

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Ricky Guidry <guidrick5@hotmail.com> |
| **Sent:** | Friday, June 12, 2026 6:55 AM |
| **To:** | Tammie Bodin |
| **Subject:** | FOR INDUSTRY |

You don't often get email from guidrick5@hotmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Born and raised right here in St James Parish and I'm here to show my support FOR MORE INDUSTRY.  If we want the parish to continue in growth and also continue with programs that we have in place today, we need the extra help from industry.  This is from senior citizen buildings and programs, Meals on wheels program and just to maintain parks/recreation use for youths.  We have to think about the future of our parish, mostly our children and grandchildren. More industry helps/supports infostructure and also helps the tax payers of the parish by putting extra money into his/her pockets.  By this I mean industry eats up the cost of some of these higher taxes that we have to pay to continue with improvements around the parish and even for our schools.  Most people do not realize what industry is and what it produces.  Every single day each person uses industry one way or another.  It's used in every household everyday.  The soaps, detergents, cleaning supplies, food grade products, beauty products and more.  Outside the household its use in the vehicles we drive/ride in everyday, clothing products, roadways we use to travel and the list goes on. Don't be the hypocrite that's against industry and use the everyday products that are produced by industry.   So, before we let outsiders try to control the future of OUR parish, lets look at all the positive things that are brought to the parish from industry.  We should be looking at the future of this parish to continue with growth and opportunity for our kids and grandkids. Get Outlook for iOS <https://nam11.safelinks.protection.outlook.com/?url=https%3A%2F%2Faka.ms%2Fo0ukef&data=05%7C02%7Ctammie.bodin%40stjamesparishla.gov%7C2ad5a0cad14e44a9731108dec8798137%7Ce6fcac6919e41bd86aa4316cca37946%7C0%7C0%7C639168621373201794%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOilwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C60000%7C%7C%7C&sdata=pH08XH%2BYN1PUo6NTSYynPnIlNGjjtTL5edY2ude31GA%3D&reserved=0>

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Joshua Sibley <sibleyja@gmail.com> |
| **Sent:** | Friday, June 12, 2026 5:03 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Land use ordinance/zoning change 26-08 |

You don't often get email from sibleyja@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

To Whom It May Concern,

My name is Joshua Sibley, and I am a resident of Lutcher, Louisiana. I am writing to express my strong support for the proposed zoning change from agricultural to industrial use within St. James Parish.

I believe this decision should be guided by what is best for the residents, families, workers, and taxpayers who live in this parish and have a direct stake in its future. For too long, important economic opportunities have been delayed, challenged, or blocked by outside activist groups whose priorities do not necessarily reflect the needs and wishes of the people who call St. James Parish home.

The parish has lost valuable opportunities for economic growth, job creation, and tax revenue because of injunctions, lawsuits, and other efforts aimed at preventing industrial development. These delays come at a real cost. Every project that is postponed or abandoned represents potential revenue that could have supported our schools, roads, drainage systems, public safety services, and other community investments. The burden of these lost opportunities ultimately falls on local taxpayers and residents.

I support smart industrial growth because it strengthens our tax base and helps ensure that St. James Parish remains economically competitive. Industrial development has long been a cornerstone of our regional economy, providing good-paying jobs and generating the revenue necessary to fund essential government services. Responsible growth allows our parish to invest in its future rather than fall behind neighboring communities that are actively pursuing economic development.

1

I also believe that the voices carrying the greatest weight in this decision should be those of verified residents of St. James Parish. The people who live here, work here, raise families here, and pay taxes here are the ones who will experience the benefits and consequences of these decisions. Their interests should be the primary consideration as the Parish Council evaluates the proposed zoning change.

I respectfully urge the Parish Council to approve the zoning change and continue supporting responsible industrial development that benefits the residents of St. James Parish. Please include this letter in the public record as a statement of my support.

Thank you for your time and consideration.

