

The following ordinance which was previously introduced at a regular meeting held on May 20, 2026, a summary thereof having been published in the official journal together with notices of public hearings which were held in accordance with the public notices, was brought up for final passage on motion of Councilmember N. Poche and seconded by Councilmember Louque:

### ORDINANCE 26-08
### ST. JAMES PARISH COUNCIL

**AN ORDINANCE TO AMEND SECTION 82-25 OF THE ST. JAMES PARISH LAND USE ORDINANCE, AND TO AMEND THE ST. JAMES PARISH GENERALIZED FUTURE LAND USE PLAN**

**WHEREAS,** on May 18, 2026, the St. James Parish Planning Commission considered a change in the land use designation of an area of the East Bank known as Shady Grove from "Agricultural" to "Industrial" use, and recommended the change to the Parish council for the area generally outlined in green on Attachment A hereto; and

**WHEREAS,** notices of the proposed change and hearings thereon were published on May 28, June 4, and June 11, 2026, and the Parish Council has held public hearings on the recommended changes on June 3, 2026, and June 17, 2026, in connection with the proposed land use change; and

**WHEREAS,** the Parish Council has considered the recommendation of the Planning Commission; the public comments received during the hearings; the facts and circumstances relevant to the location; the land use plan; and the potential impacts and benefits to the parish; and

**WHEREAS,** the Parish Council finds that it is in the public interest to change the St. James Parish Generalized Future Land Use Map to change the "Agriculture" area located on the East Bank known generally as Shady Grove to "Industrial" use;

**NOW, THEREFORE,** the St. James Parish Council hereby ordains:

**SECTION 1.** Section 82-25(a) of the St. James Parish Code of Ordinances is hereby amended to read as follows:

**Sec. 82-25. Land use plan**

(a) **Adoption of future land use plan.** The following map is hereby adopted and incorporated herein by reference to guide to the development of St. James Parish: The "St. James Parish Generalized Future Land Use Plan" dated June 17, 2026, in its digital form, identified as File FutureLandUsePlan_06_17_26. A printed version of the plan is attached to this ordinance as Exhibit 1. Any ambiguity in the location of land use category boundaries, or any conflict between the printed and digital forms of the map shall be resolved by relying on the digital form of the map. Any ambiguity in the boundaries shown on the digital map shall be resolved as follows:

[*the remainder of Section 82-25 remains unchanged*]

**SECTION 2. EFFECTIVE DATE.** This ordinance shall be effective immediately upon its passage, or as soon thereafter as allowed by law, and shall apply to any then-pending permit or approval for which a final decision has not been rendered by the parish.

This ordinance having been submitted to a vote, the vote thereon was as follows:

YEAS:    Jasmin, N. Poche, Louque, T. Poche
NAYS:    Nash, Long, Etienne-Steib
ABSTAIN: None
ABSENT:  None

And, the ordinance was declared adopted on this, the 17th day of June 2026.

_____
Council Chairman

_____
Secretary

Delivered to Parish President: ___6/17/2026___

Approved: ___6-17-26___

Disapproved: _____

_____
Parish President

**EXHIBIT**

**H**

Returned to Secretary on ___6/17/2026___

At ___9:00___ AM/PM

Received by ___Tammie Bodin___

\*  \*  \*  \*  \*

C E R T I F I C A T E

    I, Tammie Bodin, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of an ordinance adopted by the St. James Parish Council in regular meeting held on the 17th day of June 2026.

    Signed at Vacherie, Louisiana, this 17th day of June 2026.

                                            Tammie Bodin

                                            Tammie Bodin

(S E A L)                                    Secretary