2018 AUG 20 PM 2:04

SUCCESSION

PROBATE NUMBER: 9065

OF

23RD JUDICIAL DISTRICT COURT

PARISH OF ST. JAMES

HARRIET JONES

STATE OF LOUISIANA

*********************************************************************************

## PETITION FOR APPOINTMENT OF CO-ADMINISTRATORS

*********************************************************************************

The petition of **BARBARA YOUNG NICKOLSON WASHINGTON and TRISTAN LE BLANC**, both residents of Convent, St. James Parish, respectfully represents that:

1.

The petitioners are descendants and heirs of Harriet Jones, the record title owner of certain property situated in the Parish of St. James, described herein as:

A certain tract of land situated in the Parish of St. James on the left bank of the Mississippi River as sixty-six (66) miles above the City of New Orleans, measuring one-half arpents front on said River, by a depth by eighty arpents, between parallel lines, bounded above by lands belonging to the present vendors and below by that of the aforesaid vendors, together with all the buildings and improvements thereon and thereunto belonging, said tract of land forming part of a larger tract of land purchased by them from Duncan F. Kenner as per act passed before N. B. Trist, Notary Public in New Orleans on the 21st day of December, 1869.

Being the same property acquired by Harriet Jones from Alfred Colomb, et al by act dated February 10, 1874.

2.

Harriet Jones died many years ago while domiciled in St. James Parish, Louisiana. She was married but once, and then to Harry Jones, who predeceased her before February 10, 1874, while domiciled in St. James Parish, Louisiana. Neither left any last will and testament, neither adopted anyone, nor was either adopted by anyone, and the only children of Harriet Jones and Harry Jones, or either of them, were Abraham Jones and Mariah Jones.

3.

Abraham Jones, the son of Harriet Jones and Harry Jones, died many years ago while domiciled in the Parish of St. James, without leaving a last will and testament, adopting no one or being adopted by anyone, without marrying and having no children whatsoever.

EXHIBIT

I

*in globo*

4.

Mariah (Maria) Jones Young, born in or about 1845, died on October 13, 1929 while domiciled in the Parish of St. James, Louisiana. She died intestate, without adopting anyone or being adopted by anyone. She was married but once and then to Thomas Young, and of this marriage her sole and only children were born, namely Tom Young, Joe Young, James Young, John Young, Sr., Mary Young Bradley, Amelia Young Hill, and Mariah Young Keys (Keith).

5.

John Young, Sr., born in 1869, died in the year 1934 while domiciled in St. James Parish. He died without leaving a last will and testament, without adopting anyone or being adopted by anyone. John Young, Sr. had several children of a relationship with Eliza Nelson, being John Young, Jr., Peter Young, Viola Young, Jake Young, Alberta Joung, Louisa Young, and Mariah Young, who were the sole and only children and heirs of John Young, Sr.

6.

John Young, Jr., born in 1898, died during the year 1991 while domiciled in St. James Parish. He died without a last will and testament, without adopting anyone or being adopted by anyone. Of a relationship of John Young, Jr. and Viola Coxen, the following children were born, namely John Young III, Richard Young, Audrey Young, and Eula Young, who were the sole only children and heirs of John Young, Jr.

7.

Audrey Young Nickolson, born in 1934, died in 2017. She died without a last will and testament, without adopting anyone or being adopted by anyone. She was married one time and then to Samuel Nickolson, and of this marriage had one child, being petitioner, Barbara Young Nickolson Washington. Audrey Young had a relationship with Irvin Dennis, and of this relationship one child was born, namely Mary Young Washington.

8.

Mary Young Washington, born in 1953, died during the year 2012 while domiciled in St. James Parish, Louisiana. She died without leaving a last will and testament, and without adopting anyone or being adopted by anyone. She was married first to Joseph LeBlanc, and of this marriage three children were born, namely petitioner, Tristan LeBlanc, Steven LeBlanc, and Quentin LeBlanc. Mary Young Washington was then married to Herman Washington, and of this marriage one child was born, namely Shequilla LeBlanc.

9.

As owners of interest in this property as heirs of Harriet Jones, the petitioners are entitled to apply for and be appointed as the Co-Administrators of this succession.

10.

This succession owns certain property in the Parish of St. James, as described above, which requires administration, including, but not limited to, leasing the property for both residential, agricultural, maritime, and industrial purposes; protection from trespassers and other persons encroaching thereon, or attempting to use without right or authority; to collect rent, to pay taxes, insurance, and other debts of the estate; and to do other things necessary to preserve and protect the assets of the succession.

11.

