UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members | * <br> * CIVIL ACTION NO.: 2:23-cv-00987 <br> * <br> * |
| VERSUS | * JUDGE: CARL J. BARBIER <br> * |
| ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | * <br> * MAG. JUDGE JANIS VAN MEERVELD <br> * |

## DECLARATION OF RICKY ROUSSEL

Pursuant to 28 U.S.C. § 1746, I, Ricky Roussel, declare:

1.

I am a Manager and Member of Parkview Land Company, L.L.C. ("Parkview").

2.

Parkview owns approximately 576 (+/-) acres of property within the area that was re-designated from Agricultural use to Industrial use by Ordinance 26-08, passed on June 17, 2026.

3.

Parkview, as an owner of this property, was and is in favor of the redesignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21st day of June 2026.

_____
Ricky Roussel

1

EXHIBIT

K