# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members | * <br> * **CIVIL ACTION NO.: 2:23-cv-00987** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| VERSUS | JUDGE: CARL J. BARBIER |
| ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | MAG. JUDGE JANIS VAN MEERVELD |

## DECLARATION OF PAUL J. FRILOUX

Pursuant to 28 U.S.C. § 1746, I, PAUL J. FRILOUX, declare:

1.

He is the son of James Joseph Friloux and that his father is an owner of a second tract of land identified as the **Weber Tract** for identification purposes consisting of approximately 20 (+/-) acres of property within the area that was re-designated from Agricultural use to Industrial use by Ordinance 26-08, passed on June 17, 2026.

2.

He and his father James Joseph Friloux, as an owner of this property, were and are in favor of the redesignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _21st_ day of June 2026.

_____
Paul J. Friloux

5632344.v1

**EXHIBIT**

**L**

*in globo*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA; MOUNT
TRIUMPH BAPTIST CHURCH; RISE ST.
JAMES, by and through their members

\* CIVIL ACTION NO.: 2:23-cv-00987
\*
\*
\*
\*
\*
\*
\*
\*

VERSUS

JUDGE: CARL J. BARBIER

ST. JAMES PARISH; ST. JAMES PARISH
COUNCIL; ST. JAMES PARISH PLANNING
COMMISSION

MAG. JUDGE JANIS VAN MEERVELD

## DECLARATION OF PAUL J. FRILOUX

Pursuant to 28 U.S.C. § 1746, I, PAUL J. FRILOUX, declare:

1.

He is the son of James Joseph Friloux and that his father owns (in Trust named the "James Friloux & Ethelyn Friloux Revocable Trust" and hereinafter referred to as "Trust") a tract of land consisting of approximately 19 (+/-) acres of property within the area that was re-designated from Agricultural use to Industrial use by Ordinance 26-08, passed on June 17, 2026.

2.

He, as an income beneficiary in the Trust and his father, James Joseph Friloux as Trustee and Settlor of the Trust, as an owner of this property were and are in favor of the redesignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 21ST day of June 2026.

Paul J. Friloux

5632344.v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA; MOUNT TRIUMPH BAPTIST CHURCH; RISE ST. JAMES, by and through their members | *<br>* CIVIL ACTION NO.: 2:23-cv-00987<br>*<br>* |
| VERSUS | * JUDGE: CARL J. BARBIER<br>* |
| ST. JAMES PARISH; ST. JAMES PARISH COUNCIL; ST. JAMES PARISH PLANNING COMMISSION | *<br>* MAG. JUDGE JANIS VAN MEERVELD<br>* |

## DECLARATION OF MARK S. HYMEL

Pursuant to 28 U.S.C. § 1746, I, Mark S. Hymel, declare:

1.

I am the President and Director of St. Rose Farms, Inc. ("St. Rose").

2.

St. Rose owns approximately 54 acres of property within the area that was re-designated from Agricultural use to Industrial use by Ordinance 26-08, passed on June 17, 2026.

3.

St. Rose, as an owner of this property, was and is in favor of the redesignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 20th day of June 2026.

Mark S. Hymel

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA; MOUNT
TRIUMPH BAPTIST CHURCH; RISE ST.
JAMES, by and through their members

\* CIVIL ACTION NO.: 2:23-cv-00987

VERSUS

JUDGE: CARL J. BARBIER

ST. JAMES PARISH; ST. JAMES PARISH
COUNCIL; ST. JAMES PARISH PLANNING     MAG. JUDGE JANIS VAN MEERVELD
COMMISSION

## DECLARATION OF MICHAEL J. GAUDET

Pursuant to 28 U.S.C. § 1746, I, Michael J. Gaudet, declare:

1.

He is an owner of a tract of land consisting of approximately 27 (+/-) acres of property within the area that was re-designated from Agricultural use to Industrial use by Ordinance 26-08, passed on June 17, 2026.

2.

He, as an owner of this property, was and is in favor of the redesignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on $\underline{22}$ day of June 2026.

_____

Michael J. Gaudet

5632344.v1