UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL., *Plaintiffs* | CIVIL ACTION NO. 23-987 |
| VERSUS | SECTION: "J" (1) |
| ST. JAMES PARISH, ET AL., *Defendants* | JUDGE CARL J. BARBIER |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**ORDER SETTING ORAL ARGUMENT**

IT IS ORDERED that oral argument on Defendants' Motion to Compel Responses to Second Set of Discovery (Rec. Doc. 150) will be held on **Wednesday, October 14, 2026**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130. A Zoom link will be sent to counsel of record to allow out-of-town counsel to observe remotely.

IT IS FURTHER ORDERED that opposition memoranda are due in accordance with the Local Rules any reply memorandum must be filed by **4:00 p.m. on the Friday preceding oral argument.**

New Orleans, Louisiana, this 29th day of September, 2026.

Janis van Meerveld
United States Magistrate Judge

****The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*