# *St. James Parish Council*

P. O. Box 176
Vacherie, Louisiana 70090
(225) 562-2400
FAX (225) 562-2401
TDD: (225) 562-8500
council@stjamesparishla.gov

**Vondra Etienne-Steib**
Chairwoman

**Jason Amato**
Vice-Chairman

**Linda Hubbell**
Secretary


**PUBLIC NOTICE**
**NOTICE OF PUBLIC HEARING**

**NOTICE IS HEREBY GIVEN** that the St. James Parish Council will hold a Public Hearing on Wednesday, September 28, 2022, at 6:00 pm, at the St. James Parish Courthouse Annex, 2631 Hwy 20 in Vacherie, Louisiana to receive public input on the 2020 St. James Parish Redistricting Plan.

All interested parties are invited and urged to attend.

s/Vondra Etienne-Steib
Chairwoman

s/Linda Hubbell
Secretary

***Note:*** *St. James Parish will provide, upon request, reasonable accommodation to any disabled individual wishing to attend the meeting. Anyone requiring reasonable accommodation is requested to contact 1-800-846-5277 (TDD), 1-800-947-5277 (Voice) or 562-2400 (Handicapped) to discuss the particular accommodation needed.*

**EXHIBIT**
**A-1**