**OFFICIAL PROCEEDINGS OF A PUBLIC HEARING HELD BY**
**THE ST. JAMES PARISH COUNCIL ON WEDNESDAY, SEPTEMBER 28, 2022**

The Council of the Parish of St. James, State of Louisiana, met for a public hearing in the Council Chambers of the Parish Courthouse Annex in Vacherie, Louisiana at 6:00p.m. on Wednesday, September 28, 2022 to receive public input on the 2020 St. James Parish Redistricting Plan.

Those present were Council Members Jason Amato, Ryan Louque, Mason Bland, Clyde Cooper, and Chairwoman Vondra Etienne-Steib. Councilmen Alvin St. Pierre, Jr. and Donald Nash were absent.

Councilman Bland explained that they are asking for public input on the 2020 St. James Parish redistricting plan, alternate 1A-1 revised map prior to the ordinance being created and introduced at the next meeting.

The following public input was received:

Barbara Washington, 8191 Pleasant Hill Street, Convent, LA
Sonja Jones, 263 S. Hickory, Gramercy, LA
Gail LeBoeuf, 758 N. Ezidore Avenue, Gramercy, LA
Shelly Warren, 605 Pine Street, Gramercy, LA

No comments were received from the Council.

**ADJOURNMENT**

After determining there was no additional business to come before the council, on a motion offered by Councilman Amato and seconded by Councilman Bland and carried, the meeting adjourned at 6:14 p.m.

Linda Hubbell, Secretary

EXHIBIT
A-2