PASSED

The following ordinance which was previously introduced at a regular meeting held on January 4, 2023, amended on January18, 2023, a summary thereof having been published in the official journal together with a notice of public hearing which was held in accordance with said public notice, was brought up for final passage on a motion offed by Councilman Nash and seconded by Councilman Louque:

**ORDINANCE 23-02**
**ST. JAMES PARISH COUNCIL**

**AN ORDINANCE TO ESTABLISH AND DEFINE THE ST. JAMES PARISH COUNCIL DISTRICT BOUNDARIES**

WHEREAS, as specified in Louisiana Revised Statutes 33:1411 the St. James Parish Council is required to examine and if necessary redraw the boundaries of the voting districts every ten (10) years in accordance with the decennial census; and,

WHEREAS, the Census was taken in 2020, and the population data was released by the Census Bureau in August of 2021; and,

WHEREAS, the St. James Parish Council has examined, reviewed, and considered various alternative alignments based upon the findings of the United States Department of Commerce, Bureau of the Census.

NOW, THEREFORE, BE IT ORDAINED, that the St. James Parish Council establishes the considered map alignment entitled **Alternative 1A-1, Revised,** and that the aforementioned districts are hereby established as described in Section 1 in Exhibit A; and

THEREFORE BE IT FURTHER ORDAINED, that the establishment of the districts as described herein amends St. James Parish Code of Ordinances **Section 42-1: St. James Parish District Boundaries**.

**SECTION 1:** **District Descriptions**, are hereby established as shown as Section 1 in "Exhibit A" hereto and made a part thereof.

**SECTION 2:** Should any section, part or provision of this Ordinance be declared by any court to be unconstitutional or invalid, such decision shall not affect the validity of the ordinance as a whole or any part thereof other than the part so declared to be unconstitutional or invalid.

**SECTION 3:** All ordinances or parts of ordinances in conflict herewith or incompatible with the provision of this Ordinance are hereby repealed.

This ordinance having been submitted to a vote; the vote thereon was as follows:

YEAS: Nash, Louque, Cooper, Amato, Bland, St. Pierre, and Etienne-Steib
NAYS: None
ABSTAIN: None
ABSENT: None

And, the ordinance was declared adopted on this, the 1st day of February 2023.

Vondra Etienne Steib
Council Chairwoman

Linda Hubbell
Secretary

Delivered to Parish President: 02-01-2023

Approved: 2-1-2023

Disapproved: ____________

[signature]
Parish President

Returned to Secretary on 02-01-2023

At 7:42 AM/PM

Received by Linda Hubbell

* * * * *

**EXHIBIT**
**A-3**

# CERTIFICATE

I, Linda Hubbell, Secretary of the Council of the Parish of St. James, State of Louisiana, hereby certify that the foregoing is a true and correct copy of an ordinance adopted by the St. James Parish Council in regular meeting held on the 1st day of February 2023.

Signed at Vacherie, Louisiana, this 2nd day of February 2023.

Linda Hubbell
Secretary

(S E A L)

# Exhibit A

**Section 1: District Descriptions**

1. *District 1.* Being in the eastern portion of the parish on the east bank of the Mississippi River, beginning at the intersection of the St. James-Ascension Parish Line and the center flow channel of the Blind River; thence easterly along the St. James-Ascension Parish Line to its intersection with St. James-St. John the Baptist Parish Line; thence southerly and westerly along the St. James-St. John the Baptist Parish Line to its intersection with the center flow channel of the Mississippi River; thence westerly along the center flow channel of the Mississippi River to its intersection with the centerline of Louisiana Highway 3213 (the Veterans Memorial Bridge); thence northerly along the centerline of Louisiana Highway 3213 (the Veterans Memorial Bridge) to its intersection with the centerline of the Canadian-National Railroad Tracks; thence westerly along the centerline of the Canadian-National Railroad Tracks to its intersection with the centerline of South Airline Avenue; thence southerly along the centerline of South Airline Avenue to its intersection with the centerline of Louisiana Highway 44; thence easterly along the centerline of Louisiana Highway 44 to its intersection with the centerline of South David Street; thence northwesterly along the centerline of South David Street and North David Street to its intersection with the center flow channel of the David Canal; thence continuing northerly along the center flow channel of the David Canal, across LA Highway 3125, to its intersection with the center flow channel of the St. James Parish Canal; thence northerly along the center flow channel of the St. James Parish Canal to its intersection with the centerline of the Kansas City Southern Railroad; thence northwesterly along the centerline of the Kansas City Southern Railroad to its intersection with the center flow channel of the Tchackchou Bayou; thence northerly along the center flow channel of the Tchackchou Bayou to its intersection with the center flow channel of the Blind River; thence northerly along the center flow channel of the Blind River to its intersection with the St. James-Ascension Parish Line, the point of beginning.

