# A.J. Jasmin $tands With Industry, Not His People

## *How many more funerals do we need to hold before someone listens?*

***By Sharon C. Lavigne, Founder & Director of RISE St. James***

Here in the 5th District, we're already one of the most polluted communities in the country, and yet more toxic industry is knocking at our door.

The people of the 5th District have made it clear: we do not want more polluting plants. We do not want our neighborhoods turned into industrial dumping grounds. And we do not want representatives who sell out our health behind closed doors.

Unfortunately, 5th District Councilman A.J. Jasmin has not stood with us. He has welcomed corporations like Formosa and DG Fuels while ignoring the concerns of his constituents in St. James and Moonshine.

Formosa would be a death sentence for the 5th District. Its permits would allow it to emit over seven tons of ethylene oxide, one of the most potent carcinogens, each year. Formosa's track record in Louisiana and beyond is written in blood.

Five employees died in a 2004 explosion in Indiana. A serious fire at its Texas facility in 2005 burned at least 14 employees. And at its Baton Rouge plant, from December 2023 through August 2024, Formosa reported 50 separate vinyl chloride leaks from various pipe, valve, and flange failures, plus human error. This is nearly one accidental release every five days.

OSHA's permissible exposure limits for vinyl chloride are 1 ppm over an 8-hour average, and 5 ppm over a 15-minute level. During this same time period, the maximum concentration detected was 952 ppm of vinyl chloride, and levels exceeded 100 ppm at least nine times. This is not a company we want anywhere near our homes, schools, and churches—yet A.J. Jasmin has rolled out the red carpet for Formosa.

DG Fuels has refused to tell its potential neighbors in Moonshine about emissions from its aviation fuel plant, and made a so-called "community benefit agreement" that left residents out of the process. Moonshine homeowners were offered pennies on the dollar for their properties as a "goodwill" payment, not a real relocation or buyout. The payments only amount to a fifth of the average property value in these neighborhoods.

Two residents described these payments as "a slap in the face"; not nearly enough to compensate for disturbing the quiet, family-oriented place they call home. DG Fuels aims to be the largest sustainable aviation fuel (SAF) plant in the world. Based on the current price of SAF and their proposed capacity, DG Fuels would make over $4 million worth of SAF every day. Giving a one-time payment of $5 million to the affected community is just a little more than a day's production for DG Fuels. The residents, however, have to live with the pollution, noise, and ship traffic for the rest of their lives. Moonshine has spoken loud and clear: they do not want DG Fuels.

Our homes and land are not "future industrial" property. A true representative would stand beside us, not the corporations threatening our land and health.

The 5th District needs leadership that listens, not leadership that compromises our wellbeing for profit. We need a representative who will defend our homes, our health, and our future.

We've had enough pollution. We've had enough backroom deals. We've had enough funerals because of industrial pollution.

RISESJ00002117

EXHIBIT

B