MINUTE ENTRY
VAN MEERVELD
October 28, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL., *Plaintiffs* | CIVIL ACTION NO. 23-987 |
| VERSUS | SECTION: "J" (1) |
| ST. JAMES PARISH, ET AL., *Defendants* | JUDGE CARL J. BARBIER |
| | MAGISTRATE JUDGE JANIS VAN MEERVELD |

**HEARING ON MOTION**

Oral argument was conducted in person. A brief recess was taken from 12:08-12:14 p.m.

COURT REPORTER: Shannon Rooks

APPEARANCES:

*For Inclusive Louisiana and Mount Triumph Baptist Church:* Astha Sharma Pokharel, Kayla Iman Vinson

*For RISE St. James:* Clara Potter, Forge Mathes

*For Defendants:* Danielle Borel

MOTION(S):

1. Defendants' Motion to Compel Responses to First Set of Discovery (Rec. Doc. 148)
2. Defendants' Motion to Compel Responses to Second Set of Discovery (Rec. Doc. 150)
3. Plaintiffs' Motion to Compel (Rec. Doc. 151)

ORDERED:

- The parties will meet and confer in person, by phone, or by video to agree to the following:

- A deadline for plaintiffs to identify all members they will rely on for their claims of property devaluation. Plaintiffs will not be allowed to rely on the property of any unidentified members in support of their claims. This does not resolve whether plaintiffs will be allowed to present evidence that the Black community in the relevant area generally suffered diminished property values.
- A deadline for plaintiffs to identify any members or other individuals whose health issues plaintiffs intend to rely on.
- The scope of medical records that will be produced for Ms. Washington, Ms. LeBeouf, and any other individuals identified by the deadline above. To the extent the plaintiffs assert or suggest that Ms. Washington and/or Ms. LeBeouf's health issues were caused by industrial development, the medical records produced must be sufficient to allow defendants to determine other possible causes of the asserted health issues but should not extend to medical records that do not relate to the asserted health issues.

- Plaintiffs will propose a stipulation limiting their ability to present evidence, elicit testimony, or reference health issues of friends, family, neighbors, parishioners, and other members that have not been identified by plaintiffs in accordance with the deadline above. Thereafter, the parties will make a good faith attempt to reach a compromise as to the stipulation.
- If the parties reach an impasse regarding the issues above that they are required to negotiate, they may contact the undersigned to schedule a status conference to resolve the issue.
- The following issues raised in the motions remain and are taken under submission:
    - Whether the Parish must produce redistricting information.
    - Whether plaintiffs must identify other members with property in the relevant areas and produce property location and value information regarding same.
    - When plaintiffs must identify public records they intend to rely on to show generalized diminution of property value.
    - Whether plaintiffs must produce their financial statements and tax returns, and if so, whether donor information must be included.

Janis van Meerveld
United States Magistrate Judge

MJSTAR (01:51)