UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL.,<br>*Plaintiffs* | CIVIL ACTION<br>NO. 23-987 |
| VERSUS | SECTION: "J" (1) |
| ST. JAMES PARISH, ET AL.,<br>*Defendants* | JUDGE CARL J. BARBIER |
| | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**ORDER SETTING ORAL ARGUMENT**

IT IS ORDERED that oral argument on Defendant's Motions to Compel (Rec. Docs. 172 and 173) will be held on **Wednesday, December 9, 2026**, at **11:00 a.m.**, before Magistrate Judge Janis van Meerveld, Courtroom B-309, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

IT IS FURTHER ORDERED that opposition memoranda are due in accordance with the Local Rules, and any memorandum in reply must be filed by **4:00 p.m. on the Friday preceding oral argument.**

New Orleans, Louisiana, this 13th day of November, 2026.

Janis van Meerveld
United States Magistrate Judge

****The Court strongly encourages argument by junior attorneys, particularly where the junior attorneys drafted or contributed significantly to the underlying motion or response. Accordingly, if a junior attorney (i.e., a lawyer practicing for less than seven years) argues a motion or opposition for a party, the Court will allow multiple attorneys to argue for that party so that issues can be split between attorneys or a more senior attorney can offer clarification, if necessary.*

**CLERK TO SERVE BY U.S. MAIL:**
William Most
Counsel for Lenora Gobert and Myrtle Felton
201 St. Charles Ave., Suite 2500 #9685
New Orleans, LA 70170