IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL.,<br>*Plaintiffs* | CIVIL ACTION<br>No. 23-987 |
| VERSUS | SECTION: "J" (1) |
| St. JAMES PARISH, ET AL.,<br>*Defendants* | JUDGE CARL J. BARBIER |
| | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**CONSENT MOTION TO SUPPLEMENT NON-PARTY LENORA GOBERT'S OPPOSITION TO MOTION TO COMPEL**

Now comes non-party Lenora Gobert to seek leave to supplement her opposition to the Parish Defendants' efforts to compel her to produce documents. The supplement is based on this Court's order on cross-motions to compel (Rec. Doc. 177), which was issued after Ms. Gobert filed her opposition. The Parish Defendants consent to this motion.

Respectfully submitted,

*/s/ William Most*

William Most
**MOST & ASSOCIATES**
201 St. Charles Ave., Suite 2500 #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Fax: (504) 414-6400
williammost@gmail.com

*Counsel for Non-party Lenora Gobert*