IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| INCLUSIVE LOUISIANA, ET AL.,<br>*Plaintiffs* | CIVIL ACTION<br>No. 23-987 |
| VERSUS | SECTION: "J" (1) |
| St. JAMES PARISH, ET AL.,<br>*Defendants* | JUDGE CARL J. BARBIER |
| | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

**ORDRER ON CONSENT MOTION TO SUPPLEMENT NON-PARTY LENORA GOBERT'S OPPOSITION TO MOTION TO COMPEL**

Having considered Ms. Gobert's *Consent Motion to Supplement Non-Party Lenora Gobert's Opposition to Motion to Compel,* it is ordered that the motion is GRANTED. The proposed supplement shall be entered into the record.

Respectfully submitted,

*/s/ William Most*
William Most
**MOST & ASSOCIATES**
201 St. Charles Ave., Suite 2500 #9685
New Orleans, LA 70170
Tel: (504) 509-5023
Fax: (504) 414-6400
williammost@gmail.com

*Counsel for Non-party Lenora Gobert*