Respectfully,

Joshua Sibley
St. James parish resident

2

## Tammie Bodin

| | |
|---|---|
| **From:** | Caleb Poche <caleb.poche@yahoo.com> |
| **Sent:** | Thursday, June 11, 2026 2:47 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

You don't often get email from caleb.poche@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am for the zoning change in Romeville and new industry in out parish

Sent from Yahoo Mail for iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Heather M Johnson <heatherm80@gmail.com> |
| **Sent:** | Thursday, June 11, 2026 7:00 AM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning Change |

You don't often get email from heatherm80@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm a resident of Lutcher, LA. I support the zoning change and industrial growth. Heather Johnson

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Vernon Guidry <veeguidry@yahoo.com> |
| **Sent:** | Wednesday, June 10, 2026 1:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

You don't often get email from veeguidry@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am all for the re-zoning from agriculture to industry. I have worked in industrial plants for 45 years and it has allowed my children to work there as well.  These industrial plant sites are not the ones Rise has been telling everyone that they are still polluting our environment. We have more safety equipment and governmental  regulations that monitor our emissions every second of the day. We are NOT the cancer alley they are protesting about. Our air is much cleaner now.

 Sincerely
 Vernon Guidry
 Hester LA 70743

Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Summers, Mitchell J. <msummers@marathonpetroleum.com> |
| **Sent:** | Wednesday, June 10, 2026 12:28 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Industrial Zoning |

You don't often get email from msummers@marathonpetroleum.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

As a lifelong resident of St. James Parish and an employee of the petrochemical industry I fully support the rezoning at hand. Without smart industrial growth our children will be forced to leave the parish and go to surrounding parishes for employment. Plus without industrial growth we will be losing millions of dollars to help support the parish and its tax payers.

## Tammie Bodin

| | |
|---|---|
| **From:** | JOHN MICHAEL ST PIERRE <ohnrre1@bellsouth.net> |
| **Sent:** | Wednesday, June 10, 2026 12:50 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezoning |

[You don't often get email from ohnrre1@bellsouth.net. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am in Favor of rezoning for New industry to come into the Parish

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Jason Brignac <jasonbrignac@icloud.com> |
| **Sent:** | Wednesday, June 10, 2026 12:17 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

[You don't often get email from jasonbrignac@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

My name is Jason Brignac and I fully support the zoning and industrial changes to Romeville, but not limited to, the surrounding areas. My family has been in the field for generations all the while providing the essentials and tools needed to be a functioning product of society. My father worked for shell Norco for 37 years and he is still here with us today. He will be 71 this June 19th,2026. Please let my voice be heard.

JASON BRIGNAC.

## Tammie Bodin

| | |
|---|---|
| **From:** | Ryan Malbrough <rmalbrough99@yahoo.com> |
| **Sent:** | Wednesday, June 10, 2026 12:20 PM |
| **To:** | Tammie Bodin |
| **Subject:** | supports industry |

You don't often get email from rmalbrough99@yahoo.com. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am for industry in our parish because this is how majority of us makes a living. I am tired of RISE St.James stealing our tax dollars & most of all the misinformation they put out there. They use the word TOXIC to get peoples attention but they are environmental standards that all plants have to follow. The information they always provide is always false or a chemical that the plant doesnt even make so therefore is lies. We want them out of our parish for good . Also they are illegally posting signs on utility poles and other locations without permission . This all must be stopped once & for all.

Sent from Yahoo Mail for iPhone

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | Erica Robertson <erob5722@yahoo.com> |
| **Sent:** | Wednesday, June 3, 2026 7:16 PM |
| **To:** | Tammie Bodin |
| **Cc:** | erob5722@yahoo.com |
| **Subject:** | Zoning Change- St. James Parish, La. |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from erob5722@yahoo.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening,

I proudly support the proposed zoning change and the continued growth of smart, responsible industry in our parish.

For too long, we've talked about wanting better roads, improved infrastructure, enhanced recreational facilities, stronger public services, and more opportunities for our children to build successful futures right here at home. The reality is that those things require funding, and funding requires a strong tax base.

Industry has been and continues to be a critical part of that equation.

Responsible industrial development brings high-paying jobs, career opportunities, workforce training, and millions of dollars in tax revenue that help support the services our citizens rely on every day. It allows us to invest in our community without continuously asking homeowners and individual taxpayers to shoulder a greater financial burden.

What is often overlooked is that industry is not some distant concept that exists outside our daily lives. Industry produces the materials, products, and resources we depend on every single day. The parts in our vehicles, the components in our cell phones, medical supplies used in hospitals, materials used to build homes, products that support our energy infrastructure, and countless other necessities all come from industries much like the ones some oppose.