More than ten (10) days have elapsed since the death of the deceased, and no one has filed any Petition for Notice of Application for Appointment of Administrator.

Considering the above and foregoing, the petitioners, **BARBARA YOUNG NICKOLSON WASHINGTON and TRISTAN LE BLANC**, pray that judgment be rendered in their favor as follows:

1)	Appointing them as the Co-Administrators of the Succession of Harriet Jones after complying with all the requisites of law;

2)	Their Application for Letters of Administration of the Succession of Harriet Jones be granted, and Letters of Administration be issued to them upon their compliance with the legal requirements; and

3)	The Court order the filing of the Detailed Descriptive List of the property of the succession.

BY ATTORNEYS,

SIDNEY A. MARCHAND, III
A LAW CORPORATION
320 CHETIMACHES STREET
DONALDSONVILLE, LOUISIANA 70346
TELEPHONE: (225) 473-3811
FACSIMILE: (225) 473-1607

BY: _____
SIDNEY A. MARCHAND, III
BAR ROLL NO. 9258

2018 AUG 20 PM 2: 04

SUCCESSION

OF

HARRIET JONES

Filed August 20, 2018

PROBATE NUMBER: 9065

23RD JUDICIAL DISTRICT COURT

PARISH OF ST. JAMES

STATE OF LOUISIANA

Lisa Olimeer-DhClerk

## AFFIDAVIT OF DEATH, HEIRSHIP & JURISDICTION

*********************************************************************

STATE OF LOUISIANA

PARISH OF ASCENSION

BEFORE ME, the undersigned authority,

PERSONALLY CAME AND APPEARED:

Tristan LeBlanc and Barbara Washington

who, after being duly sworn, deposed and said that:

Harriet Jones died many years ago while domiciled in St. James Parish, Louisiana. She was married but once, and then to Harry Jones, who predeceased her before February 10, 1874, while domiciled in St. James Parish, Louisiana. Neither left any last will and testament, neither adopted anyone, nor was either adopted by anyone, and the only children of Harriet Jones and Harry Jones, or either of them, were Abraham Jones and Mariah Jones.

Abraham Jones, the son of Harriet Jones and Harry Jones, died many years ago while domiciled in the Parish of St. James, without leaving a last will and testament, adopting no one or being adopted by anyone, without marrying and having no children whatsoever.

Mariah (Maria) Jones Young, born in or about 1845, died on October 13, 1929 while domiciled in the Parish of St. James, Louisiana. She died intestate, without adopting anyone or being adopted by anyone. She was married but once and then to Thomas Young, and of this marriage her sole and only children were born, namely Tom Young, Joe Young, James Young, John Young, Sr., Mary Young Bradley, Amelia Young Hill, and Mariah Young Keys (Keith).

John Young, Sr., born in 1869, died in the year 1934 while domiciled in St. James Parish. He died without leaving a last will and testament, without adopting anyone or being adopted by

anyone. John Young, Sr. had several children of a relationship with Eliza Nelson, being John Young, Jr., Peter Young, Viola Young, Jake Young, Alberta Joung, Louisa Young, and Mariah Young, who were the sole and only children and heirs of John Young, Sr.

John Young, Jr., born in 1898, died during the year 1991 while domiciled in St. James Parish. He died without a last will and testament, without adopting anyone or being adopted by anyone. Of a relationship of John Young, Jr. and Viola Coxen, the following children were born, namely John Young III, Richard Young, Audrey Young, and Eula Young, who were the sole only children and heirs of John Young, Jr.

Audrey Young Nickolson, born in 1934, died in 2017. She died without a last will and testament, without adopting anyone or being adopted by anyone. She was married one time and then to Samuel Nickolson, and of this marriage had one child, being petitioner, Barbara Young Nickolson Washington. Audrey Young had a relationship with Irvin Dennis, and of this relationship one child was born, namely Mary Young Washington.

Mary Young Washington, born in 1953, died during the year 2012 while domiciled in St. James Parish, Louisiana. She died without leaving a last will and testament, and without adopting anyone or being adopted by anyone. She was married first to Joseph LeBlanc, and of this marriage three children were born, namely petitioner, Tristan LeBlanc, Steven LeBlanc, and Quentin LeBlanc. Mary Young Washington was then married to Herman Washington, and of this marriage one child was born, namely Shequilla LeBlanc.

*Tristan LeBlanc*

*Barbara Young Washington*

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS _____
DAY OF _____, 2018.

_____
SIDNEY A. MARCHAND, III
ATTORNEY/NOTARY PUBLIC
   (BAR ROLL #9258)