2. *District 2.* Being in the eastern portion of the parish on the east bank of the Mississippi River, located in the Town of Lutcher, beginning at the intersection of straight centerline extension of Roussel Headland Road and the center flow channel of the St. James Parish Canal; thence northeasterly along the center flow channel of the St. James Parish Canal to its intersection with the center flow channel of the David Canal; thence southerly along the center flow channel of the David Canal, across LA Highway 3125, to its intersection with the centerline of North David Street; thence continuing southerly along the centerline of North David Street and South David Street to its intersection with the centerline of Louisiana Highway 44; thence southwesterly along the centerline of Louisiana Highway 44 to its intersection with the centerline of Miles Street; thence northwesterly along the centerline of Miles Street to its intersection with the centerline of Railroad Street; thence westerly along the centerline of Railroad Street to its intersection with the centerline of Alexander Street; thence northerly a short distance along the centerline of Alexander Street to its intersection with the centerline of the Canadian-National Railroad Tracks; thence southwesterly a short distance along the centerline of the Canadian-National Railroad Tracks to its intersection with the centerline of the Roussel Headland Road; thence northwesterly along the centerline of the Roussel Headland Road and its extension to its intersection with the center flow channel of the St. James Parish Canal, the point of beginning.

3. *District 3.* Being in the east central portion of the parish on the east bank of the Mississippi River, beginning at the intersection of the center flow channels of the Blind River and the Lateral 4 Canal; thence easterly along the center flow channel of the Blind River to its intersection with the center flow channel of the Tchackchou Bayou; thence southerly and easterly along the center flow channel of Tchackchou Bayou to its intersection with the centerline of the Kansas City Southern Railroad; thence southeasterly along the centerline of the Kansas City Southern Railroad to its intersection with the center flow channel of the St. James Parish Canal; thence southwesterly along the center flow channel of the St. James Parish Canal to its intersection with the centerline extension of the Roussel Headland Road; thence southeasterly along the centerline of the Roussel Headland Road to its intersection with the centerline of the Canadian-National Railroad Tracks; thence westerly along the centerline of the Canadian-National Railroad Tracks to its intersection with the centerline of an unnamed and unpaved roadway that is also an extension of Colten Emma Road; thence northwesterly along the centerline of said roadway approximately 3,400 feet to its intersection with the centerline of another unnamed and unpaved roadway; thence westerly along the centerline of said unpaved roadway and its extension to its intersection with the centerline of an unnamed and unpaved roadway running between 2801 and 2831 Hwy 3125; thence northerly along the centerline of said roadway to its intersection with the centerline of Louisiana Highway 3125; thence southwesterly along the centerline of Louisiana Highway 3125 to its intersection with the center flow channel of the drainage ditch west of M & P Road; thence southerly along the M & P Road Drainage Ditch to its intersection with the centerline of the Canadian-National Railroad Tracks; thence westerly along the centerline of the Canadian-National Railroad Tracks to its intersection with the centerline of Joe Accardo Road; thence northerly along the centerline of Joe Accardo Road and its extension to its intersection with the center flow channel of the St. James Canal; thence easterly and northeasterly along the center flow channel of the St. James Canal to its intersection with the center flow channel of the Lateral 4 Canal; thence northerly along the center flow channel of the Lateral 4 Canal to its intersection with the center flow channel of the Blind River, the point of beginning.