1

We cannot demand the benefits of modern life while rejecting the very industries that make those benefits possible.

Our parish has already experienced the consequences of losing portions of its industrial tax base. Residents frequently express concerns about the lack of amenities, infrastructure improvements, and economic opportunities. Yet many of the same voices oppose the very investments that could help address those concerns. We must honestly ask ourselves: if not through responsible economic development, where will the revenue come from?

Supporting industry does not mean giving companies a blank check. It means demanding accountability, enforcing regulations, protecting our environment, and ensuring development occurs responsibly and safely. Growth and responsible stewardship are not mutually exclusive—they can and should exist together.

We should be working to attract quality industry, build productive partnerships, and create opportunities that strengthen our parish for future generations. When done responsibly, industrial growth benefits everyone: workers, families, local businesses, schools, and taxpayers alike.

It's time to stop pushing away opportunity and start embracing responsible growth. Let's move our parish forward, strengthen our economy, and build a future our children will be proud to inherit.

Respectfully,

Erica Robertson

## Tammie Bodin

| | |
|---|---|
| **From:** | Kerry St. Amant <kpstamant@gmail.com> |
| **Sent:** | Wednesday, June 3, 2026 5:32 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Rezone Romeville |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[You don't often get email from kpstamant@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am a Bellevue resident.
My name is Kerry St.Amant.

I fully support rezoning Romeville.


Sent from my iPhone

# Tammie Bodin

| | |
|---|---|
| **From:** | Eric Robertson <eroblsu@yahoo.com> |
| **Sent:** | Wednesday, June 3, 2026 5:57 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning St. James - Council Meeting |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[You don't often get email from eroblsu@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammy,

I am in support of the zoning change and smart responsible industrial growth in our parish.

We need to build relationships with industry and attract them to our parish to be able to enjoy the good jobs, increased tax revenue to support the things our citizens want without increasing the tax burden on individuals. Industry is key to a lot of the everyday items that our citizens and parish use. Industry makes things that allow you to have necessary and luxury items that you "can't live without" from parts in your car, parts in your cell phone, blood bags in hospitals, fuel, key things needed for electricity delivery to your home, medical, key ingredients for making materials for building homes, etc.

People against industry often do not realize the things they use and "depend" on everyday are made by the same industries that they are against.

We have already lost industrial tax base in this parish and it is having impacts that people don't like. Where do they expect the "lost" revenue to come from to continue the same services and to even get new things they also want for our parish?

Enough is enough, support smart and responsible industry to grow our parish. We can encourage the industry to support our parish, improve our parish, etc. Relocations are even an option at times if people do not want to be close to the facility, which brings a premium to your property value at times as well.

Thanks,

Eric Robertson

Sent from my iPhone

1

**Tammie Bodin**

---

| | |
|---|---|
| **From:** | Raven Brack <Raven.Brack@lsrsugar.com> |
| **Sent:** | Wednesday, June 3, 2026 8:24 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Zoning |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

---

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening, my family could not make the council meeting tonight but wanted to email you stating at we support the zoning change and smart industrial growth.

Thank you,
Raven Brack

LSR CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Nicholas LeBlanc <nick.leblanc903@gmail.com> |
| **Sent:** | Wednesday, June 3, 2026 5:44 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Industrial Rezoning meeting |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

You don't often get email from nick.leblanc903@gmail.com. Learn why this is important <https://aka.ms/LearnAboutSenderIdentification>

EXTERNAL EMAIL: Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Tammie,

I am emailing to voice my support for the industrial rezoning that is being discussed tonight at the parish council meeting.

Sadly I am working nights and cannot attend the meeting. So as a lifelong resident of St James Parish I just wanted to put my name on record as being in favor of the proposed changes.