4. *District 4.* Being in the west central portion of the parish on the east bank of the Mississippi River, beginning at the intersection of the center flow channel of the Mississippi River and the St. James-Ascension Parish Line; thence northeasterly along the St. James-Ascension Parish Line, across U.S. Highway 61, to its intersection with the center flow channel of the Blind River; thence southerly and westerly along the center flow channel of the Blind River, across U.S. Highway 61, to its intersection with the center flow channel of the Lateral 4 Canal; thence southerly along the center flow channel of the Lateral 4 Canal to its intersection with the center flow channel of the St. James Canal; thence southwesterly along the center flow channel of the St. James Canal to its intersection with the centerline extension of Joe Accardo Road; thence southerly along the centerline of Joe Accardo Road to its intersection with the centerline of the Canadian-National Railroad Tracks; thence easterly along the centerline of the Canadian-National Railroad Tracks to its intersection with the center flow channel of the drainage ditch west of M & P Road; thence proceeding northwesterly along the M & P Road drainage ditch to its intersection with the centerline of Louisiana Highway 3125; thence easterly along the centerline of Louisiana Highway 3125 to its intersection with the centerline of an unnamed and unpaved headland roadway east of 2831 Louisiana Highway 3125; thence southeasterly along the centerline of said roadway to its intersection with the centerline of another unnamed and unpaved roadway; thence northeasterly along the centerline of said roadway and its extension to its intersection with the centerline of another unpaved and unnamed roadway which is also the extension of Colten Emma Road; thence southeasterly along the centerline of the Colten Emma Road extension to its intersection with the centerline of the Canadian-National Railroad Tracks; thence easterly along the centerline of the Canadian-National Railroad Tracks to its intersection with the centerline of Alexander Street; thence southerly along the centerline of Alexander Street a short distance to its intersection with the centerline of Railroad Street; thence northeasterly along the centerline of Railroad Street to its intersection with the centerline of Miles Street; thence southerly along the centerline of Miles Street to its intersection with the centerline of Louisiana Highway 44; thence northeasterly along the centerline of Louisiana Highway 44 to its intersection with the centerline of Albert Street; thence southerly along extension of the centerline of Albert Street to its intersection with the center flow channel of the Mississippi River; thence westerly and southerly and northwesterly along the center flow channel of the Mississippi River to its intersection with the St. James-Ascension Parish Line, the point of beginning.

5. *District 5.* Being in the west central portion of the parish on the west bank of the Mississippi River, beginning at the intersection of the center flow channel of the Mississippi River and St. James-Ascension Parish Line; thence southerly along the center flow channel of the Mississippi River to its intersection with the centerline extension of Louisiana Highway 20; thence southerly along the centerline of Louisiana Highway 20 to its intersection with the centerline of Penn Street; thence westerly along the centerline of Penn Street to its intersection with the centerline of Park Lane; thence southerly along the centerline of Park Lane to its intersection with the straight extension of the center flow channel of an unnamed drainage feature; thence westerly along the center flow channel of the unnamed drainage feature to its terminus which intersects with the center flow channel of another unnamed drainage feature; thence southerly along the center flow channel of the unnamed drainage feature to its intersection with the centerline of Louisiana Highway 3127 just west of 2500 Louisiana Highway 3127; thence westerly along the centerline of Louisiana Highway 3127 to its intersection with the center flow channel of the Baytree Community Drainage Canal; thence southerly along the center flow channel of the Baytree Community Drainage Canal to its intersection with the center flow channel of the New St. James Canal; thence southeasterly along the center flow channel of the New St. James Canal to its intersection with the center flow channel of Bayou Chevreuil; thence continuing southeasterly along the center flow channel of Bayou Chevreuil to its intersection with the centerline of Louisiana Highway 20; thence southerly along the centerline of Louisiana Highway 20 to its intersection with the St. James-Lafourche Parish Line; thence westerly along the St. James-Lafourche Parish Line to its intersection with the St. James-Assumption Parish Line; thence northerly and westerly along the St. James-Assumption Parish Line to its intersection with the St. James-Ascension Parish Line; thence northerly and easterly along the St. James-Ascension Parish Line to its intersection with the Mississippi River, the point of beginning.

6. *District 6.* Being in the eastern portion of the parish on the west bank of the Mississippi River, beginning at the intersection of the center flow channel of the Mississippi River and the centerline extension of Louisiana Highway 20; thence easterly along the center flow channel of the Mississippi River to its intersection with the centerline extension of Albert Street; thence northerly along the centerline extension of Albert Street to its intersection with the centerline of Louisiana Highway 44; thence northeasterly along the centerline of Louisiana Highway 44 to its intersection with the centerline of South Airline Avenue; thence northwesterly along the centerline of South Airline Avenue to its intersection with the centerline of the Canadian-National Railroad Tracks; thence northwesterly along the centerline of the Canadian-National Railroad Tracks to its intersection with the centerline of Louisiana Highway 3213; thence southerly along the centerline of Louisiana Highway 3213 to its intersection with the St. James-St. John the Baptist Parish Line; thence southerly along the St. James-St. John the Baptist Parish Line to its intersection with the center flow channel of the Coteau (Brazan) Canal; thence westerly along the center flow channel of the Coteau (Brazan) Canal to its intersection with the centerline extension of Weber-Steib Road; thence continuing westerly along the centerline of Weber-Steib Road to its intersection with the centerline of Maple