I hope this finds you well,
Nicholas G LeBlanc

1

**Tammie Bodin**

| | |
|---|---|
| **From:** | JOHN TROXLER <jtroxler1@cox.net> |
| **Sent:** | Thursday, June 4, 2026 3:20 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Reasoning |

You don't often get email from jtroxler1@cox.net. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

My name is John Troxler and I am a lifelong resident of Gramercy,La. I am in favor of rezoning land to industrial in St. James Parish
Sent from Yahoo Mail for iPhone

1

## Tammie Bodin

| | |
|---|---|
| **From:** | Desiree Lemoine <desiree@industrymakes.org> |
| **Sent:** | Tuesday, June 16, 2026 7:17 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Fw: Please Support Proposed Ordinance 26-08; Change of Land Use Designation Shady Grove |
| **Attachments:** | Shady Grove Land Use.pdf; bloombergmoney.png; 481470786_618493564317032_8289630048558455465_n.jpg; 548330318_768031489363238_2085420058505389900_n.jpg; healthcare onepager.jpeg; 2023 Cancer Incidence - St. James Parish.pdf |
| **Importance:** | High |

You don't often get email from desiree@industrymakes.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammie, please find the below email thread with attachments that have been sent this evening to each council member of the St. James Council, for your information and file.

Please let me know if you have any comments or concerns.

All the best,

Desiree

*Desiree Lemoine*
Executive Director, Industry Makes
Post Office Box 255
Ventress, Louisiana 70783
225.931.2896- cell
www.industrymakes.org



---

**From:** Desiree Lemoine <desiree@industrymakes.org>
**Sent:** Tuesday, June 16, 2026 7:14 PM
**To:** donald.nash@stjamesla.com <donald.nash@stjamesla.com>
**Subject:** Please Support Proposed Ordinance 26-08; Change of Land Use Designation Shady Grove

Chairman Nash, I am emailing you this evening in the event that weather prevents me from attending tomorrow evening's St. James Parish Council meeting in Vacherie.

1

I am reaching out to respectfully ask for your **_support_** of "proposed ordinance 26-08, an ordinance to amend Section 82-25 of the St. James Parish Code of Ordinances to change the land use designation of the Shady Grove area from Agricultural to Industrial o the generalized future plan use."

I have a copy of my statement of support for your information and consideration.

I recently read the letter from the Tulane Environmental Law Clinic from New Orleans, and the Center for Constitutional Rights, from New York, New York, threatening yet another lawsuit if the council supports the above-referenced proposed ordinance. Please do not let these threats weaken your resolve to serve the people of St. James Parish through continued economic development that lifts ALL boats in the parish, while standing up to outside money and supporters who have no accountability to the people of St. James Parish.

And because we know "Cancer Alley" will come up in discussion, I have attached cancer data as obtained by the Louisiana Tumor Registry for St. James Parish, for your information.  Additionally, I have taken the liberty of attaching a spider web of money that goes directly to St. James Parish to stop responsible industrial development, along with a few one pagers as a reminder of what industry in St. James Parish brings to the nation and the world.

Thank you for your service to St. James Parish, and I hope to see you personally tomorrow to read the attached statement and to hand out the other attachments in person.

All the best,

Desiree

_Desiree Lemoine_
*Executive Director, Industry Makes*
*Post Office Box 255*
*Ventress, Louisiana 70783*
*225.931.2896- cell*
www.industrymakes.org



Monday, May 18th

## <u>Statement of Support for Land Use Plan Designation Change</u>
## <u>Shady Grove</u>
## <u>St. James Parish Planning & Zoning</u>

Good evening, Chairman Millet and Members. My name is Desiree Lemoine. I serve as the Executive Director of Industry Makes; a 501 C 4 that advocates responsible industrial growth in Louisiana. I am here this evening to support the owners of the Shady Grove property in their request to change its current designation of "Agricultural and Existing Residential/Future Industrial" use to their requested designation of Industrial use.

Approval of this land use designation change will support development of this large 550+ acre track, that, as of this meeting, has been in the Louisiana Economic Development site selection database for many years, but remains unmarketable due to its current designation.

With this land sitting directly adjacent to Nucor and Oxy Chem, in addition to the investments by the property owner in engineering work and approvals of the US Corps of Engineers of a dock permit, the highest and best use of this site is for industrial development. Industrial development that will bring more high paying jobs, along with additional sales and property tax dollars to St. James Parish.

This land use designation change will allow the current property owner to exercise his rights to market his property for a higher value with more return to him, as well as the Parish of St. James. As property owners yourselves, and as public officials, I am sure you understand the value this change in designation can bring to both the property owner and the Parish of St. James.

If this requested land designation change is approved, it is important to remember that this Planning Commission will still need to be applied to when securing building permits for any project that may come forward.