Street; thence southerly along the centerline of Maple Street to its intersection with the centerline of Louisiana Highway 644; thence westerly along the centerline of Louisiana Highway 644 to its intersection with the centerline of Louisiana Highway 20; thence northerly along the centerline of Louisiana Highway 20 to its intersection with the centerline of Louisiana Highway 3127; thence westerly along the centerline of Louisiana Highway 3127 for approximately ¾ of a mile to its intersection with the center flow channel of an unnamed drainage feature west of 2500 Louisiana Highway 3127; thence northerly along the center flow channel of said drainage feature for approximately ½ miles to its intersection with the center flow channel of another unnamed drainage canal; thence easterly along the center flow channel of the unnamed drainage feature and its straight extension to its intersection with the centerline of Park Lane; thence northerly along the centerline of Park Lane to its intersection with the centerline of Penn Street; thence easterly along the centerline of Penn Street to its intersection with the centerline of Louisiana Highway 20; thence northerly along Louisiana Highway 20 and its extension to its intersection the center flow channel of the Mississippi River, the point of beginning.

7. *District 7.* Being in the southeastern portion of the parish on the west bank of the Mississippi River; beginning at the intersection of the center flow channel of the Barre Community Drainage Canal and the centerline of Louisiana Highway 3127; thence easterly along the centerline of Louisiana Highway 3127 to its intersection with the centerline of Louisiana Highway 20; thence southerly along the centerline of Louisiana Highway 20 to its intersection with the centerline of Louisiana Highway 644; thence easterly along the centerline of Louisiana Highway 644 to its intersection with the centerline of Maple Street; thence northerly along the centerline of Maple Street to its intersection with the centerline of Weber Steib Road; thence easterly along the centerline of Weber Steib Road and its extension to its intersection with the center flow channel of the Coteau (Brazan) Canal; thence continuing easterly along the center flow channel of the Coteau (Brazan) Canal to its intersection with the St. James-St. John the Baptist Parish Line; thence easterly and southerly along the St. James-St. John the Baptist Parish Line to its intersection with the St. James-Lafourche Parish Line; thence westerly along the St. James-Lafourche Parish Line to its intersection with the centerline of Louisiana Highway 20; thence northerly along the centerline of Louisiana Highway 20 to its intersection with the center flow channel of Bayou Chevreuil; thence northerly and westerly along the center flow channel of Bayou Chevreuil to its intersection with the center flow channel of the New St. James Canal; thence northwesterly along the center flow channel of the New St. James Canal to its intersection with the center flow channel of the Barre Community Drainage Canal; thence northerly along the center flow channel of the Barre Community Drainage Canal to its intersection with LA Highway 3127, the point of beginning.

# St. James Parish Redistricting: Alternative 1A-1 revised

SCPDC
South Central Planning & Development Commission




Legend
Streets
Precincts
Alternative 1A-1 revised
District
1
2
3
4
5
6
7

Disclaimer: The data herein, including but not limited to geographic data, tabular data, analytical data, electronic data structure or fields, are provided "as is" without warrant of any kind, either express or implied, or statutory, including but not limited to, the implied warranties or merchantability and fitness for a particular purpose. The entire risk as to the quality and performance of the data is assumed by the user. No guarantee of accuracy is granted, nor is any responsibility for reliance thereon assumed. In no event shall the South Central Planning and Development Commission (SCPDC) be held liable for direct, indirect, incidental, consequential, or special damages of any kind, including but not limited to, loss of anticipated profits or benefits arising out of a use of or reliance on the data. The SCPDC does not accept liability for any damages or misrepresentation caused by inaccuracies in the data or as a result of changes to the data caused by system transfers or other transformations or conversions, nor is there responsibility assumed to maintain the data in any manner or form. These data have been developed from the best available sources. Although efforts have been made to ensure that the data are accurate and reliable, errors and variable conditions originating from physical sources used to develop the data may be reflected in the data supplied. Users must be aware of these conditions and bear responsibility for the appropriate use of the information with respect to possible errors, scale, resolution, rectification, positional accuracy, development methodology, time period, environmental and climatic conditions and other circumstances specific to these data. The user is responsible for understanding the accuracy limitations of the data provided herein. The burden for determining fitness for use lies entirely with the user. The user should refer to the accompanying metadata notes for a description of the data and data development procedures. Although these data have been processed successfully on computers at the SCPDC, no guarantee, express or implied, is made by SCPDC regarding the use of these data on any other system, nor does the act of distribution constitute or imply any such warranty.

Distribution of these data is intended for informational purposes and should not be considered authoritative for navigational, engineering, legal, and other site-specific uses.



## ST. JAMES PARISH

## LOUISIANA