Considering the above, I respectfully ask for your approval of the requested land use change for the Shady Grove property to Industrial use.

Thank you for your attention this evening.

### ###



BLOOMBERG'S CLIMATE CHANGE INFLUENCE OPERATIONS IN LOUISIANA

TOTAL SPENDING SINCE 2021: $52,954,152+

## Tammie Bodin

| | |
|---|---|
| **From:** | Desiree Lemoine <desiree@industrymakes.org> |
| **Sent:** | Tuesday, June 16, 2026 7:17 PM |
| **To:** | Tammie Bodin |
| **Subject:** | Fw: Please Support Proposed Ordinance 26-08; Change of Land Use Designation Shady Grove |
| **Attachments:** | Shady Grove Land Use.pdf; bloombergmoney.png; 481470786_618493564317032_8289630048558455465_n.jpg; 548330318_768031489363238_2085420058505389900_n.jpg; healthcare onepager.jpeg; 2023 Cancer Incidence - St. James Parish.pdf |
| **Importance:** | High |

You don't often get email from desiree@industrymakes.org. Learn why this is important

**EXTERNAL EMAIL:** Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tammie, please find the below email thread with attachments that have been sent this evening to each council member of the St. James Council, for your information and file.

Please let me know if you have any comments or concerns.

All the best,

Desiree

*Desiree Lemoine*

*Executive Director, Industry Makes*
*Post Office Box 255*
*Ventress, Louisiana 70783*
*225.931.2896- cell*
www.industrymakes.org



---

**From:** Desiree Lemoine <desiree@industrymakes.org>
**Sent:** Tuesday, June 16, 2026 7:14 PM
**To:** donald.nash@stjamesla.com <donald.nash@stjamesla.com>
**Subject:** Please Support Proposed Ordinance 26-08; Change of Land Use Designation Shady Grove

Chairman Nash, I am emailing you this evening in the event that weather prevents me from attending tomorrow evening's St. James Parish Council meeting in Vacherie.

1

I am reaching out to respectfully ask for your **_support_** of "proposed ordinance 26-08, an ordinance to amend Section 82-25 of the St. James Parish Code of Ordinances to change the land use designation of the Shady Grove area from Agricultural to Industrial o the generalized future plan use."

I have a copy of my statement of support for your information and consideration.

I recently read the letter from the Tulane Environmental Law Clinic from New Orleans, and the Center for Constitutional Rights, from New York, New York, threatening yet another lawsuit if the council supports the above-referenced proposed ordinance. Please do not let these threats weaken your resolve to serve the people of St. James Parish through continued economic development that lifts ALL boats in the parish, while standing up to outside money and supporters who have no accountability to the people of St. James Parish.

And because we know "Cancer Alley" will come up in discussion, I have attached cancer data as obtained by the Louisiana Tumor Registry for St. James Parish, for your information.  Additionally, I have taken the liberty of attaching a spider web of money that goes directly to St. James Parish to stop responsible industrial development, along with a few one pagers as a reminder of what industry in St. James Parish brings to the nation and the world.

Thank you for your service to St. James Parish, and I hope to see you personally tomorrow to read the attached statement and to hand out the other attachments in person.

All the best,

Desiree

*Desiree Lemoine*
*Executive Director, Industry Makes*
*Post Office Box 255*
*Ventress, Louisiana 70783*
*225.931.2896- cell*
www.industrymakes.org



# CHEMISTRY IS ON THE
# RISE!



## Plastics

From the polyethylene resins found in the water bottles that keep RISE St. James members hydrated to the polyvinyl chloride found in their shoes, furniture, and other products- they use plastic everyday and didn't even know it! Companies like **Formosa**, **Shintech**, and **Westlake** make these products that we all use everyday.

## Technology



**Methanex** and **OxyChem** produce methanol, chlorine gas, and chlorine trifluoride which are all found in the laptops, cameras, and phones that RISE St. James uses at their events.





## Paper

Thanks to **Georgia Pacific** for producing paper, RISE St. James can promote their events with flyers, posters, signs, and fans!

## Clothing

**Shell Geismar** produces mono-ethylene glycol which is found in polyester and **Koch Methanol** produces methanol which is found in synthetic fibers. Those bright yellow t-shirts are made possible with dye containing carbon black and aniline, produced by **BASF**.



## Cosmetics

Everyone wants to dress to impress on camera! **W.R. Grace** produces SYLOID silica which is found in nail polish, lipstick, and other cosmetic items.



## Transportation

Planes and cars, powered by fuel produced by local industry, carry RISE St. James members first class. Lightweight carbon fiber wings, made with epoxy resin from **Hexion** and **Olin**, get them to and from their trips safely, and let's not forget the windshield, seat belts, and the paint!



INDUSTRY
MAKES





# CANCER INCIDENCE IN ST. JAMES PARISH
*A summary of information from the Louisiana Tumor Registry*

Louisiana's Industrial Corridor, incorrectly dubbed "Cancer Alley," is the area of the lower Mississippi River of South Louisiana that includes seven parishes: Ascension, East Baton Rouge, Iberville, St. Charles, St. James, St. John the Baptist, and West Baton Rouge. This area is called the Industrial Corridor because of its strong chemical, oil refining and manufacturing economy, which supports tens of thousands of jobs along the lower Mississippi River. Calcasieu Parish is included because it is also heavily industrial.



## The Facts:

- **Louisiana faces many health challenges as a state, including higher than average cancer incidence rates compared to the rest of the country. But it is not related to industrial activity.**

- **Overall, cancer incidence and death rates in the Industrial Corridor are at or below the state average.[1]**

- In fact, according to the 2022 County Health Rankings Report issued by the Robert Wood Johnson Foundation, many of the parishes in Louisiana's Industrial Corridor are in the top half of the healthiest parishes compared to the rest of the state.[2]

> **Decades of data compiled by the Louisiana Tumor Registry show there is no "Cancer Alley."**

- **Rates of lung cancer, a cancer often claimed by activists to be caused by industry, are lower in the Industrial Corridor compared to the rest of the state.**

- **Cancer rates overall in St. James Parish are in line with the state averages.**
  - When you look at specific types of cancer in St. James Parish, colon cancer rates are higher than the statewide rates. However, there are no clear environmental risk factors associated with colon cancer, according to the American Cancer Society.[3]

- **According to the Louisiana Tumor Registry, the Industrial Corridor has some of the highest cancer survival rates in the state.**

- **A host of factors influence a person's cancer risk. Environment and/or workplace exposure rank at the bottom of that list.[4] In almost every risk factor, Louisiana ranks worse than the national average:**

| Tobacco use | Diet | Access to healthcare |
|:---:|:---:|:---:|
|  |  | LA consistently ranks in the bottom  |
| **23% of LA adults use tobacco** compared with **17%** nationwide | **of LA adults are obese** making us one of the most obese states in the nation | **5%** among U.S. states in **healthcare access and quality** |

[1] Louisiana Tumor Registry Volume 37, https://sph.lsuhsc.edu/louisiana-tumor-registry/data-usestatistics/monographs-publications/current-monograph/
[2] 2022 County Health Rankings, https://www.countyhealthrankings.org/
[3] "Colorectal cancer risk factors," American Cancer Society, 29 June 2020, https://www.cancer.org/cancer/colon-rectal-cancer/causes-risks-prevention/risk-factors.html.
[4] "Why we need tailored tobacco control strategies," American Institute for Cancer Research, 19 April 2018, https://www.aicr.org/resources/blog/why-we-need-tailored-tobacco-control-strategies.



## CANCER INCIDENCE IN ST. JAMES PARISH BY CENSUS TRACT

The following is an overview of the data compiled from the Louisiana Tumor Registry's (LTR) "Cancer Incidence by Census Tract," which was released in March 2022. The LTR highlights that although the data covers nearly ten years, census tracts encompass such small populations and cancer totals that it is difficult to draw statistical significance from them.

**When compared to the rest of the state, one of St. James Parish's seven census tracts (22093040500) had higher rates of cancer for all cancers combined.**

- One census tract in St. James Parish (22093040300) had higher rates of colon cancer when compared to the rest of the state. Colon cancer does not have any environmental risk factors associated with it. According to the American Cancer Society, the top risk factors for colon cancer are age, a history of colorectal polyps, having Type II Diabetes, being overweight, being physically inactive and diets that are high in red and processed meats.

April 2022